# EXHIBIT 4



**DEPARTMENT OF DEFENSE EDUCATION ACTIVITY
HEADQUARTERS
4800 MARK CENTER DRIVE
ALEXANDRIA, VA  22350-1400**

February 5, 2025

MEMORANDUM FOR DODEA DIRECTORS FOR STUDENT EXCELLENCE
        DODEA CHIEFS OF INSTRUCTIONAL LEADERSHIP DEVELOPMENT
        DODEA DISTRICT SUPERINTENDENTS
        DODEA COMMUNITY SUPERINTENDENTS
        DODEA REGION CHIEFS OF STAFF
        DODEA PRINCIPALS
        DODEA ASSISTANT PRINCIPALS
        DODEA REGIONAL INFORMATION CENTER INSTRUCTIONAL
           SYSTEMS SPECIALISTS

SUBJECT: Administrative Operational Compliance Review of Books Related to Gender and/or Discriminatory Equity Ideology Topics

      In light of the recent Executive Orders titled "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government" and "Ending Radical Indoctrination in K-12 Schooling," DoDEA will conduct an operational compliance review to ensure alignment with the applicable Executive Orders. As part of this review, Information Center books potentially related to gender ideology or discriminatory equity ideology topics as defined in the Executive Orders will be relocated to the professional collection for evaluation. During this period, access will be limited to professional staff. Information Specialists are expected to implement this directive immediately.

      Principals must ensure that Information Specialists are released from scheduled classes to complete this task during their duty day. If substitutes are required, please contact your regional Information Center Instructional Systems Specialist. Once identified, Information Specialists must submit the list of relocated books to Ms. Jude Scally, Headquarters Information Center Instructional Systems Specialist, and update the MARC records to reflect the revised call numbers.

      We will provide further guidance upon receipt of official instructions. As a federal agency, we are committed to compliance with the Executive Orders and will ensure our policies and practices align accordingly.

      For questions, Information Specialists may contact Jude Scally via email at jude.scally@dodea.edu.

                                        PICKEL.LORI.P.1230368224
                                        Digitally signed by PICKEL.LORI.P.1230368224
                                        Date: 2025.02.05 12:05:57 -05'00'

                                        Ms. Lori Pickel
                                        Acting Chief Academic Officer

cc:
President, ACEA
President, FEA
Director, FEA-SR
President, OFT