# EXHIBIT 5



**DEPARTMENT OF DEFENSE EDUCATION ACTIVITY
EUROPE
UNIT 29649
APO AE 09136-9649**

7 Feb 25

TO: DoDEA Europe Administrators and School-level Employees

To ensure compliance with executive orders and recent DoD guidance, the following must be adhered to:

**We will not be holding cultural observances pending further guidance**

As a guide, all planned special activities and non-instructional events related to the former monthly cultural awareness observances will not be held pending further guidance. No man-hours or government resources are authorized for the planning, preparation, or execution of such activities or events currently. All internal and external communication platforms including but not limited to school social media accounts and websites, should refrain from disseminating information regarding the former monthly cultural awareness observances.

Host Nation language and culture classes, international exchanges, and the like, are permitted to continue as scheduled.

School administrators should communicate that prohibited events which have been planned already are currently cancelled pending further guidance from the DoD

**Review email signature blocks**

Email signature blocks must not include self-identified pronouns and should not include quotes, sayings, or mottos.

**Review and revise locally created documents**

School-level documents requesting student information must use the term "sex" not "gender." Ensure available responses are "male" or "female" only, without reference to gender. This also applies to informal forms and personal data collection created by an educator, counselor, nurse, coach, or other staff.

**Ensure compliance of school facilities, programs, and activities**

All facilities, programs, and activities designated as for girls may only be accessed by biological females and all facilities, programs, and activities designated as for boys may only be accessed by biological males. This includes athletic activities. A student's sex is the sex recorded in his/her official school record.

**Assess signage**
Any signage supporting the inculcation or promotion of gender ideology must be removed. Signage for shared intimate spaces, such as restrooms and locker rooms, shall use the terms "women,"

"woman," "girls," "girl," "men," "man," "boys" or "boy." Single-user unisex facilities remain available to anyone of either sex.

### Curriculum, policies, databases, contracts

Curriculum guidance for classroom instruction related to gender ideology and discriminatory equity ideology has been issued identifying selected instructional resources that should not be used by DoDEA educators during the operational compliance review.

Continue teaching to standards with DoDEA adopted resources, except for the resources potentially related to gender ideology and discriminatory equity ideology that are under the operational compliance review.

Information Specialists must ensure books potentially related to gender ideology or discriminatory equity ideology are removed from the student section of the Information Center and placed in the professional collection. Specific instructions for removing books will be provided to school administrators.

Key personnel at DoDEA Headquarters are addressing compliance actions that apply activity-wide, such as modifications to official DoDEA policy, forms, document, electronic communication and database systems, contracts, curriculum and any additional items that originate out of Headquarters.

### Counseling Services

If a student is experiencing emotional/psychological distress at school related to being recognized by their biological sex, he/she continues to be equally entitled to the same mental health services as are made available to any other student who is experiencing emotional/psychological distress at school for whatever reason. The counseling support provided, however, must remain objective and neutral in its application without taking action that would unlawfully facilitate the gender transition of a minor student.

Thank you for your support as we implement these new DoD guidlines.

*Chas E Kelker*
CHARLES E. KELKER, Ed.D.
Chief of Staff

2