# **EXHIBIT 6**



**DEPARTMENT OF DEFENSE EDUCATION ACTIVITY**
**HEADQUARTERS**
4800 MARK CENTER DRIVE
ALEXANDRIA, VA 22350-1400

FEB 1 0 2025

DoDEA Sponsors, Parents, and Guardians,

In light of the President's recent Executive Orders titled "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government" and "Ending Radical Indoctrination in K-12 Schooling," DoDEA is conducting an operational compliance review to ensure alignment with the Executive Orders.

As part of this review, DoDEA-adopted instructional resources and Information Center (library) books potentially related to gender ideology or discriminatory equity ideology topics were examined. DoDEA's curriculum and instruction team, referencing terms and definitions in the above Executive Orders, identified a small number of items for further review. Information Center books identified for review will be relocated to the professional collection for evaluation with access limited to professional staff.

On January 31, 2025, the Secretary of Defense issued guidance to all Department of Defense (DoD) components and Military Departments prohibiting the use of official resources to host celebrations or events related to cultural awareness months. As a DoD entity, DoDEA is fully complying with that guidance.

We are working through the Executive Orders at DoDEA headquarters to determine required actions for DoDEA schools and providing guidance, as appropriate, to ensure there are consistent policies and practices in place that comply with current Executive Orders and DoD guidance. We are continuing to work with Region, District, and school leadership during this process. I am in constant contact with our region leadership to ensure appropriate implementation throughout the Activity.

DoDEA is committed to its core mission in support of the Warfighter – providing a top tier education to our military-connected students. We at DoDEA are honored to serve more than 67,000 students, and their families, and in so doing play an important role in supporting our country's military readiness.

The strength of our DoDEA community lies in its people – students, educators, and families. We remain committed to fostering a learning environment where every student feels valued, supported, and empowered to succeed in a dynamic world.

Sincerely,

Beth Schiavino-Narvaez, Ed.D.
Director