# EXHIBIT 7



**DEPARTMENT OF DEFENSE
EDUCATION ACTIVITY EUROPE
UNIT 29649
APO AE 09136-9649**

7 March 2025

Dear Parents and Students,

At the heart of our mission is a commitment to provide the highest quality education and we recognize that this goal is achieved through strong partnerships with families. Partnering with parents/guardians is a cornerstone of academic success. Through communication and mutual feedback, we work together to address the needs of each student, ensuring a comprehensive and effective educational experience. Our commitment to providing the best education every day, everywhere, is grounded in this collaboration. By aligning with parents, we create a unified approach that supports students' growth and achievement.  Our focus remains on ensuring that every student receives a rigorous, high-quality education that prepares them for academic excellence and success in college, career, and the demands of the 21st century.

The Department of Defense Education Activity (DoDEA) is currently reviewing its policies and instructional resources to ensure compliance with recent Executive Orders and Department of Defense (DoD) policies. As a Department of Defense entity, we are committed to adhering to the guidance from the President and the Secretary of Defense.

**Cultural Observances:** On January 31, 2025, the Secretary of Defense issued guidance to all Department of Defense (DoD) components and Military Departments prohibiting the use of official resources to host celebrations or events related to cultural awareness months. As a DoD entity, DoDEA is adhering to this guidance.

However, events that directly support Host Nation language and culture classes, international exchanges, or other location-based cultural education efforts will continue as planned.

**Review of Library Materials:** Schools have completed their review of library materials, and these materials are currently being reviewed at the Region/ HQ levels. We are examining materials in each Information Center (school libraries) that may relate to gender ideology or discriminatory equity ideology, as defined in the Executive Order 14190, "Ending Radical Indoctrination in K-12 Schooling." It is important to note that no materials have been permanently removed from our school libraries. Some materials are temporarily relocated to the professional collection, where they will be reviewed by our staff, region and Headquarters. Access to these materials is currently limited to professional staff. We are working diligently to complete the thoughtful review process and will provide more information soon.

**Curriculum & Instruction:** DoDEA is conducting an operational compliance review of

curriculum resources. A small number of materials have been identified for further review. The use of these few items is paused until further guidance and to ensure that our curricular resources remain in alignment with current expectations. The small number of identified resources will not impact routine use of adopted materials or access to our standards. We will provide timely updates if any significant changes occur.

**Clubs and Extracurricular Activities:** DoDEA students retain the right to organize and participate in non-curriculum-related student groups. DoDEA students retain the right to convene student-sponsored, non-curriculum-related student groups with a DoDEA employee volunteer non-participating sponsor, in alignment with DoDEA's "Student Rights and Responsibilities" (DoDEA Administrative Instruction 1353.01, available on www.dodea.edu).

**Commitment to Open Communication:** We understand that these changes may raise questions. We are dedicated to maintaining open and transparent communication. DoDEA Europe will work with you and provide updates when they are available. As questions arise, please reach out to your school principal, district superintendent, or me.

Our priority remains providing a top-tier education that prepares students for success in an ever-changing world. The success of the DoDEA community is rooted in its people—students, educators, and families. We deeply appreciate your ongoing support and partnership.

Michelle Howard-Brahaney, Ph.D.
Director for Student Excellence