# **EXHIBIT 8**



Teachers,

Good afternoon. No books will be able to be checked out from the library next week as Ms. Lindsay goes through and removes from circulation any books that are related to gender ideology or discriminatory equity ideology topics, as defined in the Executive Orders titled "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government" and "Ending Radical Indoctrination in K-12 Schooling."

Likewise, you need to review the books in your classroom collections including personal collections in your classroom. Any book which relates to gender ideology or discriminatory equity ideology topics need to be removed/put- away. We have a compliance date of February 18th to have this taken care of.

Thank you for your patience as everyone works through the details of being in compliance with the executive orders.

Respectfully,

Shawn Knudsen



Shawn Knudsen
Principal, Wiesbaden Middle School
Department of Defense Education Activity
DSN: ███████ | CIV ███████

Excellent Instruction for Every Student, Every Day, Everywhere.
wiesbadenms.dodea.edu