# EXHIBIT 9

# Executive Orders

**LESSON 1 OF 6**



## DOD Directive

On January 31, 2025, the acting Under Secretary of Defense for Personnel and Readiness, Darin S. Selnick, issued a memorandum for all Department of Defense civilian employees. The memorandum asked all departments for prompt action to ensure that all programs and activities align with the principles stated in Executive Order 14168, "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government." The complete memorandum is below.

**Please take a moment to read and print the full memo and the entire executive order.**

---

### Sidebar Navigation

Information Centers and Executive Orders

0% COMPLETE

- Executive Orders
- Subject Headings
- Examples
- Cataloging Process
- eBooks
- Summary



# Information Centers and Executive Orders

0% COMPLETE

- Executive Orders
- Subject Headings
- Examples
- Cataloging Process
- eBooks
- Summary

## DOD Directive

On January 31, 2025, the acting Under Secretary of Defense for Personnel and Readiness, Darin S. Selnick, issued a memorandum for all Department of Defense civilian employees. The memorandum asked all departments for prompt action to ensure that all programs and activities align with the principles stated in Executive Order 14168, "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government." The complete memorandum is below.

**Please take a moment to read and print the full memo and the entire executive order.**

**Department of Defense Implementation of EO 14168, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government.pdf**
1.4 MB

CONTINUE



employees. The memorandum asked all departments for prompt action to ensure that all programs and activities align with the principles stated in Executive Order 14168, "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government." The complete memorandum is below.

**Please take a moment to read and print the full memo and the entire executive order.**

> **PDF** **Department of Defense Implementation of EO 14168, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government.pdf**
> 1.4 MB

## 2nd Executive Order: Ending Radical Indoctrination in K-12 Schooling

On January 29, 2025, the President issued the executive directive "Ending Radical Indoctrination in K-12 Schooling."

**Please take some time to read and print the entire executive order, which can be found HERE.**

**This order addresses various topics on which we are awaiting further guidance.** However, one section directly references **"Defending Women from Gender Ideology,"** which deals with social transition (Section 2, Definitions, (e)).

CONTINUE

**Please take some time to read and print the entire executive order, which can be found <u>HERE</u>.**

**This order addresses various topics on which we are awaiting further guidance.** However, one section directly references **"Defending Women from Gender Ideology**," which deals with social transition (Section 2, Definitions, (e)).

## Operational Compliance

Our task is to review our collections to ensure that DoDEA Information Centers comply with both Executive Orders.

"Each agency's process to prevent or rescind Federal funds, to the maximum extent consistent with applicable law, from being used by an ESA, SEA, LEA, elementary school, or secondary school to directly or indirectly support or subsidize the instruction, advancement, or promotion of gender ideology or discriminatory equity ideology in:

(A) K-12 curriculum, instruction, programs, or activities;

**As part of this review, Information Center books potentially related to gender ideology or discriminatory equity ideology topics as defined in the Executive Orders will be relocated to the professional collection for evaluation. During this period, access will be limited to professional staff. Information Specialists are expected to implement this directive immediately.**

**This work will be accomplished during the duty day.** If you are on the specialist rotation or are assigned to teach a course or multiple courses, a subcode will be provided to your administrator. Reviewing this course is the first step in beginning this process.

**CONTINUE**

### Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government

Definitions used within this executive order:

1. "Gender ideology" replaces the biological category of sex with an ever-shifting concept of self-assessed gender identity, permitting the false claim that males can identify as and thus become women and vice versa, and requiring all institutions of society to regard this false claim as true. Gender ideology includes the idea that there is a vast spectrum of genders that are disconnected from one's sex. Gender ideology is internally inconsistent, in that it diminishes sex as an identifiable or useful category but nevertheless maintains that it is possible for a person to be born in the wrong sexed body.

2. "Gender identity" reflects a fully internal and subjective sense of self, disconnected from biological reality and sex and existing on an infinite continuum, that does not provide a meaningful basis for identification and cannot be recognized as a replacement for sex.

### The executive order Ending Radical Indoctrination in K-12 Schooling

Defines:

1. "Social transition" means the process of adopting a "gender identity" or "gender marker" that differs from a person's sex. This process can include psychological or psychiatric counseling or treatment by a school counselor or other provider; modifying a person's name (e.g., "Jane" to "James") or pronouns (e.g., "him" to "her"); calling a child "nonbinary"; use of intimate facilities and accommodations such as bathrooms or locker rooms specifically designated for persons of the opposite sex; and participating in school athletic competitions or other extracurricular activities specifically designated for persons of the opposite sex. "Social transition" does not include chemical or surgical mutilation."

