# EXHIBIT 11



**DEPARTMENT OF DEFENSE EDUCATION ACTIVITY**
**HEADQUARTERS**
**4800 MARK CENTER DRIVE**
**ALEXANDRIA, VA  22350-1400**

February 5, 2025

MEMORANDUM FOR DODEA DIRECTORS FOR STUDENT EXCELLENCE
　　　　　　　　　　DODEA CHIEFS OF INSTRUCTIONAL LEADERSHIP DEVELOPMENT
　　　　　　　　　　DODEA DISTRICT SUPERINTENDENTS
　　　　　　　　　　DODEA COMMUNITY SUPERINTENDENTS
　　　　　　　　　　DODEA INSTRUCTIONAL SYSTEMS SPECIALISTS
　　　　　　　　　　DODEA REGION CHIEFS OF STAFF
　　　　　　　　　　DODEA PRINCIPALS
　　　　　　　　　　DODEA ASSISTANT PRINCIPALS
　　　　　　　　　　DODEA EDUCATORS

SUBJECT: Administrative Operational Compliance Review of *DoDEA Adopted Instructional Resources* Related to Gender and/or Discriminatory Equity Ideology Topics

　　　　To comply with the recent Executive Orders titled "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government" and "Ending Radical Indoctrination in K-12 Schooling," DoDEA is conducting an operational compliance review to ensure alignment with the applicable Executive Orders. As part of this review, *DoDEA adopted instructional resources* potentially related to gender ideology or discriminatory equity ideology topics, as defined in the Executive Orders, should not be utilized for instruction. Specific resources identified are in Attachment A. A small number of links to external resources have been deactivated, but this should not impact routine use of adopted resources for educators.  Educators are expected to implement this directive immediately. Principals must ensure that educators are aware of and comply with this instruction. If educators or school leaders have a question about use of a specific resource not listed in Attachment A, please notify your district ISS with the specific resource. District ISS should then share that information with their HQ ISS counterpart to be added to the compliance review and notice will be provided if use of an instructional resource should be discontinued.

　　　　We will provide further guidance upon receipt of official instructions. As a federal agency, we are committed to compliance with the Executive Orders and will ensure our policies and practices align accordingly.

　　　　For general questions about this guidance, not inquiries about specific resources, please contact Josh Adams, Acting Chief of Curriculum and Instruction at joshua.adams@dodea.edu or Anne Cannon, HQ Elementary Content Program Manager at anne.cannon@dodea.edu.

　　　　　　　　　　　　　　　　　　　　　　　　PICKEL.LORI.P.1230368224
　　　　　　　　　　　　　　　　　　　　　　　　Digitally signed by PICKEL.LORI.P.1230368224
　　　　　　　　　　　　　　　　　　　　　　　　Date: 2025.02.05 13:37:09 -05'00'

　　　　　　　　　　　　　　　　　　　　　　　　Ms. Lori Pickel
　　　　　　　　　　　　　　　　　　　　　　　　Acting Chief Academic Officer

Attachment:
As stated

cc:
President, ACEA
President, FEA
Director, FEA-SR
President, OFT

Attachment A

The following list includes selected instructional resources that should not be used by DoDEA educators during the operational compliance review.

| AP Psychology | | | |
|---|---|---|---|
| Company | Resource/Grade | Course | Do not use this resource |
| College Board | AP Psychology | AP Psychology | Please exclude "gender identity" from learning objective 3.6.A.8 and excluding Module 32 Gender and Sex |
| McGraw Hill | AP Psychology | AP Psychology | Chapter 11 – Sexuality and Gender |
| **Elementary Social Studies** | | | |
| Company | Resource/Grade | Course | Do not use this resource |
| TCI | Biographies K-5 | Elementary SS Grade K-5 | Albert Cashier, Civil War Veteran |
| TCI | G5 Western Hemisphere: Lesson 7: Migration to the United States Impact on People and Places | Elementary SS Grade 5 | Section 4 Reading - How Does Immigration Affect the U.S.? |
| TCI | G4 Lesson 3: The Peopling of the United States | Elementary SS Grade 4 | Explore Reading - A Nation of Immigrants |
| **Secondary ELA** | | | |
| Company | Resource/Grade | Course | Do not use this resource |
| HMH | READ 180 | Strategic Literacy 6-12 | Independent Reading Novel - Becoming Nicole |
| **Secondary Health** | | | |
| Company | Resource/Grade | Course | Do not use this resource |
| G-W | 6th through 8th grade Health | Comprehensive Health Skills for Middle School | Comprehensive Health Skills for Middle School Chapter 18.1 |
| **Secondary Social Studies** | | | |
| Company | Resource/Grade | Course | Do not use this resource |
| HMH ED | Grade 6: My Friend in Learning | 6th Grade Eastern World | My Friend in Learning Professional Learning. New for You Seasonal Bundle: Black History Month 2025 |