# EXHIBIT 12

---------- Forwarded message ---------
From: **DoDEA, DoNotReply** <aspen-sysadmin@myfollett.com>
Date: Mon, Mar 3, 2025, 2:53 PM
Subject: AP Psychology Course Content Update
To: <donotreply@dodea.edu>

Dear DoDEA Parents,

DoDEA has completed a review of coursework and instructional resources to ensure compliance with recent Executive Orders. DoDEA is committed to ensuring that students are well-prepared to complete AP coursework, perform well on AP exams, and remain eligible for college credit certified by the College Board. For the remainder of school year 2024-2025, DoDEA teachers will not use class time to teach, discuss, or cover AP Psychology Module 32 on Gender and Sex, including "gender identity" in objective 3.6.A.8. or any other related content. Based on the course content schedule, most AP Psychology classes have already completed Module 32 this school year. This material is available to students for optional independent study outside of the instructional day. Enrolled students will continue to have access to course resources through College Board and can take the AP Psychology exam, for credit, as previously scheduled in May 2025.

Sent on Behalf of the DoDEA Chief Academic Officer