# EXHIBIT 14

Controlled Unclassified Information

Date:    February 13, 2025

To:      Jay Burcham, DoDEA Chief of Staff

From:    Taylor York, DoDEA Civil Rights Analyst and Program Manager

Re:      **Compliance Restrictions Impacting DoDEA Sponsored School Yearbooks**
         **Subject to the Content Restrictions Contained in DoDEA AI 1353.01.**

---

      This guidance applies to the content of DoDEA student school yearbooks sponsored by DoDEA that are subject to DoDEA control in accordance with DoDEA Administrative Instruction (AI) 1353.01, "Student Rights and Responsibilities."[1]  Including content and/or imagery that a reasonable person would agree supports or facilitates "gender ideology"[i] and/or a student's "social transition"[ii] would not be compliant with Executive Order (EO) 14168[2] and EO 14190.[3]

## WHAT IS NONCOMPLIANT

1.  A student may not be identified by a name that differs from their legal name as part of that student's efforts to adopt a "gender identity" or "gender marker" that differs from the student's biological sex.

2.  A student may not be referred to by pronouns that deviate from the binary options of "she/her" and "he/him" in alignment with a student's biological sex as recorded in official DoDEA school records.

3.  Student yearbooks are not to include any visual depictions, written content, or editorial choices that would directly or indirectly support the instruction, advancement, and/or promotion of "gender ideology" and/or "social transition."

    a.  Examples would include a picture of a biological male exiting the girls' bathroom, a "transgender" pride flag, or a gender ideology themed poem or quote.
    b.  Indications of social transition do not include a student's attire, so long as there is nothing in the context to indicate the attire is related to a student's social transition.  For example, a boy may be pictured wearing a dress, so long as his name appears as directed above and any pronouns used in reference to him are "he" and "him."

## WHAT IS COMPLIANT

1.  Any student may, at their option, choose to have their identity represented by reducing their legal name to only the first initial and surname (such as "J. Doe"), to just their surname (such as "Doe") or to have their name withheld and not be specifically named, at all.  Any use of pronouns, however, must still align with the biological sex on record.

2.  Use of preferred "nicknames" that are a common variation on a legal name, such as "Francis" going by "Frank" or "Charlotte" going by "Charlie," or other neutral non-gender-related

---

[1] Any DoDEA student yearbook produced as part of course instruction and/or supervised by a DoDEA paid employee sponsor falls within the jurisdiction of DoDEA AI 1353.01.
[2] Executive Order 14168, "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government," January 20, 2025.
[3] Executive Order 14190, "Ending Radical Indoctrination in K-12 Schooling," January 29, 2025.

Controlled Unclassified Information

nicknames, such as "Peter" being known around school as "Red" because of his red hair, are not prohibited if the use of the nickname is not adopted by or associated with that student *for the purpose of affecting* a "social transition."

3. Record of past school events that include a student affecting a social transition at the time may be included so long as compliance measures are taken.

   a. If there was a student event during the school year that was an approved school activity at the time but that would not be an approved activity today under the current compliance requirements, it may still be included as a part of the school history, so long as the identification of any students pictured and pronouns used remain compliant by current operational standards.
   b. For example, if there is a picture of a biological male student participating in competition on the girls' high school volleyball team, or there was a group photo taken of the team, that picture may be included so long as in the caption the identity of the male student conforms to current identification requirements.

   Any questions or concerns regarding maintaining compliance may be directed to me via MS Teams or email at Taylor.York@dodea.edu.

---

[i] Section 2(f) of EO 14168: "Gender ideology" replaces the biological category of sex with an ever-shifting concept of self-assessed gender identity, permitting the false claim that males can identify as and thus become women and vice versa, and requiring all institutions of society to regard this false claim as true. Gender ideology includes the idea that there is a vast spectrum of genders that are disconnected from one's sex. Gender ideology is internally inconsistent, in that it diminishes sex as an identifiable or useful category but nevertheless maintains that it is possible for a person to be born in the wrong sexed body.

[ii] Section 2.(e) of EO 14190: "Social transition" means the process of adopting a "gender identity" or "gender marker" that differs from a person's sex. This process can include psychological or psychiatric counseling or treatment by a school counselor or other provider; modifying a person's name (e.g., "Jane" to "James") or pronouns (e.g., "him" to "her"); calling a child "nonbinary"; use of intimate facilities and accommodations such as bathrooms or locker rooms specifically designated for persons of the opposite sex; and participating in school athletic competitions or other extracurricular activities specifically designated for persons of the opposite sex.