UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| E.K. and S.K., minors, by and through their parent and next friend LINDSEY KEELEY; O.H., S.H., and H.H., minors, by and through their parent and next friend JESSICA HENNINGER; E.G., a minor, by and through his parent and next friend MEGAN JEBELES; E.Y. and C.Y., minors, by and through their parent and next friend ANNA YOUNG; L.K., L.K., and L.K., minors, by and through their parent and next friend ANNA KENKEL; and M.T., a minor, by and through her parent and next friend NATALIE TOLLEY,<br><br>      Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF DEFENSE EDUCATION ACTIVITY; DR. BETH SCHIAVINO-NARVAEZ, in her official capacity as Director of the Department of Defense Education Activity; and PETER BRIAN HEGSETH, in his official capacity as Secretary of Defense,<br><br>      Defendants. | Case No. 1:25-cv-00637-PTG-IDD<br><br>Hon. Patricia Tolliver Giles |

**INDEX OF PLAINTIFF DECLARATIONS AND EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Decl. of Lindsey Keeley in Supp. of Pls.' Mot. for Prelim. Inj.

 **Ex. A**, DoDEA FOIA Response: Memorandum from DoDEA Acting Chief Academic Officer to DoDEA Administrators and School Level Employees (Feb. 5, 2025).

 **Ex. B**, Letter from Beth Schiavino-Narvaez, DoDEA Director, to DoDEA Sponsors, Parents, and Guardians (Feb. 10, 2025).

 **Ex. C**, Minutes for the Quantico School Board Meeting of February 20, 2025.

> **Ex. D**, E-mail from Taylor York, LLM, CCEP, Civil Rights Analyst and Program Manager, Civil Rights Program and Compliance Branch, U.S. Department of Defense Education Activity, to Paul Keeley, (Feb. 10, 2025, 8:56 PM – Mar. 4, 2025, 11:19 AM).
>
> **Ex. E**, Email from DoDEA FOIA Office to Paul Keeley (Apr. 18, 2025).

Decl. of Jessica Henninger in Supp. of Pls.' Mot. for Prelim. Inj.

Decl. of Anna Young in Supp. of Pls.' Mot. for Prelim. Inj.

Decl. of Anna Kenkel in Supp. of Pls.' Mot. for Prelim. Inj.

> **Ex. A**, List of Books Removed on Gender Ideology
>
> **Ex. B**, Email from DoDEA FOIA/PA Requests to Anna Kenkel (Mar. 6, 2025, 3:54 AM).

Decl. of Natalie Tolley in Supp. of Pls.' Mot. for Prelim. Inj.

> **Ex. A**, Letter from Michelle Howard-Brahaney, DoDEA Europe Director for Student Excellence, to Parents and Students (Mar. 7, 2025).

## INDEX OF EXHIBITS TO DECLARATION OF MATTHEW CALLAHAN
## IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

**Ex. 1,** Department of Defense Education Activity, *2024-2025 DoDEA By the Numbers Fact Sheet* (Nov. 2024), https://dodea.widen.net/s/hwlwrrdfc5/dodea-by-the-numbers-placemat-sy-22-23.

**Ex. 2,** Department of Defense Education Activity, *School Awards Page*, https://www.dodea.edu/education/school-awards.

**Ex. 3,** Department of Defense Education Activity, *DoD Schools Ranked Best in the United States Again on Nation's Report Card* (Jan. 29, 2025), https://www.dodea.edu/news/press-releases/dod-schools-ranked-best-united-states-again-nations-report-card.

**Ex. 4,** Michael O'Day, *DoDEA Students Lead Nation in NAEP Performance, Again Showcasing the Strength of 21st Century Education Model*, U.S. Army (Feb. 3, 2025), https://www.army.mil/article/282980/dodea_students_lead_nation_in_naep_performance_again_showcasing_the_strength_of_21st_century_education_model.

**Ex. 5,** Executive Order No. 14168, 90 Fed. Reg. 8615, *Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government* (Jan. 20, 2025), https://www.whitehouse.gov/presidential-actions/2025/01/defending-women-from-gender-ideology-extremism-and-restoring-biological-truth-to-the-federal-government/.

**Ex. 6,** Executive Order No. 14185, 90 Fed. Reg. 8763, *Restoring America's Fighting Force* (Jan. 27, 2025), https://www.whitehouse.gov/presidential-actions/2025/01/restoring-americas-fighting-force/.

**Ex. 7,** Executive Order No. 14190, 90 Fed. Reg. 8853, *Ending Radical Indoctrination in K-12 Schooling* (Jan. 29, 2025), https://www.whitehouse.gov/presidential-actions/2025/01/ending-radical-indoctrination-in-k-12-schooling/.

**Ex. 8,** The White House, Remarks by President Trump in Joint Address to Congress (Mar. 6, 2025), https://www.whitehouse.gov/remarks/2025/03/remarks-by-president-trump-in-joint-address-to-congress/.

**Ex. 9,** Email from Shawn Knudsen, Principal of DoDEA Wiesbaden Middle School in Wiesbaden, Germany, to Wiesbaden MS All Staff (Feb. 7, 2025).

**Ex. 10,** Lori Pickel, Acting Chief Academic Officer for DoDEA, Memorandum: Administrative Operational Compliance Review of Books Related to Gender and/or Discriminatory Equity Ideology Topics (Feb. 5, 2025).

**Ex. 11,** Letter from Charles Kelker, DoDEA Europe Chief of Staff, to DoDEA Europe Administrators and School-level Employees (Feb. 7, 2025).

**Ex. 12,** Letter from Beth Schiavino-Narvaez, DoDEA Director, to DoDEA Sponsors, Parents, and Guardians (Feb. 10, 2025).

**Ex. 13,** DoDEA, Training: Information Centers and Executive Orders, https://rise.articulate.com/share/Co7fkmnPI6eyrWDe00At1Votq7bwAhcH#/.

**Ex. 14,** List of books currently removed from school libraries and curricula.

**Ex. 15,** Letter from Michelle Howard-Brahaney, DoDEA Europe Director for Student Excellence (Mar. 7, 2025).

**Ex. 16,** Peter Hegseth, Secretary of Defense, *Identity Months Dead at DoD* (Jan. 31, 2025), https://www.defense.gov/News/Releases/Release/article/4050331/identity-months-dead-at-dod/.

**Ex. 17,** Taylor York, DoDEA Civil Rights Analyst and Program Manager, Guidance on Cultural Observances and Compliance with SECDEF Directive (Feb. 14, 2025).

**Ex. 18,** Peter Hegseth, Secretary of Defense, Memorandum: Restoring America's Fighting Force (Jan. 29, 2025).

**Ex. 19,** Lori Pickel, Acting Chief Academic Officer for DoDEA, Memorandum: Administrative Operational Compliance Review of DoDEA Adopted Instructional Resources Related to Gender and/or Discriminatory Equity Ideology Topics (Feb. 5, 2025).

**Ex. 20,** List of books currently quarantined from DoDEA school libraries.