# EXHIBIT 1



## DoDEA EMPLOYEES

**11,454**

THIS IS THE NUMBER OF FULL-TIME EQUIVALENTS (FTEs).



- PACIFIC 2,768
- HQ 480
- EUROPE 3,898
- AMERICAS 4,308

### 55 DoDEA SCHOOLS RECOGNIZED (1982 THROUGH 2024)

SINCE 1982, FIFTY FIVE DoDEA SCHOOLS HAVE BEEN RECOGNIZED AS BLUE RIBBON SCHOOLS BY THE U.S. DEPARTMENT OF EDUCATION. THE AWARD IS BASED ON THEIR OVERALL ACADEMIC EXCELLENCE OR THEIR PROGRESS IN CLOSING ACHIEVEMENT GAPS AMONG STUDENT SUBGROUPS.



**2024 BLUE RIBBON DoDEA SCHOOLS -**
1) ALCONBURY ELEMENTARY SCHOOL (UNITED KINGDOM)
2) ROBINSON BARRACKS ELEMENTARY SCHOOL (GERMANY)
3) WEST POINT ELEMENTARY SCHOOL (NEW YORK, USA)



SINCE 2015, **EIGHT DoDEA SCHOOLS** HAVE BEEN RECOGNIZED AS GREEN RIBBON SCHOOLS BY THE U.S. DEPARTMENT OF EDUCATION. THE AWARD IS BASED ON EFFORTS TOWARDS 21ST CENTURY EXCELLENCE IN THREE ACHIEVEMENT AREAS:

1) REDUCED ENVIRONMENTAL IMPACTS AND COSTS
2) IMPROVED HEALTH AND WELLNESS, AND
3) EFFECTIVE ENVIRONMENTAL AND SUSTAINABILITY EDUCATION.

THE MOST RECENT GREEN RIBBON DoDEA SCHOOL WINNER IS HUMPHREYS CENTRAL ELEMENTARY SCHOOL IN USAG HUMPHREYS, KOREA.

## NATIONAL ASSESSMENT OF EDUCATIONAL PROGRESS (NAEP)

### 2024 AVERAGE SCORES FOR STATE/JURISDICTION AND NATION (PUBLIC)

In 2024, the average score of fourth-grade and eighth-grade students in DoDEA for math and reading was higher than the average score for public school students in the nation.

**4th GRADE Math & Reading**

- MATH: 251 / 237
- READING: 234 / 214

**8th GRADE Math & Reading**

- MATH: 291 / 272
- READING: 282 / 257

| 251 | DoDEA 4TH GRADE MATH |
| 237 | NATIONAL AVERAGE |

DoDEA 4th grade math result is:
- lower than 0 states/jurisdictions
- higher than 51 other states/jurisdictions
- not significantly different than 0 other states/jurisdictions

| 291 | DoDEA 8TH GRADE MATH |
| 272 | NATIONAL AVERAGE |

DoDEA 8th grade math result is:
- lower than 0 states/jurisdictions
- higher than 51 other states/jurisdictions
- not significantly different than 0 other states/jurisdictions

| 234 | DoDEA 4TH GRADE READING |
| 214 | NATIONAL AVERAGE |

DoDEA 4th grade reading result is:
- lower than 0 states/jurisdictions
- higher than 51 other states/jurisdictions
- not significantly different than 0 states/jurisdictions

| 282 | DoDEA 8TH GRADE READING |
| 257 | NATIONAL AVERAGE |

DoDEA 8th grade reading is:
- lower than 0 states/jurisdictions
- higher than 51 other states/jurisdictions
- not significantly different than 0 other states/jurisdictions

NOTE: The NAEP mathematics and reading scales range from 0 to 500. Statistical comparisons are calculated on the basis of unrounded scale scores or percentages. Read more about how to interpret NAEP results from the mathematics assessment at:

https://nces.ed.gov/nationsreportcard/mathematics/interpret_results.aspx

SOURCE: U.S. Department of Education, Institute of Education Sciences, National Center for Education Statistics, National Assessment of Educational Progress (NAEP), various years, 2000-2019 Mathematics Assessments.

## COLLEGE AND CAREER READY

### A WORLD-CLASS EDUCATION FOR MILITARY-CONNECTED STUDENTS

DoDEA COLLEGE AND CAREER READY PROGRAMS ARE DESIGNED TO ENSURE ALL HIGH SCHOOL GRADUATES HAVE THE KNOWLEDGE, SKILLS, HABITS AND DISPOSITIONS IN MULTIPLE SUBJECTS TO BE SUCCESSFUL IN THEIR FUTURE ENDEAVORS.

**DoDEA COLLEGE AND CAREER READY STANDARDS:**

- ESTABLISH CLEAR, CONSISTENT AND HIGH LEARNING GOALS AND ARE FOCUSED ON PREPARING STUDENTS FOR SUCCESS IN COLLEGE AND CAREERS.
- IN THE AREAS OF MATHEMATICS AND LITERACY, SET A FOUNDATION FOR EVEN GREATER STUDENT SUCCESS AND GROWTH.
- SET GRADE-BY-GRADE LEARNING EXPECTATIONS FOR STUDENTS IN GRADES K-12.
- SUPPORT A COHESIVE EDUCATION FOR HIGHLY MOBILE MILITARY-CONNECTED STUDENTS.

      

Math | Literacy | Science | Social Studies | Fine Arts | Career & Tech Ed | World Language

LEARN MORE AT: WWW.DODEA.EDU/COLLEGECAREERREADY



**DoDEA SCHOOL OPENINGS 2024-2025**

**DoDEA PACIFIC**
CFA YOKOSUKA
YOKOSUKA PRIMARY SCHOOL





DoDEA BY THE NUMBERS | NOVEMBER 2024

*DoDEA by the NUMBERS*