# EXHIBIT 2



**DoDEA Family Portal**

The DoDEA Family Portal will be unavailable from Friday, April 25, at 10:00 PM ET to Saturday, April 26, at 1:00 AM ET to perform system updates. Parents will be unable to log into the portal during this time.                                                                    ×

DoDEA  ›  Education  ›  School Awards

# School Awards



### AP Honor Roll

The AP School Honor Roll recognizes schools whose Advanced Placement programs are delivering results for students while broadening access to advanced coursework. Schools can earn this recognition annually based on criteria that reflect a commitment to increasing college-going culture, providing opportunities for student...



### Cognia System of Distinction

Cognia is the accreditation organization for all DoDEA schools, serving more than 30,000 public and private schools across the United States and more than 70 countries. The Schools of Distinction award recognizes schools and systems that truly stand out in their service to learners. Many members of the Cognia Global Network...



### Green Ribbon Schools

The U.S. Department of Education Green Ribbon Schools (ED-GRS) Program is an awards program that recognizes the most innovative schools in the Nation based on environmental impact and energy efficiency, healthy school environments and practices and environmental and sustainability education.



### National Blue Ribbon Schools

The U.S. Department of Education recognized 356 National Blue Ribbon Schools for 2024. Among the schools honored with Blue Ribbon status was Alconbury ES, Robinson Barracks ES, and West Point ES.



**Department of Defense Education Activity**

DoDEA

Resources

Helpful Links

dodea.edu

**An official website of the Department of Defense.** DoDEA is a Department of Defense Field Activity operating under the direction, authority, and control of the Undersecretary of Defense for Personnel and Readiness.

The appearance of hyperlinks does not constitute endorsement by the Department of Defense Education Activity (DoDEA) of non-U.S. Government sites or the information, products, or services contained therein. Although DoDEA may or may not use these sites as additional distribution channels for Department of Defense information, it does not exercise editorial control over all of the information that you may find at these locations. Such links are provided consistent with the stated purpose of this website.



# AP Honor Roll

DoDEA › Education › School Awards › AP Honor Roll

# AP Honor Roll

The AP School Honor Roll recognizes schools whose Advanced Placement programs are delivering results for students while broadening access to advanced coursework. Schools can earn this recognition annually based on criteria that reflect a commitment to increasing college-going culture, providing opportunities for students to earn college credit, and maximizing college readiness.

The College Board has four levels of recognition for the AP School Honor Roll based on qualifying criteria that are anchored in research-based relationships between AP and college outcomes: Platinum, Gold, Silver, and Bronze. For a school to be recognized, it must meet each of the criteria for their students in the most recent graduating class.

Schools that are recognized on the AP Honor Roll may also earn the AP Access Award, honoring schools that demonstrate a clear and effective commitment to provide access to advanced coursework. Schools earn the additional award if the percentage of AP Exam takers who are underrepresented minority and/or low-income students mirrors the school's overall student demographics.

## Platinum Criteria:

- 80% or more of the graduating cohort took at least one AP exam during high school.

- 50% or more of the graduating cohort scored a 3 or higher on at least one AP exam during high school.
- 15% or more of the graduating cohort took five or more AP exams during high school with at least one being taken in the 9th or 10th grade.

## Gold Criteria:

- 65% or more of the graduating cohort took at least one AP exam during high school.
- 35% or more of the graduating cohort scored a 3 or higher on at least one AP exam during high school.
- 10% or more of the graduating cohort took five or more AP exams during high school with at least one being taken in the 9th or 10th grade.

## Silver Criteria:

- 50% or more of the graduating cohort took at least one AP exam during high school.
- 30% or more of the graduating cohort scored a 3 or higher on at least one AP exam during high school.
- 5% or more of the graduating cohort took five or more AP exams during high school with at least one being taken in the 9th or 10th grade.

## Bronze Criteria:

- 40% or more of the graduating cohort took at least one AP exam during high school.
- 25% or more of the graduating cohort scored a 3 or higher on at least one AP exam during high school.
- 2% or more of the graduating cohort took five or more AP exams during high school with at least one being taken in the 9th or 10th grade.

You can find more information on the Advanced Placement Honor Roll here:
https://apcentral.collegeboard.org/exam-administration-ordering-scores/scores/awards/school-districts-awards ↗

# AP Honor Roll Awardees

**AP Honor Roll - Platinum**

### School



### AFNORTH Middle High School

| | |
|---|---|
| **District** | EU-West |
| **Award** | AP Honor Roll - Platinum |
| **Year** | 2024 |

### School



### Alconbury Middle High School

| | |
|---|---|
| **District** | EU-West |
| **Award** | AP Honor Roll - Platinum |
| **Year** | 2024 |

### School



### Ankara Elementary High School

| | |
|---|---|
| **District** | EU-South |
| **Award** | AP Honor Roll - Platinum |
| **Year** | 2024 |

### School



### Ansbach Middle High School

| | |
|---|---|
| **District** | EU-East |
| **Award** | AP Honor Roll - Platinum |
| **Year** | 2024 |

