# EXHIBIT 14

## Books Reported Quarantined in DoDEA Schools

**Reporting Source:** Memorandum from Lori Pickel, DoDEA Acting Chief Academic Officer, to DoDEA Administrators and School Level Employees (Feb. 5, 2025)

    Albert Cashier, Civil War veteran
    Becoming Nicole

**Reporting Source:** Ed Pilkington, Pentagon schools suspend library books for 'compliance review' under Trump orders, The Guardian (Feb. 13, 2025), https://www.theguardian.com/us-news/2025/feb/13/pentagon-schools-closed-libraries-trump

    Freckleface Strawberry
    No Truth Without Ruth

**Reporting Source:** Patty Nieberg, 'Hillbilly Elegy,' 'Kite Runner' among books being reviewed over 'ideology' concerns at on-base military schools, TASK & PURPOSE (Feb. 14, 2025, 3:13PM), https://taskandpurpose.com/culture/dod-schools-book-removal/

    An Indigenous Peoples' History of the United States
    Brave New World
    Hillbilly Elegy
    War how Conflict Shaped Us
    Well-Read Black Girl: Finding Our Stories, Discovering Ourselves

**Reporting Source:** Cybele Mayes-Osterman, Students at US military high school in Germany protest Hegseth's anti-DEI push, USA Today (Mar. 6, 2025, 12:02 AM), https://www.usatoday.com/story/news/world/2025/03/06/military-high-school-hegseth-protest/81162900007/

    Catcher in the Rye
    Fahrenheit 451
    To Kill a Mockingbird

**Reporting Source:** Amy Haywood (@AmyJHaywood). X. (Mar. 19, 2025), https://x.com/AmyJHaywood/status/1902332971459211716

    Julian is a Mermaid

**Reporting Source:** Amy Haywood (@AmyJHaywood). X. (Apr. 3, 2025), https://x.com/AmyJHaywood/status/1907772318920622206

    #MeToo: Women Speak Out Against Sexual Assault
    19 Love Songs
    2020: One City, Seven People, and the Year Everything Changed
    37 Words: Title IX and Fifty Years of Fighting Sex Discrimination

A court of frost and starlight
A court of mist and fury
A court of thorns and roses
A court of wings and ruin
A Queer History of the United States for Young People
A Quick and Easy Guide to They/Them Pronouns
A Scatter of Light
A Terrible Thing to Waste: Environmental Racism and Its Assault on the American Mind
Act Cool
Activist Athletes: When Sports and Politics Mix
All Kinds of Other
Allies: Real Talk About Showing Up, Screwing Up, And Trying Again
America Redux: Visual Stories from Our Dynamic History
An Indigenous Peoples' History of the United States
Ander & Santi Were Here: A Novel
Anne Frank's Diary: The Graphic Adaptation
Apple: Skin to the Core
Asian American Histories of the United States
Awakened
Beating Heart Baby
Begin Again: James Baldwin's America and its urgent lessons for our own
Being a Teen: Everything Teen Girls & Boys Should Know About Relationships, Sex, Love, Health, Identity & More
Between the World and Me
Beyond Magenta
BIG LIES: from Socrates to Social Media
Black against Empire: The History and Politics of the Black Panther Party
Black Birds in the Sky: The Story and Legacy of the 1921 Tulsa Race Massacre
Black Klansman: Race, Hate, and the Undercover Investigation of a Lifetime
Black Nerd Problems: Essays
Black Skin, White Masks
Blood Sport
Blue Flag, Vol. 1
Both Sides Now
Brave Face: A Memoir
Brave New World
Breathless
Bunk: The Rise of Hoaxes, Humbug, Plagiarists, Phonies, Post-Facts, and Fake News
Burned
Call Us What We Carry
Camp
Can We Talk About Israel? A Guide for the Curious, Confused, and Conflicted
Can't Stop Won't Stop: A Hip-Hop History
Can't Take That Away
Caste: The Origins of Our Discontents
Cemetery Boys

