# EXHIBIT 16

<u>**RELEASE**</u>
IMMEDIATE RELEASE

# Identity Months Dead at DoD

Jan. 31, 2025

Guidance from the Secretary of Defense: "Identity Months Dead at DoD"

Our unity and purpose are instrumental to meeting the Department's warfighting mission. Efforts to divide the force – to put one group ahead of another – erode camaraderie and threaten mission execution.

Going forward, DoD Components and Military Departments will not use official resources, to include man-hours, to host celebrations or events related to cultural awareness months, including National African American/Black History Month, Women's History Month, Asian American and Pacific Islander Heritage Month, Pride Month, National Hispanic Heritage Month, National Disability Employment Awareness Month, and National American Indian Heritage Month. Service members and civilians remain permitted to attend these events in an unofficial capacity outside of duty hours.

Installations, units, and offices are encouraged to celebrate the valor and success of military heroes of all races, genders, and backgrounds as we restore our warrior culture and ethos. We are proud of our warriors and their history, but we will focus on the character of their service instead of their immutable characteristics.

This guidance is effectively immediately.

Hosted by Defense Media Activity - WEB.mil