# EXHIBIT 20



## Quarantined Books

| Title | Author |
|---|---|
| 19 love songs | Levithan, David |
| 2020 : one city, seven people, and the year everything changed | Klinenberg, Eric |
| 37 words : Title IX and fifty years of fighting sex discrimination | Boschert, Sherry |
| The 57 bus | Slater, Dashka |
| The 57 bus : a true story of two teenagers and the crime that changed their lives | Slater, Dashka, Miles, Robin |
| The absolutely true diary of a part-time Indian | Alexie, Sherman, Forney, Ellen |
| Act cool | McSmith, Tobly |
| Activist athletes : when sport and politics mix | |
| All kinds of other | Sie, James |
| Allies : real talk about showing up, screwing up, and trying again | Bourne, Shakirah, Levy, Dana Alison |
| America redux : visual stories from our dynamic history | Aberg-Riger, Ariel |
| Ander & Santi were here : a novel | Garza Villa, Jonny |
| Anne Frank's diary : the graphic adaptation | Folman, Ari, Frank, Anne, Polonsky, David |
| Apple : skin to the core | Gansworth, Eric L |
| Apple : skin to the core : a memoir in words and pictures | Gansworth, Eric |
| Apple : skin to the core : a memoir in words and pictures | Gansworth, Eric L |
| Asian American histories of the United States | Choy, Catherine Ceniza |
| At the same time : essays and speeches | Sontag, Susan, Dilonardo, Paolo, Jump, Anne |
| Awakened | Cast, P. C, Cast, Kristin |
| Beating Heart Baby | Min, Lio |
| Begin again : James Balwin's America and its urgent lessons for our own | Glaude, Eddie S |
| Being a teen : everything teen girls & boys should know about relationships, sex, love, health, identity & more | Fonda, Jane |
| Beloved | Morrison, Toni |
| Between the world and me | Coates, Ta-Nehisi |
| Beyond magenta : transgender teens speak out | Kuklin, Susan |
| Big lies : from Socrates to social media | Kurlansky, Mark, Zelz, Eric |
| Black against empire : the history and politics of the Black Panther Party | Bloom, Joshua, Martin, Waldo E |
| Black birds in the sky : the story and legacy of the 1921 Tulsa Race Massacre | Colbert, Brandy |
| Black birds in the sky : the story and legacy of the 1921 Tulsa Race Massacre | Colbert, Brandy, Tift, Kristyl Dawn |

## Quarantined Books

| Title | Author |
|---|---|
| Darius the Great deserves better | Khorram, Adib |
| Days of infamy : how a century of bigotry led to Japanese American internment | Goldstone, Lawrence |
| Defining moments in black history : reading between the lies | Gregory, Dick |
| Destined | Cast, P. C, Cast, Kristin |
| Displacement | Hughes, Kiku |
| The Dozier School for Boys : forensics, survivors, and a painful past | Murray, Elizabeth A |
| Drama | Telgemeier, Raina |
| Dreams from many rivers : a Hispanic history of the United States told in poems | Engle, Margarita, Gutierrez, Beatriz |
| Earth in the balance : ecology and the human spirit | Gore, Al |
| Eleanor & Park | Rowell, Rainbow |
| Empire of illusion : the end of literacy and the triumph of spectacle | Hedges, Chris |
| Empire of storms | Maas, Sarah J |
| Everything you wanted to know about Indians but were afraid to ask | Treuer, Anton |
| Extremely loud & incredibly close | Foer, Jonathan Safran |
| Fake news and the factories that make it | Heitkamp, Kristina Lyn |
| Far from the tree : how children and their parents learn to accept one another...our differences unite us | Calkhoven, Laurie, Solomon, Andrew |
| Felix ever after | Callender, Kacen |
| Feminism : reinventing the f-word | Higgins, Nadia |
| The fire this time : a new generation speaks about race | Ward, Jesmyn |
| Flamer | Curato, Mike |
| For the good of mankind? : the shameful history of human medical experimentation | Wittenstein, Vicki O |
| Four hundred souls : a community history of African America, 1619-2019 | Kendi, Ibram X, Blain, Keisha N |
| From #BlackLivesMatter to Black liberation | Taylor, Keeanga-Yamahtta |
| Gay America : struggle for equality | Alsenas, Linas |
| Generation brave : the Gen Z kids who are changing the world | Alexander, Kate, Orlando, Jade |
| Girl in translation | Kwok, Jean |
| Gravity | Lieberman, Leanne |
| Guantanamo voices : true accounts from the world's most infamous prison | Mirk, Sarah, El Akkad, Omar, Alba, Gerardo |
| Halfway home : race, punishment, and the afterlife of mass incarceration | Miller, Reuben Jonathan |
| The handmaid's tale | Nault, Renee, Atwood, Margaret |
| The hazards of love. Book 1, Bright world | Stanley, Stan |

