UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| E.K. and S.K., minors, by and through their parent and next friend LINDSEY KEELEY; O.H., S.H., and H.H., minors, by and through their parent and next friend JESSICA HENNINGER; E.G., a minor, by and through his parent and next friend MEGAN JEBELES; E.Y. and C.Y., minors, by and through their parent and next friend ANNA YOUNG; L.K., L.K., and L.K., minors, by and through their parent and next friend ANNA KENKEL; and M.T., a minor, by and through her parent and next friend NATALIE TOLLEY, <br><br>                    Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF DEFENSE EDUCATION ACTIVITY; DR. BETH SCHIAVINO-NARVAEZ, in her official capacity as Director of the Department of Defense Education Activity; and PETER BRIAN HEGSETH, in his official capacity as Secretary of Defense, <br><br>                    Defendants. | Case No. 1:25-cv-00637-PTG-IDD <br><br> Hon. Patricia Tolliver Giles |

**DECLARATION OF NATALIE TOLLEY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Natalie Tolley, declare as follows,

1. I am more than 18 years old, competent to be a witness, and the facts set forth in this declaration are based on my own personal knowledge.

2. I am married to an active-duty service member stationed at the Aviano Air Base in Italy. My husband is in the Air Force, and he has been for the past fifteen years.

3. I have a PhD in Public Health. I am currently unemployed, but I worked at Temple University as a researcher from 2006 to 2008.

4. Of my husband's fifteen years in service, we have spent approximately half of them living overseas. We have been at Aviano Air Base since August 2022. Before that, our family was in Utah, Korea, and Colorado Springs. We've also spent time stationed at the Misawa Air Force Base in Japan from 2015 to 2018.

5. My daughter, M.T., was enrolled in Department of Defense Education Activity (DoDEA) school at Misawa and she is now in the eleventh grade at Aviano Middle-High School in Aviano, Italy. Aviano Middle-High School is a DoDEA school.

6. Our experience with DoDEA schools has generally been positive; the principal and teachers are usually accessible.

7. M.T.'s favorite class is history. She enjoys learning about ancient civilizations and their mythologies. M.T. loves reading and being in the library. Her favorite books are Percy Jackson and similar fantasy and mystery books. M.T. has enjoyed the wide variety of extracurricular activities available through her school – she has participated in three school plays, cross-country, track, soccer, choir, and violin. M.T. excelled in choir and she qualified for the DoDEA All-Europe Choir and String Ensemble.

8. I am similarly engaged in my children's education. I served as the Secretary of the School Advisory Committee (SAC) from September 2022 to October 2023.

9. On March 3, 2025, I received an email from DoDEA Europe about curriculum changes to Advanced Placement Psychology – a course M.T. is currently enrolled in. The email stated that the unit covering gender was going to be removed. I

        reached out to the course's teacher and the principal for clarification. They were both surprised and informed me that they had not yet been notified of the changes. I continued to follow up with the principal about the pending changes to M.T.'s class, but did not receive additional information.

10. On March 6, 2025, I attended an SAC meeting. The book removal process was in its early stages and there was robust discussion about the decision to remove books based on the Executive Orders and the impact it would have on our children's education and experiences. At this meeting, the principal informed all parents that decision-making regarding book quarantines is being done at a regional level. The principal said that of the twenty-two thousand books in the library, they are likely to remove approximately eighteen books. I think the removal of eighteen books simply based on President Trump's disagreement with the ideology of these books is too much.

11. On March 7, 2025, the principal of Aviano Middle-High School sent families a letter from Michelle Howard-Brahaney, attached as **Exhibit A**. This letter informed parents that DoDEA was reviewing its policies and resources to ensure compliance with Executive Orders and DoD policies. In part, the letter stated, "[s]chools have completed their review of library materials, and these materials are currently being reviewed at the Region/ HQ levels. We are examining materials in each Information Center (school libraries) that may relate to gender ideology or discriminatory equity ideology, as defined in the Executive Order 14190, 'Ending Radical Indoctrination in K-12 Schooling.'"

12. On March 14, 2025, I emailed the librarian to ask if we could discuss the DoDEA guidance on book removals. She responded on March 21, 2025, telling me that all communication on this topic would come from our principal.

