IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(E) AND LOCAL CRIMINAL RULE 57.4(E)

In Case Number 1:25-cv-00637, Case Name E.K. and L.K., et al. v. Dep't of Defense Educ. Activity, et al.
Party Represented by Applicant: Plaintiffs

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Emerson James Sykes
Bar Identification Number 5020078   State New York
Firm Name American Civil Liberties Union Foundation
Firm Phone # (212) 549-2500   Direct Dial # ____   FAX # ____
E-Mail Address esykes@aclu.edu
Office Mailing Address 125 Broad Street, 18th Floor, New York, NY 10004

Name(s) of federal district court(s) in which I have been admitted  Eastern District of New York

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ☒ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____   5/7/2025
(Signature)                        (Date)
Matthew W. Callahan                99823
(Typed or Printed Name)            (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ☐ *or* Exemption Granted ☐

The motion for admission is GRANTED ☐ *or* DENIED ☐

_____       _____
(Judge's Signature)                   (Date)

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: May 7, 2025 | */s/ Matthew Callahan* <br> Matthew Callahan, VSB No. 99823 <br> Eden Heilman, VSB No. 93554 <br> ACLU OF VIRGINIA FOUNDATION <br> P.O. BOX 26464 <br> RICHMOND, VA 23261 <br> (804) 644-8080 <br> mcallahan@acluva.org <br> eheilman@acluva.org <br><br> Emerson J. Sykes* <br> Tyler Takemoto* <br> ACLU FOUNDATION <br> 125 Broad Street, 18th Floor <br> New York, NY 10004 <br> (212) 549-2500 <br> esykes@aclu.org <br> ttakemoto@aclu.org <br><br> Corey M. Shapiro* <br> William E. Sharp* <br> ACLU OF KENTUCKY FOUNDATION <br> 325 W. Main Street, Suite 2210 <br> Louisville, KY 40202 <br> (502) 581-9746 <br> corey@aclu-ky.org <br> wsharp@aclu-ky.org <br><br> *Attorneys for Plaintiffs* <br><br> * Motions for *pro hac vice* admission forthcoming |