IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(E) AND LOCAL CRIMINAL RULE 57.4(E)

In Case Number **1:25-cv-637**, Case Name **E.K, et al. v. DoDEA, et al.**
Party Represented by Applicant: **Plaintiffs**

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) **Corey Michael Shapiro**
Bar Identification Number **96897**   State **KY**
Firm Name **ACLU of Kentucky Foundation**
Firm Phone # **502-581-9746**   Direct Dial # **502-581-9746 x206**   FAX # 
E-Mail Address **corey@aclu-ky.org**
Office Mailing Address **325 W. Main Street, Suite 2210, Louisville, KY 40202**

Name(s) of federal district court(s) in which I have been admitted **Northern Dist. of Ill., Central Dist. of Ill., Eastern Dist. of Ky., Western Dist. of Ky**

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ☒ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____      **4/15/2025**
(Signature)                            (Date)
**Matthew W. Callahan**                **99823**
(Typed or Printed Name)                (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ☐ or Exemption Granted ☐

The motion for admission is GRANTED ☐ or DENIED ☐

_____      _____
(Judge's Signature)                   (Date)

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2025, I electronically filed the foregoing Notice of Motion for a Preliminary Injunction with the Clerk of the Court using the CM/ECF system. I have arranged for the following, who have not yet entered an appearance in the case to be registered participants of the Electronic Case Filing System, to also be served by U.S. Mail:

Pamela Bondi, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

Peter Brian Hegseth, Secretary of Defense
1000 Defense Pentagon
Washington, DC 20301

Department of Defense Education Activity
4800 Mark Center Drive
Alexandria, VA 22350

Dr. Beth Schiavino-Narvaez
4800 Mark Center Drive
Alexandria, VA 22350

/s/ Matthew Callahan
Matthew Callahan
ACLU OF VIRGINIA FOUNDATION
*Attorney for Plaintiffs*