IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 1:24-cr-249 |
| | ) |
| ASIF WILLIAM RAHMAN, | ) |
| | ) |
| *Defendant.* | ) |

## ORDER

This matter comes before the Court on its own initiative. In the interests of fairness, efficiency, and justice, the Court must continue the sentencing hearing. Accordingly, it is hereby

**ORDERED** that the sentencing hearing currently scheduled for May 13, 2025, at 11:00 a.m. will be **RESET** by the Court; it is further

**ORDERED** that the parties are **DIRECTED** to meet and confer to determine when the parties will be available. The Court is available to conduct the hearing on May 19 through May 21, 2025, May 27, 2025, or May 30, 2025; and it is further

**ORDERED** that the Clerk shall **TERMINATE** the hearing currently scheduled for May 13, 2025, at 11:00 a.m.

Entered this 8th day of May, 2025.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge