# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| E.K. and S.K., minors, by and through their parent and next friend, LINDSEY KEELEY, *et al.*,<br><br>           Plaintiffs,<br><br>     v.<br><br>DEPARTMENT OF DEFENSE EDUCATION ACTIVITY, *et al.*,<br><br>           Defendants. | Case No. 1:25-cv-637 (PTG/IDD) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Assistant United States Attorney Matthew J. Mezger as counsel for Defendants.

Dated: May 19, 2025

Respectfully submitted,

ERIK S. SIEBERT
United States Attorney

By:       /s/
MATTHEW J. MEZGER
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:   (703) 299-3741
Fax:   (703) 299-3983
Email: matthew.mezger@usdoj.gov

*Counsel for Defendants*