AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

2025 MAY 19 A 10: 21

| | |
|---|---|
| E.K. and S.K., minors, by and through their parent and next friend Lindsey Keeley, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-00637 |
| Department of Defense Education Activity, et al., ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Prospective Amici Curiae Federal Education Association and the National Education Association

Date: May 19, 2024

/s/ Jacob Karabell
*Attorney's signature*

Jacob Karabell (Va. Bar No. 98639)
*Printed name and bar number*

Bredhoff & Kaiser P.L.L.C.
805 15th Street N.W., Suite 1000
Washington D.C. 20005
*Address*

jkarabell@bredhoff.com
*E-mail address*

202.842.2600
*Telephone number*

202.842.1888
*FAX number*