# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| E.K. and S.K., minors, by and through their parent and next friend LINDSEY KEELEY; O.H., S.H., and H.H., minors, by and through their parent and next friend JESSICA HENNINGER; E.G., a minor, by and through his parent and next friend MEGAN JEBELES; E.Y. and C.Y., minors, by and through their parent and next friend ANNA YOUNG; L.K., L.K., and L.K., minors, by and through their parent and next friend ANNA KENKEL; and M.T., a minor, by and through her parent and next friend NATALIE TOLLEY, <br><br>              Plaintiffs, <br><br>v. <br><br>DEPARTMENT OF DEFENSE EDUCATION ACTIVITY; DR. BETH SCHIAVINO-NARVAEZ, in her official capacity as Director of the Department of Defense Education Activity; and PETER BRIAN HEGSETH, in his official capacity as Secretary of Defense, <br><br>              Defendants. | Case No. 1:25-cv-00637-PTG-IDD <br><br> Hon. Patricia Tolliver Giles |

### PLAINTIFFS' UNOPPOSED MOTION TO PROVIDE PUBLIC TELEPHONIC OR OTHER REMOTE ACCESS TO HEARING

The Parties will appear before the Court on Tuesday, June 3, 2025 at 10:00 a.m. for a hearing on Plaintiffs' motion for a preliminary injunction. This case has attracted significant attention in the media and the public eye. In addition, many Plaintiffs are based abroad and will

not be able to attend the hearing in person, and certain of Petitioner's counsel are also unable to attend the hearing in person.

Counsel for Plaintiffs has conferred with counsel for Defendants, and Defendants do not take a position on this Motion. Accordingly, Plaintiffs respectfully request that the Court provide telephonic or other remote audio access to the courtroom during the hearing so that interested members of the public, Plaintiffs, and Plaintiffs' legal team can listen to the proceedings in real time. In the alternative, Plaintiffs respectfully request that counsel for the parties be provided telephonic or other remote audio access.

Dated: May 23, 2025                    Respectfully submitted,

*/s/ Matthew W. Callahan*
Matthew Callahan, VSB No. 99823
Eden Heilman, VSB No. 93554
ACLU of Virginia Foundation
P.O. Box 26464
Richmond, VA 23261
(804) 644-8080
mcallahan@acluva.org
eheilman@acluva.org

Emerson J. Sykes
Tyler Takemoto*
ACLU Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
esykes@aclu.org
ttakemoto@aclu.org

Corey M. Shapiro
William E. Sharp
ACLU of Kentucky Foundation
325 W. Main Street, Suite 2210
Louisville, KY 40202
(502) 581-9746
corey@aclu-ky.org
wsharp@aclu-ky.org

*Attorneys for Plaintiffs*

* Motion for *pro hac vice* admission forthcoming