UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| E.K. and S.K., minors, by and through their parent and next friend LINDSEY KEELEY;  O.H., S.H., and H.H., minors, by and through their parent and next friend JESSICA HENNINGER;  E.G., a minor, by and through his parent and next friend MEGAN JEBELES;  E.Y. and C.Y., minors, by and through their parent and next friend ANNA YOUNG;  L.K., L.K., and L.K., minors, by and through their parent and next friend ANNA KENKEL; and M.T., a minor, by and through her parent and next friend NATALIE TOLLEY,<br><br>     Plaintiffs,<br><br> v.<br><br>DEPARTMENT OF DEFENSE EDUCATION ACTIVITY; DR. BETH SCHIAVINO-NARVAEZ, in her official capacity as Director of the Department of Defense Education Activity; and PETER BRIAN HEGSETH, in his official capacity as Secretary of Defense,<br><br>     Defendants. | Case No. 1:25-cv-00637-PTG-IDD<br><br>Hon. Patricia Tolliver Giles |

**PROPOSED ORDER**

 Before the Court is Plaintiffs' Unopposed Motion for Telephonic Or Other Access to Hearing. Upon consideration thereof and for good cause shown, it hereby

 **ORDERED** that Plaintiffs' motion is **GRANTED**; and it is further

1

**ORDERED** that telephonic or online access to the hearing will be made available to the public in a manner to be communicated on the public docket before the hearing date.

Entered this ___ day of May, 2025.  
Alexandria, Virginia

_____  
Hon. Patricia Tolliver Giles  
United States District Judge