**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

E.K. and S.K., minors, by and through their )
parent and next friend Lindsey Keeley, *et al.*, )
                                             )
          *Plaintiffs*,                      )
                                             )
v.                                           )    Civil Action No. 1:25-cv-00637
                                             )
Department of Defense Education Activity,    )
*et al.*,                                    )
                                             )
          *Defendants*.                      )

## ORDER

This matter comes before the Court on prospective amici curiae Federal Education Association (FEA) and the National Education Association (NEA)'s Motion for Leave to File a Brief in Support of Plaintiffs' Motion for Preliminary Injunction ("Motion"). Dkt. 25. Prospective Amici filed their proposed brief as an exhibit to the Motion. Dkt. 25-1.

For good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that FEA and NEA's Amici Brief filed on May 19, 2025 is deemed **FILED.**

Entered this 27 day of May, 2025.
Alexandria, Virginia.

/s/
**Patricia Tolliver Giles**
**United States District Judge**