UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| E.K. and S.K., minors, by and through their parent and next friend LINDSEY KEELEY; O.H., S.H., and H.H., minors, by and through their parent and next friend JESSICA HENNINGER; E.G., a minor, by and through his parent and next friend MEGAN JEBELES; E.Y. and C.Y., minors, by and through their parent and next friend ANNA YOUNG; L.K., L.K., and L.K., minors, by and through their parent and next friend ANNA KENKEL; and M.T., a minor, by and through her parent and next friend NATALIE TOLLEY, <br><br>  Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF DEFENSE EDUCATION ACTIVITY; DR. BETH SCHIAVINO-NARVAEZ, in her official capacity as Director of the Department of Defense Education Activity; and PETER BRIAN HEGSETH, in his official capacity as Secretary of Defense, <br><br>  Defendants. | Case No. 1:25-cv-00637-PTG-IDD <br><br> Hon. Patricia Tolliver Giles |

**ORDER**

Before the Court is Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendants' Response in Opposition to Plaintiffs' Motion for a Preliminary Injunction. Upon consideration thereof and for good cause shown, it hereby

**ORDERED** that Plaintiffs' motion is **GRANTED**; and it is further

4

**ORDERED** that Plaintiffs shall file any memorandum of law in reply to Defendants' Response in Opposition to Plaintiffs' Motion for a Preliminary Injunction on or before May 30, 2025, by 12:00 p.m.

Entered this 27th day of May, 2025.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge

Hon. Patricia Tolliver Giles
United States District Judge