# UNITED STATES DISTRICT COURT
# CIVIL MOTION HEARING MINUTES

Date: **06/03/2025**                                    Judge: **Patricia Tolliver Giles**
Time: **10:05 a.m. – 11:00 a.m.**                       Reporter: **S. Wallace**
(00:55)

Civil Action Number: **1:25-cv-00637-PTG-IDD**

**E.K., et al.,**

**Plaintiffs,**

V.

**Department of Defense Education Activity, et al.,**

**Defendants.**

Appearances of Counsel for Plaintiffs and Counsel for Defendants.

| Counsel for Plaintiffs | Counsel for Defendants |
|---|---|
| **Matthew Callahan** | **Matthew Mezger** |
| **Emerson J. Sykes (phv)** | **Meghan Loftus** |
| **Corey M. Shapiro (phv)** | |

MOTION TO/FOR:
[9] MOTION for Preliminary Injunction by C.Y., E.G., E.K., E.Y., H.H., L.K.(by and through parent and next friend Anna Kenkel), M.T., O.H., S.H., S.K.

**MATTER ARGUED – TAKEN UNDER ADVISEMENT – ORDER TO FOLLOW**

**The Court DIRECTS Defts' to file all information/lists as to material removed within 7 days.**