# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| E.K. and S.K., minors, by and through their parent and next friend, LINDSEY KEELEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF DEFENSE EDUCATION ACTIVITY, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-637 (PTG/IDD) |

## WAIVER OF HEARING

Defendants, through their undersigned counsel, respectfully waive hearing on their Motion for an Enlargement of Time.

Dated: June 6, 2025

Respectfully submitted,

ERIK S. SIEBERT
United States Attorney

By:   /s/
MEGHAN E. LOFTUS
MATTHEW J. MEZGER
Assistant United States Attorneys
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:   (703) 299-3757/3741
Fax:   (703) 299-3983
Email: meghan.loftus@usdoj.gov
           matthew.mezger@usdoj.gov

*Counsel for Defendants*