UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| E.K. and S.K., minors, by and through their parent and next friend, LINDSEY KEELEY, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DEPARTMENT OF DEFENSE EDUCATION ACTIVITY, *et al.*,<br><br>　　　　　　Defendants. | Case No. 1:25-cv-637 (PTG/IDD) |

## WAIVER OF HEARING

Defendants, through their undersigned counsel, respectfully waive hearing on their Motion for Reconsideration of the Court's June 3, 2025 Order.

Dated: June 11, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　ERIK S. SIEBERT
　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　　　　By:　/s/ _____
　　　　　　　　　　　　　　　　　　　MEGHAN E. LOFTUS
　　　　　　　　　　　　　　　　　　　MATTHEW J. MEZGER
　　　　　　　　　　　　　　　　　　　Assistant United States Attorneys
　　　　　　　　　　　　　　　　　　　Office of the United States Attorney
　　　　　　　　　　　　　　　　　　　2100 Jamieson Avenue
　　　　　　　　　　　　　　　　　　　Alexandria, Virginia 22314
　　　　　　　　　　　　　　　　　　　Tel:　(703) 299-3757/3741
　　　　　　　　　　　　　　　　　　　Fax:　(703) 299-3983
　　　　　　　　　　　　　　　　　　　Email: meghan.loftus@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　matthew.mezger@usdoj.gov

　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*