IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| E.K. and S.K., minors, by and through their parent and next friend Lindsey Keeley, *et al.*, ) ) ) | |
| *Plaintiffs*, ) ) ) | |
| v. ) ) | Civil Action No. 1:25-cv-00637 |
| Department of Defense Education Activity, *et al.*, ) ) ) ) | |
| *Defendants*. ) | |

## ORDER

This matter comes before the Court on Defendants' Motion for Reconsideration of this Court's June 3, 2025 Order for Defendants to produce a list of library books pending review within the Department of Defense ("Motion for Reconsideration"). Dkt. 41. On June 6, 2025, Defendants moved for a six-day extension to produce the list of library books as per the Court's Order, which the Court subsequently granted. Dkts. 38, 40. On June 11, 2025, Defendants filed the present Motion for Reconsideration. Dkt. 41. Defendants' Motion contends reconsideration is warranted because (1) the preliminary injunction posture constrains the Court's ability to review the list of books subject to ongoing reviews; and (2) the list of books is protected under the deliberative process privilege. Dkt. 42. In the alternative, Defendants request that (1) "the Court grant leave to file the list *ex parte* for *in camera* review" or (2) "stay its order to produce the list pending resolution of the motion for reconsideration." *Id.* at 12-13. On June 13, 2025, Plaintiffs filed a brief in opposition. Dkt. 44. While the Motion for Reconsideration remains pending, the Court will permit Defendants to submit the list *ex parte* for *in camera* review.

Accordingly, it is hereby

**ORDERED** that Defendants produce the list of books pending review by the Department of Defense *ex parte* for the Court's *in camera* review by June 16, 2025 at 5:00 p.m.

Entered this 16th day of June, 2025.
Alexandria, Virginia.

/s/
Patricia Tolliver Giles
United States District Judge