**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| E.K. and S.K., minors, by and through their parent and next friend, LINDSEY KEELEY, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DEPARTMENT OF DEFENSE EDUCATION ACTIVITY, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:25-cv-637 (PTG/IDD) |

**NOTICE OF *EX PARTE* DELIVERY**

Pursuant to this Court's Order of June 16, 2025 (Dkt. 45), Defendants, through their undersigned counsel, hereby provide notice that they have delivered the current list of books that have been designated for further review by the Department of Defense with the Clerk of Court to be forwarded to the chambers of the presiding District Judge for *ex parte* and *in camera* review.

Dated: June 11, 2025

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　ERIK S. SIEBERT
　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　By:　　　／s／

　　　　　　　　　　　　　　　　　　　MEGHAN E. LOFTUS
　　　　　　　　　　　　　　　　　　　MATTHEW J. MEZGER
　　　　　　　　　　　　　　　　　　　Assistant United States Attorneys
　　　　　　　　　　　　　　　　　　　Office of the United States Attorney
　　　　　　　　　　　　　　　　　　　2100 Jamieson Avenue
　　　　　　　　　　　　　　　　　　　Alexandria, Virginia 22314
　　　　　　　　　　　　　　　　　　　Tel:　(703) 299-3757/3741
　　　　　　　　　　　　　　　　　　　Fax:　(703) 299-3983
　　　　　　　　　　　　　　　　　　　Email: meghan.loftus@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　matthew.mezger@usdoj.gov

　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*