**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| E.K. and S.K., minors, by and through their parent and next friend, LINDSEY KEELEY, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>DEPARTMENT OF DEFENSE EDUCATION ACTIVITY, *et al.*,<br><br>        Defendants. | Case No. 1:25-cv-637 (PTG/IDD) |

## **DEFENDANTS' MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(1) or, in the alternative, Federal Rule of Civil Procedure 12(b)(6), Defendants move to dismiss Plaintiffs' Complaint. The grounds for this motion are set forth in the accompanying memorandum of law.

Dated: June 27, 2025

Respectfully submitted,

ERIK S. SIEBERT
UNITED STATES ATTORNEY

By:          /s/
MEGHAN E. LOFTUS
MATTHEW J. MEZGER
Assistant United States Attorneys
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:   (703) 299-3757/3741
Fax:   (703) 299-3983
Email: meghan.loftus@usdoj.gov
          matthew.mezger@usdoj.gov

*Counsel for Defendants*