**CONTINUE**

### Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government

Definitions used within this executive order:

1. "Gender ideology" replaces the biological category of sex with an ever-shifting concept of self-assessed gender identity, permitting the false claim that males can identify as and thus become women and vice versa, and requiring all institutions of society to regard this false claim as true. Gender ideology includes the idea that there is a vast spectrum of genders that are disconnected from one's sex. Gender ideology is internally inconsistent, in that it diminishes sex as an identifiable or useful category but nevertheless maintains that it is possible for a person to be born in the wrong sexed body.

2. "Gender identity" reflects a fully internal and subjective sense of self, disconnected from biological reality and sex and existing on an infinite continuum, that does not provide a meaningful basis for identification and cannot be recognized as a replacement for sex.

### The executive order Ending Radical Indoctrination in K-12 Schooling

Defines:

1. "Social transition" means the process of adopting a "gender identity" or "gender marker" that differs from a person's sex. This process can include psychological or psychiatric counseling or treatment by a school counselor or other provider; modifying a person's name (e.g., "Jane" to "James") or pronouns (e.g., "him" to "her"); calling a child "nonbinary"; use of intimate facilities and accommodations such as bathrooms or locker rooms specifically designated for persons of the opposite sex; and participating in school athletic competitions or other extracurricular activities specifically designated for persons of the opposite sex. "Social transition" does not include chemical or surgical mutilation."

CONTINUE



# Subject Headings

**LESSON 2 OF 6**

**Scanning the collection**

One of our first steps is to search for specific terms used in the Executive Order, such as "gender ideology" and "gender identity." These could include "fiction" or "juvenile literature." For example, "gender identity - fiction" or "gender identity - Juvenile literature." This process needs to be done with care, just because it has gender in the subject heading does not mean it should be pulled.

**CONTINUE**

# Examples

LESSON 3 OF 6

## Ensuring compliance

As you use search terms to locate books that may not comply with the Executive Order, it is important to remember that not all results from subject headings such as, "gender roles" violate the Executive Order. Our team hopes you find the examples below to be helpful as you begin your work.

CONTINUE

# Examples

LESSON 3 OF 6

## Ensuring compliance

As you use search terms to locate books that may not comply with the Executive Order, it is important to remember that not all results from subject headings such as, "gender roles" violate the Executive Order. Our team hopes you find the examples below to be helpful as you begin your work.



After reading the summary, it becomes clear that the main character of the book disguises herself as a boy in order to set off on an adventure. This book does not violate the Executive Order.

**CONTINUE**

---

### Information Centers and Executive Orders

33% COMPLETE

- Executive Orders
- Subject Headings
- Examples
- Cataloging Process
- eBooks
- Summary



As you use search terms to locate books that may not comply with the Executive Order, it is important to remember that not all results from subject headings such as, "gender roles" violate the Executive Order. Our team hopes you find the examples below to be helpful as you begin your work.



After reading the summary, it becomes clear that the main character of the book disguises herself as a boy in order to set off on an adventure. This book does not violate the Executive Order.

In the summary and subject heading, this text refers to transgender. Based on the executive order, this book must be moved to the professional collection.

**CONTINUE**

team hopes you find the examples below to be helpful as you begin your work.



After reading the summary, it becomes clear that the main character of the book disguises herself as a boy in order to set off on an adventure. This book does not violate the Executive Order.

In the summary and subject heading, this text refers to transgender. Based on the executive order, this book must be moved to the professional collection.

If your school has any titles that need to be moved to the professional collection, the next section will walk you through a quick process to update the records.

**CONTINUE**

# Cataloging Process

LESSON 4 OF 6

## Cataloging for the Operational Compliance Review
## Part I: Changing Items in the Catalog.





Each region may have different report-out requirements,

Follow the directions of your regional ISS when sending in your report.

# Next, you will find Step by Step directions.

CONTINUE



1. Search the OPAC to identify materials that need to be moved into the Review. Pull those books and bring them to the circulation desk.

2. Navigate to Circulation>>Copies. Then click on the magnifying glass icon, to search for multiple barcodes.

3. In the pop-up window, scan the barcodes of your materials. When you've scanned them all, click the Search button.

4. Now that your list is populated, click on



4. Now that your list is populated, click on Exchange under cataloging.

5. Your list is moved into the Exchange function. Note: the preview window is limited to four examples from your list, but all your items will be included.