**School**



Aviano Middle High School

| | |
|---|---|
| **District** | EU-South |
| **Award** | AP Honor Roll - Platinum |
| **Year** | 2024 |

**School**



Bahrain Middle High School

| | |
|---|---|
| **District** | EU-South |
| **Award** | AP Honor Roll - Platinum |
| **Year** | 2024 |

**School**



Baumholder Middle High School

| | |
|---|---|
| **District** | EU-Central |
| **Award** | AP Honor Roll - Platinum |
| **Year** | 2024 |

### School



**Brussels Elementary High School**

**District** EU-West

**Award** AP Honor Roll - Platinum

**Year** 2024

### School



**Edgren Middle High School**

**District** PAC-East

**Award** AP Honor Roll - Platinum

**Year** 2024

### School



**EJ King Middle High School**

**District** PAC-East

**Award** AP Honor Roll - Platinum

**Year** 2024

### School



**Hohenfels Middle High School**

| District | EU-East |
| --- | --- |
| Award | AP Honor Roll - Platinum |
| Year | 2024 |

School



Kadena High School

| District | PAC-South |
| --- | --- |
| Award | AP Honor Roll - Platinum |
| Year | 2024 |

School



Kaiserslautern High School

| District | EU-Central |
| --- | --- |
| Award | AP Honor Roll - Platinum |
| Year | 2024 |

School



Kinnick High School

| District | PAC-East |
| --- | --- |
| Award | AP Honor Roll - Platinum |
| Year | 2024 |

**School**



Kubasaki High School

| | |
|---|---|
| **District** | PAC-South |
| **Award** | AP Honor Roll - Platinum |
| **Year** | 2024 |

**School**



Naples Middle High School

| | |
|---|---|
| **District** | EU-South |
| **Award** | AP Honor Roll - Platinum |
| **Year** | 2024 |

**School**



Osan Middle High School

| | |
|---|---|
| **District** | PAC-West |
| **Award** | AP Honor Roll - Platinum |
| **Year** | 2024 |

**School**



Ramey Unit School

| | |
|---|---|
| **District** | Mid-Atlantic |
| **Award** | AP Honor Roll - Platinum |
| Year | 2024 |

| School | |
|---|---|



Rota Middle High School

| | |
|---|---|
| **District** | EU-South |
| **Award** | AP Honor Roll - Platinum |
| Year | 2024 |

| School | |
|---|---|



SHAPE High School

| | |
|---|---|
| **District** | EU-West |
| **Award** | AP Honor Roll - Platinum |
| Year | 2024 |

| School | |
|---|---|



Sigonella Middle High School

| | |
|---|---|
| **District** | EU-South |
| **Award** | AP Honor Roll - Platinum |
| Year | 2024 |

**School**



**Spangdahlem High School**

| | |
|---|---|
| **District** | EU-West |
| **Award** | AP Honor Roll - Platinum |
| **Year** | 2024 |

**School**



**Stuttgart High School**

| | |
|---|---|
| **District** | EU-East |
| **Award** | AP Honor Roll - Platinum |
| **Year** | 2024 |

**School**



**Vicenza High School**

| | |
|---|---|
| **District** | EU-South |
| **Award** | AP Honor Roll - Platinum |
| **Year** | 2024 |

**School**



**Vilseck High School**

| District | EU-East |
|---|---|
| **Award** | AP Honor Roll - Platinum |
| **Year** | 2024 |

**School**



Wiesbaden High School

| District | EU-Central |
|---|---|
| **Award** | AP Honor Roll - Platinum |
| **Year** | 2024 |

**School**



Yokota High School

| District | PAC-East |
|---|---|
| **Award** | AP Honor Roll - Platinum |
| **Year** | 2024 |

**School**



Zama Middle High School

| District | PAC-East |
|---|---|
| **Award** | AP Honor Roll - Platinum |
| **Year** | 2024 |

### School



### AFNORTH Middle High School

**District**             EU-West

**Award**                AP Honor Roll - Platinum

**Year**                 2023

### School



### Alconbury Middle High School

**District**             EU-West

**Award**                AP Honor Roll - Platinum

**Year**                 2023

### School



### Ansbach Middle High School

**District**             EU-East

**Award**                AP Honor Roll - Platinum

**Year**                 2023

### School



### Edgren Middle High School

| | |
|---|---|
| **District** | PAC-East |
| **Award** | AP Honor Roll - Platinum |
| **Year** | 2023 |



### School

### EJ King Middle High School

| | |
|---|---|
| **District** | PAC-East |
| **Award** | AP Honor Roll - Platinum |
| **Year** | 2023 |

### School



### Hohenfels Middle High School

| | |
|---|---|
| **District** | EU-East |
| **Award** | AP Honor Roll - Platinum |
| **Year** | 2023 |

### School



### Humphreys High School

| | |
|---|---|
| **District** | PAC-West |
| **Award** | AP Honor Roll - Platinum |
| **Year** | 2023 |