Clockwork Princess
Counting Descent
Cramm This Book: So You Know WTF Is Going On in the World Today
Crank
Crossing Lines
Darius the Great Deserves Better
Days of Infamy: How a Century of Bigotry Led to Japanese American Internment
Defining Moments in Black History: Reading Between the Lies
Destined
Displacement
Drama
Dreams from Many Rivers: A Hispanic History of the United States Told in Poems
Earth in the Balance
Eleanor & Park
Empire of Illusion: The End of Literacy and the Triumph of Spectacle
Empire of Storms
Everything You Wanted to Know about Indians But Were Afraid to Ask
Extremely Loud and Incredibly Close
Fake News and the Factories That Make It
Far from the Tree: How Children and Their Parents Learn to Accept One Another . . . Our Differences Unite Us
Felix Ever After
Feminism: Reinventing the F-Word
Flamer
For the Good of Mankind?: The Shameful History of Human Medical Experimentation
Four Hundred Souls: A Community History of African America, 1619-2019
From #BlackLivesMatter to Black Liberation
Gay America: Struggle for Equality
Generation Brave: The Gen Z Kids Who Are Changing the World
Girl in Translation
Gravity
Guantanamo Voices: True Accounts from the World's Most Infamous Prison
Halfway Home: Race, Punishment, and the Afterlife of Mass Incarceration
Heartstopper, Volume 2
Heartstopper, Volume 3
Heartstopper, Volume 4
Heartstopper, Volume 5
Hell Followed with Us
Hidden
How Beautiful the Ordinary
How the Word Is Passed: a Reckoning with the History of Slavery Across America
How to Be an Antiracist
Humans of New York: Stories
Hunted
I Am J
I Am Margaret Moore: A Novel

I Kissed Shara Wheeler : a novel
Icebreaker
Identical
If I Was Your Girl
Imogen, Obviously
Impulse
In the Shadow of Statues: A White Southerner Confronts History
Infinity Son
It Doesn't Have to Be Awkward: Dealing with Relationships, Consent, and Other Hard-To-Talk-About Stuff
Last Night at the Telegraph Club
Laura Dean Keeps Breaking Up with Me
Lenobia's Vow: A House of Night Novella
Let's Talk About It: The Teen's Guide to Sex, Relationships, and Being a Human (A Graphic Novel)
LGBTQ families : the ultimate teen guide
Lies My Teacher Told Me: Everything Your American History Textbook Got Wrong
Lifting as We Climb: Black Women's Battle for the Ballot Box
Like a Love Story
Living Dead Girl
Looking for Alaska
Lore Olympus: Volume One
Man O' War
Meet Cute Diary
Messy roots: a graphic memoir of a
Modern Conspiracies in America: Separating Fact from Fiction
More Than a Body: Your Body Is an Instrument, Not an Ornament
Neferet's Curse
Obie Is Man Enough
One Life
One Person, No Vote: How Not All Voters Are Treated Equally
Out!: How to Be Your Authentic Self
Overground Railroad: The Green Book and the Roots of Black Travel in America
Perfect
Period Power: A Manifesto for the Menstrual Movement
Pet
Picture Us In The Light
Protest: A History of Social Movements in America
Pumpkin
Raise a Fist, Take a Knee: Race and the Illusion of Progress in Modern Sports
Real Talk About Sex and Consent: What Every Teen Needs to Know
Red Hood
Red, White & Royal Blue
Resist! How to Be an Activist in the Age of Defiance
Revealed
Rise: A Pop History of Asian America from the Nineties to Now

4

Ryan and Avery
Salt the Water
Say Her Name
Say the Right Thing: How to Talk About Identity, Diversity, and Justice
Seeing Gender: An Illustrated Guide to Identity and Expression
Seeking Asylum: The Human Cost
Selected Poems of Rumi
Sexuality and Teens: What You Should Know about Sex, Abstinence, Birth Control, Pregnancy, and STDs
Shine
Slaughterhouse-Five, or The Children's Crusade: A Duty-Dance with Death
So You Want to Talk About Race
Sold
Somebody Give This Heart a Pen
Something like gravity
Stamped from the Beginning: a Graphic History of Racist Ideas in America
Stamped from the Beginning: the Definitive History of Racist Ideas in America
Stamped: Racism, Antiracism, and You
Stamped: racism, antiracism, and you
Stonewall: Breaking Out in the Fight for Gay Rights
Tell Me How it Ends: An Essay in Forty Questions
Tell Me Who You Are: Sharing Our Stories of Race, Culture, & Identity
Tempted
Thank You for Voting: The Maddening, Enlightening, Inspiring Truth About Voting in America
The (Un)Popular Vote
The 57 Bus
The 57 Bus: A True Story of Two Teenagers and the Crime That Changed Their Lives
The Absolutely True Diary of a Part-Time Indian
The Black Flamingo
The Black Friend
The Black Panther Party: A Graphic Novel History
The Bluest Eye
The Book of Pride
The Climate Book
The Color Purple
The Dozier School for Boys: Forensics, Survivors, and a Painful Past
The Fire This Time: A New Generation Speaks about Race
The Handmaid's Tale
The Hazards of Love Vol. 1: Bright World
The House of the Spirits
The Kite Runner
The Kite Runner: graphic novel
The Lesbiana's Guide to Catholic School
The LGBTQ+ history book
The Memory Librarian: And Other Stories of Dirty Computer