## Quarantined Books

| Title | Author |
|---|---|
| Protest : a history of social movements in America | Kallen, Stuart A |
| Pumpkin | Murphy, Julie |
| A queer history of the United States for young people | Chevat, Richie, Bronski, Michael |
| A quick & easy guide to they/them pronouns | Bongiovanni, Archie, Jimerson, Tristan |
| Raise a fist, take a knee : race and the illusion of progress in modern sports | Feinstein, John, Williams, Doug |
| Real talk about sex & consent : what every teen needs to know | Bradshaw, Cheryl M |
| Red Hood | Arnold, Elana K |
| Red, White, and Royal Blue | McQuiston, Casey |
| Resist! : how to be an activist in the age of defiance | Segalov, Michael |
| Revealed | Cast, P. C, Cast, Kristin |
| The right to vote | Harris, Duchess |
| Rise : a pop history of Asian Americans from the nineties to now | Yang, Jeff, Yu, Phil, Wang, Philip, Kuo, Julia |
| Rumi : selected poems | Jalal al-Din Rumi, Nicholson, Reynold Alleyne |
| Ryan and Avery | Levithan, David |
| Salt the water | Iloh, Candice |
| Say her name | Elliott, Zetta, Wise, Loveis |
| Say the right thing : how to talk about identity, diversity, and justice | Yoshino, Kenji, Glasgow, David |
| A scatter of light | Lo, Malinda |
| Seeing gender : an illustrated guide to identity and expression | Gottlieb, Iris |
| Seeking asylum : the human cost | |
| Sexuality and teens : what you should know about sex, abstinence, birth control, pregnancy, and STDs | Feinstein, Stephen |
| Shine | Myracle, Lauren |
| Slaughterhouse-five or the children's crusade: a duty-dance with death | Vonnegut, Kurt |
| So you want to talk about race | Oluo, Ijeoma |
| Sold | McCormick, Patricia |
| Somebody give this heart a pen | Thakur, Sophia |
| Something like gravity | Smith, Amber |
| The spirit bares its teeth | White, Andrew Joseph |
| Stamped from the beginning : a graphic history of racist ideas in America | Gill, Joel Christian, Kendi, Ibram X |
| Stamped from the beginning : the definitive history of racist ideas in America | Kendi, Ibram X |
| Stamped : racism, antiracism, and you | Reynolds, Jason, Kendi, Ibram X |



## Quarantined Books

| Title | Author |
|---|---|
| Stamped : racism, antiracism, and you | Reynolds, Jason, Kendi, Ibram X |
| The state of us | Hutchinson, Shaun David |
| Stonewall : breaking out in the fight for gay rights | Bausum, Ann |
| The strange career of Jim Crow | Woodward, C. Vann |
| The sum of us : how racism hurts everyone : adapted for young readers | McGhee, Heather C |
| The summer of bitter and sweet | Ferguson, Jenny |
| The sun and her flowers | Kaur, Rupi |
| The talk | Bell, Darrin |
| Tell me how it ends | Luiselli, Valeria |
| Tell me who you are : sharing our stories of race, culture, and identity | Guo, Winona, Vulchi, Priya |
| Tempted | Cast, P. C, Cast, Kristin |
| A terrible thing to waste : environmental racism and its assault on the American mind | Washington, Harriet A |
| Thank you for voting : the maddening, enlightening, inspiring truth about voting in America | Smith, Erin Geiger |
| There's a revolution outside, my love : letters from a crisis | Smith, Tracy K, Freeman, John |
| They called us enemy | Takei, George |
| Thirteen reasons why | Asher, Jay |
| This book is anti-racist | Jewell, Tiffany, Durand, Aure?lia |
| This book is gay | Dawson, Juno, Gerrell, Spike |
| This is the honey : an anthology of contemporary Black poets | Alexander, Kwame |
| This is your brain on stereotypes : how science is tackling unconscious bias | Kyi, Tanya Lloyd, Shannon, Drew |
| This place : 150 years retold | Akiwenzie-Damm, Kateri, Audibert, Tara |
| Throw like a girl, cheer like a boy : the evolution of gender, identity, and race in sports | Ryle, Robyn |
| Tomboy | Prince, Liz |
| Transmogrify! : 14 fantastical tales of trans magic | Davis, G. Haron |
| Tricks | Hopkins, Ellen |
| True story : what reality TV says about us | Lindemann, Danielle J |
| Two boys kissing | Levithan, David |
| The (un)popular vote | Sanchez, Jasper |
| Unbound : my story of liberation and the birth of the Me Too movement | Burke, Tarana |
| Under the skin : the hidden toll of racism on American lives and on the health of our nation | Villarosa, Linda |