13. In previous years, multi-cultural curricula have been robust at Aviano Middle High School. Black History Month lessons included biographical studies on Black historical figures like Ruby Bridges, Rosa Parks, and Martin Luther King Jr. There were no events held for Black History Month this year. Women's History Month was also cancelled, and this was especially hard as a mother of three daughters. I identify as Asian American, and we expect that Asian American and Pacific Islander Heritage Month will not be celebrated in May.

14. Teachers have also been forced to change their classroom decorations in light of the Executive Orders. For example, a teacher removed wall decorations and posters of Malala Yousafzai and Frida Kahlo.

15. The students at Aviano Middle-High School have coordinated multiple walkouts to express their dissatisfaction with the changes being made. M.T. has participated in these walkouts, making signs to voice her disappointment.

16. Our family has at least one more Permanent Change of Station. I do not know where we will end up being stationed, but our family is hoping to be in the United States.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on May 5, 2025 at Aviano, Italy.

_____
Natalie Tolley

4

# EXHIBIT A



**DEPARTMENT OF DEFENSE
EDUCATION ACTIVITY EUROPE
UNIT 29649
APO AE 09136-9649**

7 March 2025

Dear Parents and Students,

At the heart of our mission is a commitment to provide the highest quality education and we recognize that this goal is achieved through strong partnerships with families. Partnering with parents/guardians is a cornerstone of academic success. Through communication and mutual feedback, we work together to address the needs of each student, ensuring a comprehensive and effective educational experience. Our commitment to providing the best education every day, everywhere, is grounded in this collaboration. By aligning with parents, we create a unified approach that supports students' growth and achievement. Our focus remains on ensuring that every student receives a rigorous, high-quality education that prepares them for academic excellence and success in college, career, and the demands of the 21st century.

The Department of Defense Education Activity (DoDEA) is currently reviewing its policies and instructional resources to ensure compliance with recent Executive Orders and Department of Defense (DoD) policies. As a Department of Defense entity, we are committed to adhering to the guidance from the President and the Secretary of Defense.

**Cultural Observances:** On January 31, 2025, the Secretary of Defense issued guidance to all Department of Defense (DoD) components and Military Departments prohibiting the use of official resources to host celebrations or events related to cultural awareness months. As a DoD entity, DoDEA is adhering to this guidance.

However, events that directly support Host Nation language and culture classes, international exchanges, or other location-based cultural education efforts will continue as planned.

**Review of Library Materials:** Schools have completed their review of library materials, and these materials are currently being reviewed at the Region/ HQ levels. We are examining materials in each Information Center (school libraries) that may relate to gender ideology or discriminatory equity ideology, as defined in the Executive Order 14190, "Ending Radical Indoctrination in K-12 Schooling." It is important to note that no materials have been permanently removed from our school libraries. Some materials are temporarily relocated to the professional collection, where they will be reviewed by our staff, region and Headquarters. Access to these materials is currently limited to professional staff. We are working diligently to complete the thoughtful review process and will provide more information soon.

**Curriculum & Instruction:** DoDEA is conducting an operational compliance review of

curriculum resources. A small number of materials have been identified for further review. The use of these few items is paused until further guidance and to ensure that our curricular resources remain in alignment with current expectations. The small number of identified resources will not impact routine use of adopted materials or access to our standards. We will provide timely updates if any significant changes occur.

**Clubs and Extracurricular Activities:** DoDEA students retain the right to organize and participate in non-curriculum-related student groups. DoDEA students retain the right to convene student-sponsored, non-curriculum-related student groups with a DoDEA employee volunteer non-participating sponsor, in alignment with DoDEA's "Student Rights and Responsibilities" (DoDEA Administrative Instruction 1353.01, available on [www.dodea.edu](http://www.dodea.edu)).

**Commitment to Open Communication:** We understand that these changes may raise questions. We are dedicated to maintaining open and transparent communication. DoDEA Europe will work with you and provide updates when they are available. As questions arise, please reach out to your school principal, district superintendent, or me.

Our priority remains providing a top-tier education that prepares students for success in an ever-changing world. The success of the DoDEA community is rooted in its people—students, educators, and families. We deeply appreciate your ongoing support and partnership.

Michelle Howard-Brahaney, Ph.D.
Director for Student Excellence