6. In the bottom window, scroll down to find the Status field. Change it to **"Quarantined."** We are using "Quarantined" because it is not shown in the OPAC.

7. Scroll down further to find the Resource Loan Category field. Change it to "Professional."



7. Scroll down further to find the Resource Loan Category field. Change it to "Professional."

8. Click the Go button.

9. The next screen confirms that the action was completed correctly. Check to make sure that all copies were changed.

CONTINUE

# Part II: Creating a spreadsheet report. This requirement could look different in each region.



1. Navigate to Cataloging>>Copies.

2. Under Status, select "Quarantined."

3. Select the dog-eared page icon to go to Generate Reports.





3. Select the dog-eared page icon to go to Generate Reports.

4. To ensure the correct information is reported, we have created a custom report that you will need to upload to your MackinVision. The template is found below. Click and download it.

5. Click the Upload Customized Report button.

# Downloadable Files

[Operational Review Customized Report Template](#)



6. Name the report "Organizational Review." Browse to the file location where you downloaded the template and select it.



7. Click the upload button.

8. The custom report now appears in your selection window with an * before it. Click the Go button.

9. Download the report. Save a copy for yourself and email a copy to your regional ISS, if required.

**Downloadable Files**



8.  The custom report now appears in your selection window with an * before it. Click the Go button.

9.  Download the report. Save a copy for yourself and email a copy to your regional ISS, if required.

# Downloadable Files

Operational Review Customized Report Template

Cataloging for the Operational Compliance Review Instructions

# eBooks

## eBooks



Information Specialists, you will also need to review your ebooks and audiobooks from your local collections. HQ will manage the shared collections.

**START >**

# Information Centers and Executive Orders

**83% COMPLETE**

- Executive Orders
- Subject Headings
- Examples
- Cataloging Process
- eBooks
- Summary

**Step 1**

## Step 1 - MackinVia Administration



Sign into Mackin.com and open up MackinVia.

(1) 2 3 4 ✓



**Step 2**

# Step 2- Search for subject headings or titles

Gender

Resource A-Z ⌄   Sort

Expired: 2,322

…versation     Edit   Delete

Use the same search terms or titles from the OPAC review in your MackinVia search.

1  2  3  4  ✓

## Information Centers and Executive Orders

83% COMPLETE

- Executive Orders ✔
- Subject Headings ✔
- Examples ✔
- Cataloging Process ✔
- eBooks ✔
- Summary ○

## Information Centers and Executive Orders

**83% COMPLETE**

- Executive Orders ✓
- Subject Headings ✓
- Examples ✓
- Cataloging Process ✓
- eBooks ✓
- Summary ○

**Step 3**

# Step 3- Review Titles



Active

Edit    Delete

Click the **Active** button to review the title for operational compliance. The title will change to **Inactive**, making it unavailable for student checkout.

After a housekeeping file runs, the OPAC will update and remove the title from the MackinVision catalog.

1    2    ③    4    ✓

↓ 6 of 6 — Summary

# Information Centers and Executive Orders

**83% COMPLETE**

- Executive Orders ✔
- Subject Headings ✔
- Examples ✔
- Cataloging Process ✔
- eBooks ✔
- Summary ○

Step 4

## Step 4 - Tracking the Books

Inactive

Edit    Delete

Because this process is in MackinVia, not MackinVision, you must track these titles in a spreadsheet. When saving the file, please include the title, author, and school name. This is a separate spreadsheet from the MackinVison report.

1  2  3  ④  ✔

6 of 6 — Summary

# eBooks

**LESSON 5 OF 6**

## Information Centers and Executive Orders

**83% COMPLETE**

- Executive Orders ✓
- Subject Headings ✓
- Examples ✓
- Cataloging Process ✓
- eBooks ✓
- Summary ○

### Summary

When finished, please include the MackinVia spreadsheet and the Operational Compliance report from MackinVision. This could differ based on your Regional expectations.

**START AGAIN**

1  2  3  4  ✓



# Summary

LESSON 6 OF 6

## Reporting Out

When you have finished the operational compliance review, please follow the reporting directions shared by the regional ISS. We will continue to update this course based on feedback and questions from the field. As we await further guidance, we will continue to support the incredible students and staff of DoDEA.