School



### Kaiserslautern High School

**District**    EU-Central

**Award**    AP Honor Roll - Platinum

Year    2023

School



### Kubasaki High School

**District**    PAC-South

**Award**    AP Honor Roll - Platinum

Year    2023

School



### Naples Middle High School

**District**    EU-South

**Award**    AP Honor Roll - Platinum

Year    2023

School



### Rota Middle High School

| | |
|---|---|
| **District** | EU-South |
| **Award** | AP Honor Roll - Platinum |
| **Year** | 2023 |

School



SHAPE High School

| | |
|---|---|
| **District** | EU-West |
| **Award** | AP Honor Roll - Platinum |
| **Year** | 2023 |

School



Sigonella Middle High School

| | |
|---|---|
| **District** | EU-South |
| **Award** | AP Honor Roll - Platinum |
| **Year** | 2023 |

School



Spangdahlem High School

| | |
|---|---|
| **District** | EU-West |
| **Award** | AP Honor Roll - Platinum |
| **Year** | 2023 |

**School**



Vicenza High School

| | |
|---|---|
| **District** | EU-South |
| **Award** | AP Honor Roll - Platinum |
| **Year** | 2023 |

**School**



Yokota High School

| | |
|---|---|
| **District** | PAC-East |
| **Award** | AP Honor Roll - Platinum |
| **Year** | 2023 |

## AP Honor Roll - Gold

**School**



Daegu Middle High School

| | |
|---|---|
| **District** | PAC-West |
| **Award** | AP Honor Roll - Gold |
| **Year** | 2024 |

**School**



Fort Knox Middle High School

District        Southeast

Award         AP Honor Roll - Gold

Year          2024

**School**



Guam High School

District        PAC-West

Award         AP Honor Roll - Gold

Year          2024

**School**



Humphreys High School

District        PAC-West

Award         AP Honor Roll - Gold

Year          2024

**School**

Lakenheath High School

| District | EU-West |
| --- | --- |
| **Award** | AP Honor Roll - Gold |
| Year | 2024 |

School



MC Perry High School

| District | PAC-East |
| --- | --- |
| **Award** | AP Honor Roll - Gold |
| Year | 2024 |

School



Ramstein High School

| District | EU-Central |
| --- | --- |
| **Award** | AP Honor Roll - Gold |
| Year | 2024 |

School



Antilles High School

| District | Mid-Atlantic |
| --- | --- |
| **Award** | AP Honor Roll - Gold |
| Year | 2023 |

School



Aviano Middle High School

District          EU-South

Award            AP Honor Roll - Gold

Year             2023

School



Bahrain Middle High School

District          EU-South

Award            AP Honor Roll - Gold

Year             2023

School



Brussels Elementary High School

District          EU-West

Award            AP Honor Roll - Gold

Year             2023

School



Daegu Middle High School

| | |
|---|---|
| **District** | PAC-West |
| **Award** | AP Honor Roll - Gold |
| Year | 2023 |

School



Fort Knox Middle High School

| | |
|---|---|
| **District** | Southeast |
| **Award** | AP Honor Roll - Gold |
| Year | 2023 |

School



Kadena High School

| | |
|---|---|
| **District** | PAC-South |
| **Award** | AP Honor Roll - Gold |
| Year | 2023 |

School



Kinnick High School

| | |
|---|---|
| **District** | PAC-East |
| **Award** | AP Honor Roll - Gold |
| Year | 2023 |

**School**



**Lakenheath High School**

| | |
|---|---|
| **District** | EU-West |
| **Award** | AP Honor Roll - Gold |
| **Year** | 2023 |

**School**



**Lejeune High School**

| | |
|---|---|
| **District** | Mid-Atlantic |
| **Award** | AP Honor Roll - Gold |
| **Year** | 2023 |

**School**



**Osan Middle High School**

| | |
|---|---|
| **District** | PAC-West |
| **Award** | AP Honor Roll - Gold |
| **Year** | 2023 |

**School**



**Vilseck High School**

| District | EU-East |
|---|---|
| **Award** | AP Honor Roll - Gold |
| **Year** | 2023 |

**School**



Wiesbaden High School

| **District** | EU-Central |
|---|---|
| **Award** | AP Honor Roll - Gold |
| **Year** | 2023 |

**School**



WT Sampson Elementary High School

| **District** | Mid-Atlantic |
|---|---|
| **Award** | AP Honor Roll - Gold |
| **Year** | 2023 |

**School**



Zama Middle High School

| **District** | PAC-East |
|---|---|
| **Award** | AP Honor Roll - Gold |
| **Year** | 2023 |