The Mermaid, the Witch, and the Sea
The Naked Roommate: And 107 Other Issues You Might Run Into in College
The New Jim Crow: Mass Incarceration in the Age of Colorblindness
The Nickel Boys
The Other Talk: Reckoning with Our White Privilege
The Power of Style: How Fashion and Beauty Are Being Used to Reclaim Cultures
The Prince and the Dressmaker
The Problem of Slavery in the Age of Emancipation
The Right to Vote
The Spirit Bares Its Teeth
The State of Us
The strange career of Jim Crow
The Sum of Us: How racism hurts everyone (adapted for young readers)
The Summer of Bitter and Sweet
The Sun and Her Flowers
The Talk
The Untold History of the United States, Volume 1: Young Readers Edition, 1898-1945
The Year of the Flood
There's a Revolution Outside, My Love: Letters from a Crisis
They called us enemy
Thirteen reasons why
This Book Is Anti-Racist
This Book Is Gay
This Is the Honey: An Anthology of Contemporary Black Poets
This Is Your Brain on Stereotypes: How Science Is Tackling Unconscious Bias
This Place: 150 Years Retold
Throw Like a Girl, Cheer Like a Boy: The Evolution of Gender, Identity, and Race in Sports
Tomboy: A Graphic Memoir
Transmogrify!: 14 Fantastical Tales of Trans Magic
Tricks
True Story: What Reality TV Says about Us
Two Boys Kissing
Unbound: My Story of Liberation and the Birth of the Me Too Movement
Under the Skin: The Hidden Toll of Racism on American Lives and on the Health of Our Nation
Unequal: A Story of America
Untamed
Voter Suppression: Blocking the Ballot Box
We Are Here: Visionaries of Color Transforming the Art World
We Are Not Broken
We Deserve Monuments
Welcome to St. Hell
What Makes You Beautiful
When the Angels Left the Old Country
White Rage

    Why I'm No Longer Talking to White People About Race
    Writings on the Wall: Searching for a New Equality Beyond Black and White
    Wuhanese American
    You Can't Say That!
    You Too?
    Zara Hossain Is Here

**Reporting Source:**  Declaration of Anna Kenkel (May 6, 2025)

    A Handmaid's Tale
    Batcat 1
    Be your true self
    Bella at midnight
    Bone detectives
    Chu Ju's house
    Crane
    Dragon dreams
    Drum dream girl: how one girl's courage changed music
    Finding Wonders: Three Girls Who Changed Science
    Freckleface Strawberry : best friends forever
    Ground Zero
    Hannah Pritchard : pirate of the Revolution
    Home base : a mother-daughter story
    Hour of the Olympics
    If the world were 100 people
    Interstellar Cinderella
    Jane and the dragon
    Julian is a Mermaid
    Let the games begin!
    Madam President
    Mickey & me
    My 13th season
    Nineteen Eighty-Four
    No Truth Without Ruth: The Life of Ruth Bader Ginsburg
    Nobody's princess
    Our only May Amelia
    Palace of stone
    Punxsutawney Phyllis
    Rapunzel lets her hair down
    Regarding the trees : a splintered saga rooted in secrets
    Sally Ride
    Shabanu : daughter of the wind
    The best beekeeper of Lalibela : a tale from Africa
    The curious world of Calpurnia Tate
    The Ghost of Sir Herbert Dungeonstone
    The Giver

The terracotta girl : a story of ancient China
The trouble with May Amelia
Who has what? : all about girls' bodies and boys' bodies