## Quarantined Books

| Title | Author |
|---|---|
| Unequal : a story of America | Dyson, Michael Eric, Favreau, Marc |
| Untamed : a house of night novel | Cast, P. C, Cast, Kristin |
| The untold history of the United States : young readers edition. Volume 1, 1898-1945 | Stone, Oliver, Kuznick, Peter J, Bartoletti, Susan Campbell |
| Voter suppression : blocking the ballot box | |
| We are here : visionaries of color transforming the art world | Hernandez, Jasmin, Swizz Beatz, Leerasanthanah, Sunny |
| We are not broken | Johnson, George M |
| We deserve monuments | Hammonds, Jas |
| Welcome to St. Hell | Hancox, Lewis |
| What makes you beautiful | Liang, Bridget |
| When the angels left the old country | Lamb, Sacha |
| White rage | Anderson, Carol |
| Why I'm no longer talking to white people about race | Eddo-Lodge, Reni |
| Writings on the wall : searching for a new equality beyond black and white | Abdul-Jabbar, Kareem, Obstfeld, Raymond |
| The year of the flood : a novel | Atwood, Margaret |
| You can't say that! : writers for young people talk about censorship, free expression, and the stories they have to tell | Marcus, Leonard S |
| You too? : 25 voices share their #MeToo stories | Gurtler, Janet |
| Zara Hossain is here | Khan, Sabina |

## Quarantined Books

| Title | Author |
|---|---|
| Heartstopper. Volume 2 | Oseman, Alice |
| Heartstopper. Volume 3 | Oseman, Alice |
| Heartstopper. Volume 4 | Oseman, Alice |
| Heartstopper. Volume 5 | Oseman, Alice |
| Hell followed with us | White, Andrew Joseph |
| Hidden | Cast, P. C, Cast, Kristin |
| The house of the spirits | Allende, Isabel, Bogin, Magda |
| How beautiful the ordinary : twelve stories of identity | Cart, Michael |
| How the word is passed : a reckoning with the history of slavery across America | Smith, Clint |
| How to be an antiracist | Kendi, Ibram X |
| Humans of New York : stories | Stanton, Brandon |
| Hunted : a house of night novel | Cast, P. C, Cast, Kristin |
| I am J | Beam, Cris |
| I am Margaret Moore | Capin, Hannah |
| I kissed Shara Wheeler : a novel | McQuiston, Casey |
| Icebreaker | Graziadei, A. L |
| Identical | Hopkins, Ellen |
| If I was your girl | Russo, Meredith |
| Imogen, obviously | Albertalli, Becky |
| Impulse | Hopkins, Ellen |
| In the shadow of statues : a white southerner confronts history | Landrieu, Mitch |
| An indigenous peoples' history of the United States for young people | Mendoza, Jean, Reese, Debbie, Dunbar-Ortiz, Roxanne |
| Infinity son | Silvera, Adam |
| It doesn't have to be awkward : dealing with relationships, consent, and other hard-to-talk-about stuff | Pinsky, Drew, Pinsky, Paulina |
| The kite runner | Hosseini, Khaled |
| The kite runner : graphic novel | Hosseini, Khaled, Celoni, Fabio, Andolfo, Mirka |
| Last night at the Telegraph Club | Lo, Malinda |
| Laura Dean keeps breaking up with me | Tamaki, Mariko, Valero-O'Connell, Rosemary |
| Lenobia's vow | Cast, P. C, Cast, Kristin, Doner, Kim |
| The lesbiana's guide to Catholic school | Reyes, Sonora |
| Let's talk about it : the teen's guide to sex, relationships, and being a human | Moen, Erika, Nolan, Matthew |
| LGBTQ families : the ultimate teen guide | Apelqvist, Eva |
| The LGBTQ+ history book. | |