**AP Honor Roll - Silver**

School



Lejeune High School

**District** Mid-Atlantic

**Award** AP Honor Roll - Silver

Year 2024

School



Quantico Middle High School

**District** Mid-Atlantic

**Award** AP Honor Roll - Silver

Year 2024

School



Ankara Elementary High School

**District** EU-South

**Award** AP Honor Roll - Silver

Year 2023

School



### Fort Campbell High School

**District**        Southeast

**Award**          AP Honor Roll - Silver

Year              2023

School



### Guam High School

**District**        PAC-West

**Award**          AP Honor Roll - Silver

Year              2023

School



### MC Perry High School

**District**        PAC-East

**Award**          AP Honor Roll - Silver

Year              2023

School



### Quantico Middle High School

| | |
|---|---|
| **District** | Mid-Atlantic |
| **Award** | AP Honor Roll - Silver |
| **Year** | 2023 |

| | |
|---|---|
| **School** |  Ramstein High School |
| **District** | EU-Central |
| **Award** | AP Honor Roll - Silver |
| **Year** | 2023 |

| | |
|---|---|
| **School** |  Stuttgart High School |
| **District** | EU-East |
| **Award** | AP Honor Roll - Silver |
| **Year** | 2023 |

**AP Honor Roll - Bronze**

| | |
|---|---|
| **School** |  Antilles High School |
| **District** | Mid-Atlantic |

| Award | AP Honor Roll - Bronze |
| Year | 2024 |

| School |  |
| | Fort Campbell High School |
| District | Southeast |
| Award | AP Honor Roll - Bronze |
| Year | 2024 |

| School |  |
| | Ramey Unit School |
| District | Mid-Atlantic |
| Award | AP Honor Roll - Bronze |
| Year | 2023 |

## Department of Defense Education Activity

**DoDEA** ⌄

**Resources** ⌄

**Helpful Links** ⌄



dodea.edu

**An official website of the Department of Defense.** DoDEA is a Department of Defense Field Activity operating under the direction, authority, and control of the Undersecretary of Defense for Personnel and Readiness.

The appearance of hyperlinks does not constitute endorsement by the Department of Defense Education Activity (DoDEA) of non-U.S. Government sites or the information, products, or services contained therein. Although DoDEA may or may not use these sites as additional distribution channels for Department of Defense information, it does not exercise editorial control over all of the information that you may find at these locations. Such links are provided consistent with the stated purpose of this website.



DoDEA > Education > School Awards > Cognia System of Distinction

# Cognia System of Distinction

Cognia is the accreditation organization for all DoDEA schools, serving more than 30,000 public and private schools across the United States and more than 70 countries. The Schools of Distinction award recognizes schools and systems that truly stand out in their service to learners. Many members of the Cognia Global Network seek accreditation from Cognia, which is earned as the result of extensive internal preparation and a review by a team of outside educators. Once an institution is accredited, it engages in similar preparation and review every five years to maintain that designation.

## Past Cognia System of Distinction Awardees

Once an institution is accredited, it engages in similar preparation and review every five years to maintain that designation.

| School | AFNorth Elementary School |
|---|---|
| District | Europe West |
| Year | 2020-2021 |

| School | AFNorth Middle/High School |
|---|---|
| District | Europe West |
| Year | 2020-2021 |

| School | Alconbury Elementary School |
|---|---|
| District | Europe West |
| Year | 2020-2021 |

| School | Alconbury Middle/High School |
|---|---|
| District | Europe West |
| Year | 2020-2021 |

| School | Ankara Elementary/High School |
|---|---|
| District | Europe South |
| Year | 2023-2024 |

| School | Amelia Earhart Intermediate School |
|---|---|
| District | Pacific South |
| Year | 2021-2022 |

| School | Aviano Elementary School |
|---|---|
| District | Europe South |
| Year | 2023-2024 |

| School | Aviano Middle/High School |
|---|---|
| District | Europe South |

| | |
|---|---|
| Year | 2023-2024 |

| | |
|---|---|
| School | Bahrain Elementary School |
| District | Europe South |
| Year | 2023-2024 |

| | |
|---|---|
| School | Bahrain Middle/High School |
| District | Europe South |
| Year | 2023-2024 |

| | |
|---|---|
| School | Bechtel Elementary School |
| District | Pacific South |
| Year | 2021-2022 |

| | |
|---|---|
| School | Bob Hope Elementary School |
| District | Pacific South |
| Year | 2021-2022 |

| | |
|---|---|
| School | Brussels Elementary/High School |
| District | Europe West |
| Year | 2020-2021 |

| | |
|---|---|
| School | Ernest J. King Middle/High School |
| District | Pacific East |
| Year | 2021-2022 |

| | |
|---|---|
| School | Feltwell Elementary School |

| District | Europe West |
| Year | 2020 - 2021 |

| School | Ikego Elementary School |
| District | Pacific East |
| Year | 2021 - 2022 |

| School | Iwakuni Intermediate School |
| District | Pacific East |
| Year | 2021 - 2022 |

| School | Iwakuni Middle School |
| District | Pacific East |
| Year | 2021 - 2022 |

| School | Jack N Darby Elementary School |
| District | Pacific East |
| Year | 2021 - 2022 |

| School | Joan K. Mendel Elementary School |
| District | Pacific East |
| Year | 2021 - 2022 |