## Quarantined Books

| Title | Author |
|---|---|
| Lies my teacher told me : everything American history textbooks get wrong | Loewen, James W, Stefoff, Rebecca |
| Lifting as we climb : black women's battle for the ballot box | Dionne, Evette |
| Like a love story | Nazemian, Abdi |
| Living dead girl | Scott, Elizabeth |
| Looking for Alaska | Green, John |
| Lore Olympus. Volume one | Smythe, Rachel |
| Man o' war | McCarthy, Cory |
| Meet Cute Diary | Lee, Emery |
| The memory librarian : and other stories of dirty computer | Mon�e, Janelle, Delgado, Yohanca, Ewing, Eve L, Johnson, Alaya Dawn, Lore, Danny, Thomas, Sheree R |
| The mermaid, the witch, and the sea | Tokuda-Hall, Maggie |
| Messy roots : a graphic memoir of a Wuhanese American | Gao, Laura |
| #MeToo : women speak out against sexual assault | |
| Modern conspiracies in America : separating fact from fiction | Gambone, Michael D |
| More than a body : your body is an instrument, not an ornament | Kite, Lexie, Kite, Lindsay |
| The naked roommate : and 107 other issues you might run into in college | Cohen, Harlan |
| Neferet's curse | Cast, P. C, Cast, Kristin, Doner, Kim |
| The new Jim Crow : mass incarceration in the age of colorblindness | Alexander, Michelle |
| The Nickel boys : a novel | Whitehead, Colson |
| Obie is man enough | Bailar, Schuyler |
| One life | Rapinoe, Megan, Brockes, Emma |
| One person, no vote : how not all voters are treated equally | Anderson, Carol, Bolden, Tonya |
| The other talk : reckoning with our white privilege | Kiely, Brendan |
| Out! : how to be your authentic self | McKenna, Miles |
| Overground railroad : the Green book and the roots of black travel in America | Taylor, Candacy A |
| Perfect | Hopkins, Ellen |
| Period power : a manifesto for the menstrual movement | Okamoto, Nadya |
| Pet | Emezi, Akwaeke |
| Picture us in the light | Gilbert, Kelly Loy |
| The power of style : how fashion and beauty are being used to reclaim cultures | Allaire, Christian |
| The prince and the dressmaker | Wang, Jen |
| The problem of slavery in the age of emancipation | Davis, David Brion |

## Quarantined Books

| Title | Author |
|---|---|
| The Black Flamingo | Atta, Dean |
| The Black friend : on being a better white person | Joseph, Frederick |
| Black Klansman : race, hate, and the undercover investigation of a lifetime | Stallworth, Ron |
| Black nerd problems : essays | Evans, William Henry, Holmon, Omar |
| Black Panther Party : a graphic novel history | Walker, David, Anderson, Marcus Kwame |
| Black skin, white masks | Fanon, Frantz |
| Blood sport | McAdam, Tash |
| Blue flag. 1 | Kaito |
| Bluest Eye | Morrison, Toni |
| The book of pride : LGBTQ heroes who changed the world | Funk, Mason |
| Both sides now | Thomas, Peyton |
| Brave face : a memoir | Hutchinson, Shaun David |
| Brave new world : a graphic novel | Fordham, Fred, Huxley, Aldous |
| Breathless | Niven, Jennifer |
| Bunk : the rise of hoaxes, humbug, plagiarists, phonies, post-facts, and fake news | Young, Kevin |
| Burned | Hopkins, Ellen |
| Burned : a house of night novel | Cast, P. C, Cast, Kristin |
| Call us what we carry : poems | Gorman, Amanda |
| Camp | Rosen, Lev AC |
| Can we talk about Israel? : a guide for the curious, confused, and conflicted | Sokatch, Daniel, Noxon, Christopher |
| Can't stop won't stop : a hip-hop history | Chang, Jeff, Davey D, DJ Kool Herc |
| Can't take that away | Salvatore, Steven |
| Caste : the origins of our discontents | Wilkerson, Isabel |
| Cemetery boys | Thomas, Aiden |
| The climate book | Thunberg, Greta |
| Clockwork princess | Clare, Cassandra |
| The color purple | Walker, Alice |
| Counting descent | Smith, Clint |
| A court of frost and starlight | Maas, Sarah J |
| A court of mist and fury | Maas, Sarah J |
| A court of thorns and roses | Maas, Sarah J |
| A court of wings and ruin | Maas, Sarah J |
| Cramm this book : so you know WTF is going on in the world today | Seltzer, Olivia |
| Crank | Hopkins, Ellen |
| Crossing lines | Volponi, Paul |