| School | John O Arnn Elementary School |
| District | Pacific East |
| Year | 2021 - 2022 |

| | |
|---|---|
| School | Kadena Elementary School |
| District | Pacific South |
| Year | 2021-2022 |

| | |
|---|---|
| School | Kadena High School |
| District | Pacific South |
| Year | 2021-2022 |

| | |
|---|---|
| School | Kadena Middle School |
| District | Pacific South |
| Year | 2021-2022 |

| | |
|---|---|
| School | Killin Elementary School |
| District | Pacific South |
| Year | 2021-2022 |

| | |
|---|---|
| School | Kinser Elementary School |
| District | Pacific South |
| Year | 2021-2022 |

| | |
|---|---|
| School | Kleine Brogel Elementary School |
| District | Europe West |
| Year | 2020-2021 |

| | |
|---|---|
| School | Kubasaki High School |
| District | Pacific South |

| Year | 2021-2022 |
|---|---|
| School | Lakenheath Elementary School |
| District | Europe West |
| Year | 2020-2021 |
| School | Lakenheath High School |
| District | Europe West |
| Year | 2020-2021 |
| School | Lakenheath Middle School |
| District | Europe West |
| Year | 2020-2021 |
| School | Lester Middle School |
| District | Pacific South |
| Year | 2021-2022 |
| School | Liberty Intermediate School |
| District | Europe West |
| Year | 2020-2021 |
| School | Livorno Elementary/Middle School |
| District | Europe South |
| Year | 2023-2024 |
| School | Matthew C Perry High School |

| District | Pacific East |
| --- | --- |
| Year | 2021-2022 |

| School | Matthew C Perry Primary School |
| --- | --- |
| District | Pacific East |
| Year | 2021-2022 |

| School | Naples Elementary School |
| --- | --- |
| District | Europe South |
| Year | 2023-2024 |

| School | Naples Middle/High School |
| --- | --- |
| District | Europe South |
| Year | 2023-2024 |

| School | Nile C Kinnick High School |
| --- | --- |
| District | Pacific East |
| Year | 2021-2022 |

| School | Ralph F. Stearley Primary School |
| --- | --- |
| District | Pacific South |
| Year | 2021-2022 |

| School | Robert D Edgren Middle/High School |
| --- | --- |
| District | Pacific East |
| Year | 2021-2022 |

| | |
|---|---|
| **School** | Rota Elementary School |
| **District** | Europe South |
| **Year** | 2023-2024 |

| | |
|---|---|
| **School** | Rota Middle/High School |
| **District** | Europe South |
| **Year** | 2023-2024 |

| | |
|---|---|
| **School** | Ryukyu Middle School |
| **District** | Pacific South |
| **Year** | 2021-2022 |

| | |
|---|---|
| **School** | Sasebo Elementary School |
| **District** | Pacific East |
| **Year** | 2021-2022 |

| | |
|---|---|
| **School** | Sevilla Elementary/Middle School |
| **District** | Europe East |
| **Year** | 2023-2024 |

| | |
|---|---|
| **School** | SHAPE Elementary School |
| **District** | Europe West |
| **Year** | 2020-2021 |

| | |
|---|---|
| **School** | SHAPE High School |
| **District** | Europe West |

| Year | 2020 - 2021 |
|---|---|
| School | SHAPE Middle School |
| District | Europe West |
| Year | 2020 - 2021 |
| School | Shirley Lanham Elementary School |
| District | Pacific East |
| Year | 2021 - 2022 |
| School | Sigonella Elementary School |
| District | Europe South |
| Year | 2023 - 2024 |
| School | Sigonella Middle/High School |
| District | Europe South |
| Year | 2023 - 2024 |
| School | Sollars Elementary School |
| District | Pacific East |
| Year | 2021 - 2022 |
| School | Spangdahlem Elementary School |
| District | Europe West |
| Year | 2020 - 2021 |
| School | Spangdahlem High School |

| District | Europe West |
| --- | --- |
| Year | 2020-2021 |

| School | Spangdahlem Middle School |
| --- | --- |
| District | Europe West |
| Year | 2020-2021 |

| School | Sullivans Elementary School |
| --- | --- |
| District | Pacific East |
| Year | 2021-2022 |

| School | Vicenza Elementary School |
| --- | --- |
| District | Europe South |
| Year | 2023-2024 |

| School | Vicenza Middle School |
| --- | --- |
| District | Europe South |
| Year | 2023-2024 |

| School | Vicenza High School |
| --- | --- |
| District | Europe South |
| Year | 2023-2024 |

| School | Yokosuka Middle School |
| --- | --- |
| District | Pacific East |
| Year | 2021-2022 |

| School | Yokota High School |
| --- | --- |
| District | Pacific East |
| Year | 2021-2022 |

| School | Yokota Middle School |
| --- | --- |
| District | Pacific East |
| Year | 2021-2022 |

| School | Yokota West Elementary School |
| --- | --- |
| District | Pacific East |
| Year | 2021-2022 |

| School | Zama Middle/High School |
| --- | --- |
| District | Pacific East |
| Year | 2021-2022 |

| School | Zukeran Elementary School |
| --- | --- |
| District | Pacific South |
| Year | 2021-2022 |

**Department of Defense Education Activity**

DoDEA

Resources

## Helpful Links    



dodea.edu

**An official website of the Department of Defense.** DoDEA is a Department of Defense Field Activity operating under the direction, authority, and control of the Undersecretary of Defense for Personnel and Readiness.

The appearance of hyperlinks does not constitute endorsement by the Department of Defense Education Activity (DoDEA) of non-U.S. Government sites or the information, products, or services contained therein. Although DoDEA may or may not use these sites as additional distribution channels for Department of Defense information, it does not exercise editorial control over all of the information that you may find at these locations. Such links are provided consistent with the stated purpose of this website.



# Green Ribbon Schools

DoDEA › Education › School Awards › Green Ribbon Schools › Home

# Green Ribbon Schools



The U.S. Department of Education Green Ribbon Schools ⬀ (ED-GRS) Program, which was launched in 2011, is an awards program that recognizes the most innovative schools in the Nation based on three achievement areas. The areas, collectively known as the Pillars, are listed below.

- Environmental impact and energy efficiency
- Healthy school environments and practices
- Environmental and sustainability education

The Department of Defense Education Activity (DoDEA) has participated in the ED-GRS Program for years. Since joining the program in 2015, eight DoDEA schools have been awarded Federal ED-GRS status as recognition of their tremendous gains in terms of facilities, nutrition and fitness, and incorporating environmental and sustainability education into curriculum.

For school year 2024-25, DoDEA Headquarters (HQ) aims at expanding awareness of the ED-GRS Program by encouraging district participation in guiding schools through the application process. Additionally, DoDEA HQ aims at improving the quality of the application process by

providing more resources, guidance to applicants and support throughout the application process. The attached 📄 DoDEA GRS application and the 📄 DoDEA GRS scoring matrix are provided for interested schools. All pillars must be completed The table below contains details of the application process.

| ED-GRS Application Submission Timeline |
| :--- |
| **Deadline** |
| • Applications due to the District Superintendent for review and signature.<br>• Applications forwarded to the Region **Director for Student Excellence for review and signature.**<br><br>Jan 10, 2025 |
| • Applications submitted by e-mail to ✉ Jude Scally at DoDEA HQ. A confirmation email will be sent to applicants to confirm the application submission.<br><br>Jan 17, 2025 |

Thank you for your unwavering commitment and tireless efforts on behalf of our military-connected students. Let us remember that transforming schools into sustainable and healthy learning environments will truly make a difference. Please direct your questions or concerns to Ms. Jude Scally at ✉ Jude.Scally@dodea.edu.

## Past Green Ribbon School Awardees

| | |
| :--- | :--- |
| **School Name** | Humphreys Central Elementary School |
| **Area** | USAG Humphreys, Korea |
| **Year** | 2024 |

| School Name | Spangdahlem Middle School |
| --- | --- |
| Area | Spangdahlem, Germany |
| Year | 2018 |

| School Name | Tarawa Terrace Elementary School |
| --- | --- |
| Area | Lejeune, North Carolina |
| Year | 2017 |

| School Name | Kimberly Hampton Primary School |
| --- | --- |
| Area | Fort Bragg, North Carolina |
| Year | 2016 |

| School Name | Van Voorhis Elementary School |
| --- | --- |
| Area | Fort Knox, Kentucky |
| Year | 2016 |

| School Name | Garmisch Elementary/Middle School |
| --- | --- |
| Area | Garmisch, Germany |
| Year | 2016 |

| School Name | Charles P. Murray Elementary School |
| --- | --- |
| Area | Fort Stewart, Georgia |
| Year | 2015 |

| School Name | Wiesbaden Middle School |
| --- | --- |
| Area | Wiesbaden, Germany |

| Year | 2015 |
|------|------|

## Department of Defense Education Activity

 

DoDEA ∨

Resources ∨

Helpful Links ∨



dodea.edu

**An official website of the Department of Defense.** DoDEA is a Department of Defense Field Activity operating under the direction, authority, and control of the Undersecretary of Defense for Personnel and Readiness.

The appearance of hyperlinks does not constitute endorsement by the Department of Defense Education Activity (DoDEA) of non-U.S. Government sites or the information, products, or services contained therein. Although DoDEA may or may not use these sites as additional distribution channels for Department of Defense information, it does not exercise editorial control over all of the information that you may find at these locations. Such links are provided consistent with the stated purpose of this website.



**DoDEA Family Portal**

The DoDEA Family Portal will be unavailable from Friday, April 25, at 10:00 PM ET to Saturday, April 26, at 1:00 AM ET to perform system updates. Parents will be unable to log into the portal during this time.



Home > Education > School Awards

# National Blue Ribbon Schools



The U.S. Department of Education recognized 356 National Blue Ribbon Schools for 2024. The recognition is based on a school's overall academic performance or progress in closing achievement gaps among student subgroups.

Among the schools honored with Blue Ribbon status were three Department of Defense Education Activity (DoDEA) schools:

- Alconbury Elementary School (United Kingdom)



- Robinson Barracks Elementary School (Germany)
- West Point Elementary School (New York, USA)

Less than 1% of public schools across the nation receive this honor each year.

Read Blue Ribbon Press Release...



2024 Blue Ribbon School Award Winners

## National Recognition

National Blue Ribbon Schools are honored at an annual awards ceremony in Washington, DC, where each receives a plaque and flag to signify its exemplary status. These schools serve as examples for other schools throughout the nation and details of their achievements are shared on the U.S. Department of Education's website.

Founded in 1982, the National Blue Ribbon Schools Program  recognizes public and private elementary, middle, and high schools where students perform at very high levels or where significant improvements are being made in students' academic achievement. A National Blue Ribbon Schools flag overhead has become a mark of excellence in education recognized by everyone from parents to policy-makers in thousands of communities. Since the program's founding, the U.S. Department of Education has bestowed this coveted award on more than 9,000 of America's schools. Blue Ribbon Schools share some key qualities.

- Their leaders not only articulate a vision of excellence and hold everyone to high standards, they stay close to the real action of teaching and learning.
- Mutual respect and trust run deep in their cultures.
- The whole school community embodies a sense of collegiality and commitment and members are supported by mentoring and professional development.
- Data from many sources are used diligently to adapt teaching and learning to support every student.
- Families and educators work together in partnership.

## Eligibility

The Department of Education invites Chief State School Officers (CSSOs) for all states and the District of Columbia, Puerto Rico, the Virgin Islands, the Bureau of Indian Education (BIE), and the Department of Defense Education Activity (DoDEA) to apply for recognition as National Blue Ribbon Schools. In submitting nominated schools, the CSSO of each state and these entities must certify that the nominated schools meet the minimum requirements established by the Department and describe any other criteria used by the state to nominate the schools. States must rely on their state assessment systems to identify schools for submission to the Secretary. Each state's nomination criteria must pertain equally to all schools nominated by the state. Visit the Department of Education ⧉ for details on eligibility and visit our Flickr ⧉ pages to see photos from previous winners.

### DoDEA Schools Recognized (1982 Through 2024)

| | |
|---|---|
| School Name | Alconbury Elementary School |
| Area | DoDEA Europe - Europe West |
| Year | 2024, 2018 |
| School Name | Robinson Barracks Elementary School |
| Area | DoDEA Europe - Europe East |
| Year | 2024 |
| School Name | West Point Elementary School |
| Area | DoDEA Americas - Mid-Atlantic |

| | |
|---|---|
| Year | 2024, 2017 |
| School Name | Vicenza Elementary School |
| Area | DoDEA Europe - Europe South |
| Year | 2023 |
| School Name | Naples Elementary School |
| Area | DoDEA Europe - Europe South |
| Year | 2022 |
| School Name | Shirley Lanham Elementary School |
| Area | DoDEA Pacific - Pacific East |
| Year | 2022 |
| School Name | Rota Elementary School |
| Area | DoDEA Europe - Europe South |
| Year | 2022 |
| School Name | West Point Middle School |
| Area | DoDEA Americas - Mid-Atlantic |
| Year | 2021, 2011, 1997-98 |
| School Name | Andre Lucas Elementary School |
| Area | DoDEA Americas - Southeast |
| Year | 2021 |
| School Name | Brussels Elementary High School |

| Area | DoDEA Europe - Europe West |
| --- | --- |
| Year | 2021 |

| School Name | Heroes Elementary School |
| --- | --- |
| Area | DoDEA Americas - Mid-Atlantic |
| Year | 2020 |

| School Name | Landstuhl Elementary/Middle School |
| --- | --- |
| Area | DoDEA Europe - Europe East |
| Year | 2020 |

| School Name | Sasebo Elementary School |
| --- | --- |
| Area | DoDEA Pacific - Pacific East |
| Year | 2020 |

| School Name | AFNorth Middle/High School |
| --- | --- |
| Area | The Netherlands - Europe West |
| Year | 2019 |

| School Name | Maxwell AFB Elementary/Middle School |
| --- | --- |
| Area | Alabama - America - South East |
| Year | 2019 |

| School Name | Vicenza High School |
| --- | --- |
| Area | Vicenza, Italy - Europe South |
| Year | 2019 |

| School Name | Patch Elementary School |
|---|---|
| Area | Germany |
| Year | 2018 |

| School Name | E.A. White Elementary School |
|---|---|
| Area | Fort Benning, GA |
| Year | 2018 |

| School Name | Patch Middle School |
|---|---|
| Area | Germany |
| Year | 2017-18 |

| School Name | Killin Elementary School |
|---|---|
| Area | Okinawa, Japan |
| Year | 2017 |

| School Name | Ramstein Middle School |
|---|---|
| Area | Germany |
| Year | 2016 |

| School Name | Seoul American Elementary School |
|---|---|
| Area | Korea |
| Year | 2016 |

| School Name | McBride Elementary School |
|---|---|
| Area | Fort Benning, GA |

| Year | 2016 |
|---|---|
| School Name | Bowley Elementary School |
| Area | Fort Bragg, NC |
| Year | 2015 |
| School Name | Wiesbaden Middle School |
| Area | Germany |
| Year | 2015 |
| School Name | Osan Middle School |
| Area | Korea |
| Year | 2015 |
| School Name | Matthew C. Perry Elementary School |
| Area | Japan |
| Year | 2014 |
| School Name | Aukamm Elementary School |
| Area | Germany |
| Year | 2014 |
| School Name | Lakenheath Middle School |
| Area | United Kingdom |
| Year | 2013 |
| School Name | Kingsolver Elementary School |

| | |
|---|---|
| Area | Fort Knox, KY |
| Year | 2013 |
| School Name | Seoul American High School |
| Area | Seoul, Korea |
| Year | 2013<br>1984-85 |
| School Name | SHAPE American Elementary School |
| Area | Mons, Belgium |
| Year | 2012<br>2000-01 |
| School Name | Charles Turner Joy Elementary/Middle School |
| Area | Chinhae, S. Korea |
| Year | 2012 |
| School Name | Boeblingen Elementary Middle School |
| Area | Boeblingen, Germany |
| Year | 2012 |
| School Name | Fort Campbell High School |
| Area | Fort Campbell, KY |
| Year | 2001-02 |
| School Name | Quantico Middle/High School |
| Area | Quantico, VA |

| | |
|---|---|
| Year | 2001-02 |

| | |
|---|---|
| School Name | Mahaffey Middle School |
| Area | Fort Campbell |
| Year | 1999-2000<br>1990-91 |

| | |
|---|---|
| School Name | Hood Street Elementary School |
| Area | Columbia, South Carolina |
| Year | 1996-97 |

| | |
|---|---|
| School Name | Amelia Earhart Intermediate School |
| Area | Okinawa, Japan |
| Year | 1996-97 |

| | |
|---|---|
| School Name | Roosevelt Roads Elementary School |
| Area | Roosevelt Roads Station, Puerto Rico |
| Year | 1996-97 |

| | |
|---|---|
| School Name | Augsburg American High School |
| Area | Augsburg, Germany |
| Year | 1994-96 |

| | |
|---|---|
| School Name | Sollars Elementary School |
| Area | Misawa, Japan |
| Year | 1993-94 |

| | |
|---|---|
| School Name | Wuerzburg American Middle School |

| Area | Wuerzburg, Germany |
|---|---|
| Year | 1992-93 |

| School Name | Coevorden American School |
|---|---|
| Area | Coevorden, Netherlands |
| Year | 1991-92 |

| School Name | Hahn American High School |
|---|---|
| Area | Hahn Air Base, Germany |
| Year | 1990-91 |

| School Name | Ft. Kobbe Elementary School |
|---|---|
| Area | DoDDS-Panama Region |
| Year | 1989-90 |

| School Name | Curundu Junior High School |
|---|---|
| Area | Curundu, Panama |
| Year | 1988-89 |

| School Name | Nile C. Kinnick High School |
|---|---|
| Area | Yokosuka, Japan |
| Year | 1988-89 |

| School Name | Aschaffenburg American School |
|---|---|
| Area | Aschaffenburg, Germany |
| Year | 1987-88 |

| School Name | Bonn American High School |
|---|---|
| Area | Bonn, Germany |
| Year | 1986-87 |

| School Name | Bahrain Elementary/High School |
|---|---|
| Area | Manama, Bahrain |
| Year | 1984-85 |

| School Name | Heidelberg Middle School |
|---|---|
| Area | Heidelberg, Germany |
| Year | 1984-85 |

| School Name | Frankfurt American High School |
|---|---|
| Area | Frankfurt, Germany |
| Year | 1983-84 |

| School Name | Heidelberg High School |
|---|---|
| Area | Heidelberg, Germany |
| Year | 1992-93 1983-84 |

| School Name | Rhein Main Junior High School |
|---|---|
| Area | Rhein Main, Germany |
| Year | 1983-84 |

**Department of Defense Education Activity**

**DoDEA**                                                                    ⌄

**Resources**                                                               ⌄

**Helpful Links**                                                           ⌄



dodea.edu

**An official website of the Department of Defense.** DoDEA is a Department of Defense Field Activity operating under the direction, authority, and control of the Undersecretary of Defense for Personnel and Readiness.

The appearance of hyperlinks does not constitute endorsement by the Department of Defense Education Activity (DoDEA) of non-U.S. Government sites or the information, products, or services contained therein. Although DoDEA may or may not use these sites as additional distribution channels for Department of Defense information, it does not exercise editorial control over all of the information that you may find at these locations. Such links are provided consistent with the stated purpose of this website.

