IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

E.K. and S.K., *minors, by and through their* )
*parent and next friend Lindsey Keeley, et al.*, )
)
    *Plaintiffs*, )
)
v. )    Civil Action No. 1:25-cv-637 (PTG/IDD)
)
DEPARTMENT OF DEFENSE EDUCATION )
ACTIVITY, *et al.*, )
)
)
    *Defendants*. )

## MEMORANDUM ORDER

This matter comes before this Court on Defendants' Motion for Reconsideration of this Court's June 3, 2025 Order for Defendants to produce a list of library books currently under review within the Department of Defense. Dkt. 41. First, Defendants contend that the preliminary injunction posture constrains the Court's review to only the necessary factual record, rather than any additional facts "neither party has identified to be necessary to resolving the pending motion." Dkt. 42 at 4-6. Second, Defendants assert that the deliberative process privilege shields disclosure of the list because it is both pre-decisional and deliberative. *Id.* at 7-12. Plaintiffs opposed Defendants' motion. Dkt. 44. To aid its review of the motion, the Court granted Defendants' request to file the list of removed books *ex parte* for the Court's *in camera* review. Having considered the parties' submissions and reviewed the list *in camera*, the Court finds that privilege does not shield disclosure of Defendants' list of books. Furthermore, the Court finds that the list is appropriately part of the factual record for the motion for preliminary injunction. Accordingly, the Court will deny Defendants' Motion for Reconsideration.

## Background

Plaintiffs are twelve students of military families at five Department of Defense Education Activity ("DoDEA") schools who bring First Amendment claims against Defendants DoDEA, Dr. Beth Schiavano-Narvaez, Director of DoDEA, and Peter Brian Hegseth, Secretary of Defense, in connection with their changes to curricular material and removal of library books at DoDEA schools. Dkt. 1 ("Compl.") ¶¶ 4, 10-15. Plaintiffs allege that Defendants' actions—done in implementation of various Presidential Executive Orders allegedly targeting gender ideology, "discriminatory equity ideology," and anti-American sentiments in the federal government— violate their Free Speech rights. *Id.* ¶¶ 51, 83-101. On May 7, 2025, Plaintiffs filed a motion for preliminary injunction seeking to enjoin "Defendants from enforcing Executive Order Nos. 14168, 14185, and 14190 and related memoranda, directives, and guidance in DoDEA schools." Dkt. 10 at 25. The motion further requests the Court to order the Government to "return[] all books and curriculum already quarantined or removed based on potential violation of the Executive Orders to their preexisting shelves, classrooms, and instructional units." *Id.* at 26. The parties completed briefing on the matter. *See* Dkts. 10, 29, 36.

On June 3, 2025, this Court held a hearing on the motion for preliminary injunction. In both their briefing and at the hearing, Plaintiffs have repeatedly stated that they have requested the list of books removed from DoDEA libraries to no avail and instead have "compiled the current reported list of books removed . . . through their own observation." Dkt. 10 at 8; *see also* Dkt. 47 ("Tr.") at 7:24-8:1, 14:12-13, 16:19-25. Consequently, the Court ordered that Defendants submit information available regarding the centralized list of removed books to the Court and to Plaintiffs. Tr. at 32:17-33:3. On June 6, 2025, Defendants moved for a six-day extension to produce the list of library books, which the Court subsequently granted. Dkts. 38, 40. On June 11, 2025,

2

Defendants filed the instant Motion for Reconsideration. Dkt. 41. Defendants proposed that, in the alternative, the Court could conduct an *in camera* review of the list *ex parte* to adjudicate the privilege issues or "stay its order to produce the list until the motion for reconsideration has been resolved." Dkt. 42 at 12. On June 16, 2025, the Court issued an order permitting Defendants to produce the list of books *ex parte* for *in camera* review. Dkt. 45. Defendants filed the list *ex parte* that same day.

## Legal Standard

While Federal Rules of Civil Procedure 59(e) and 60(b) govern motions for reconsideration of final judgments, Rule 54(b) applies to reconsideration of interlocutory orders. *Fayetteville Invs. v. Comm. Builders, Inc.*, 936 F.2d 1462, 1469-70 (4th Cir. 1991); *Nicholas v. Wyndham Intern., Inc.*, 373 F.3d 537, 541 (4th Cir. 2004) ("Discovery orders are 'inherently interlocutory.'" (quoting *McCook Metals LLC v. Alcoa, Inc.*, 249 F.3d 330, 335 (4th Cir. 2001))). "Motions for reconsideration of interlocutory orders are not subject to the strict standards applicable to motions for reconsideration of a final judgment." *Am. Canoe Ass'n v. Murphy Farms, Inc.*, 326 F.3d 505, 514 (4th Cir. 2003). Rather, a district court retains discretion to "reconsider and modify its interlocutory judgments . . . at any time prior to final judgment." *Id.* at 514-15; *see also Fayetteville Invs.*, 936 F.2d at 1469.[1]

To guide their discretion over Rule 54(b) motions, courts in the Fourth Circuit look to the legal framework for Rule 59 and Rule 60 motions for reconsideration. *Am. Canoe Ass'n*, 326 F.3d at 515; *Orbcomm Inc. v. Calamp Corp.*, 215 F. Supp. 3d 499, 503 (E.D. Va. 2016) (relying on the

---

[1] The Fourth Circuit has held that "a district court's otherwise broad discretion to reconsider interlocutory orders is narrowed in the context of motions to reconsider issues going to the court's Article III subject matter jurisdiction." *Am. Canoe Ass'n*, 326 F.3d at 515. However, no Article III jurisdictional questions are raised here.

standards of Rule 59 and 60 even though "the Fourth Circuit has declined to 'thoroughly express [its] views on the interplay of Rules 60, 59 and 54.'" (quoting *Am. Canoe Ass'n*, 326 F.3d at 515)). Therefore, even with Rule 54(b) motions for reconsideration, courts generally "do not depart from a previous ruling unless '(1) a subsequent trial produces substantially different evidence, (2) controlling authority has since made a contrary decision of law applicable to the issue, or (3) the prior decision was clearly erroneous and would work manifest injustice.'" *Orbcomm Inc.*, 215 F. Supp. 3d at 503 (quoting *Am. Canoe Ass'n*, 326 F.3d at 515). Generally, "[a]bsent a significant change in the law or the facts," a court will grant a motion for reconsideration only where it "has patently misunderstood a party," "made a decision outside the adversarial issues presented to the Court by the parties, or has made an error not of reasoning but of apprehension." *Evans v. Trinity Indus., Inc.*, 148 F. Supp. 3d 542, 544 (E.D. Va. 2015) (quoting *United States v. Smithfield Foods, Inc.*, 969 F. Supp. 975, 977 (E.D. Va. 1997)).

## Discussion

Defendants contend that reconsideration of the Court's Order for the list of removed books is warranted for two reasons. Dkt. 42 at 1. First, Defendants assert that "this Court cannot enlarge the factual record" to consider the list of books at the preliminary injunction phase. *Id.* at 4. Second, Defendants invoke the deliberative process privilege over the list of books, which they claim is pre-decisional and deliberative and therefore protected from disclosure. *Id.* at 6. The Court takes up the privilege issue first and finds that the deliberative process privilege does not apply to the list of books. Furthermore, the Court finds that the list is properly part of the factual record for preliminary injunction.

### A. Deliberative Process Privilege

The deliberative process privilege "protects from disclosure documents generated during an agency's deliberations about a policy, as opposed to documents that embody or explain a policy that the agency adopts." *U.S. Fish & Wildlife Serv. v. Sierra Club, Inc.*, 592 U.S. 261, 263 (2021). The privilege arises from the common law and covers "recommendations, draft documents, proposals, suggestions, and other subjective documents which reflect the personal opinions of the writer rather than the policy of the agency."[2] *City of Va. Beach v. U.S. Dep't. of Com.*, 995 F.2d 1247, 1253 (4th Cir. 1993) (quoting *Coastal States Gas Corp. v. Dep't. of Energy*, 617 F.2d 854, 866 (D.C. Cir. 1980)). It "rests on the notion that 'officials will not communicate candidly among themselves if each remark is a potential item of discovery and front page news, and its object is to enhance "the quality of agency decisions" by protecting open and frank discussion among those who make them within the Government.'" *Harrison v. Shanahan*, No. 1:18-cv-641, 2019 WL 2216474, at *4 (E.D. Va. 2019) (quoting *Dep't of the Interior v. Klamath Water Users Protective Ass'n*, 532 U.S. 1, 8-9 (2001)).

Information protected by the deliberative process privilege must be "predecisonal and deliberative in nature." *Id.* at *4. To determine whether information is the agency's "settled position, courts must consider whether the agency treats the document as its final view on the matter." *Sierra Club*, 592 U.S. at 268. A document reflects an agency's "settled position" when

---

[2] While the privilege is often discussed in the context of Exemption 5 of the Freedom of Information Act ("FOIA"), Exemption 5 is rooted in the common law privilege. *Sierra Club*, 592 U.S. at 263 ("Exemption 5 incorporates the privileges available to Government agencies in civil litigation, such as the deliberative process privilege, attorney-client privilege, and attorney work-product privilege."); *In re Sealed Case*, 121 F.3d 729, 737 (D.C. Cir. 1997) (stating that the deliberative process exemption in FOIA "originated as a common law privilege."); *Est. of LeRoux v. Montgomery Cnty.*, 2024 WL 1703939, at *3 (D. Md. Apr. 19, 2024) ("When a case is in federal court based on federal question jurisdiction, federal common law governs assertions of executive privilege.").

"the deliberative 'process by which governmental decisions and policies are formulated' will have concluded, and the document will have 'real operative effect.'" *Id.* (quoting *NLRB v. Sears, Roebuck & Co.*, 421 U.S. 132, 150, 160 (1975)).    Furthermore, whether a document is "deliberative" rests on whether "disclosure of the materials would expose an agency's decision-making process in such a way as to discourage candid discussion within the agency and, thereby, undermine the agency's ability to perform its functions." *Harrison*, 2019 WL 2216474, at *6 n.14 (quoting *Moye, O'Brien, O'Rourke, Hogan & Pickert v. Nat'l R.R. Passenger Corp.*, 376 F.3d 1270, 1278 (11th Cir. 2004)).    The Fourth Circuit has deemed documents to be deliberative when they "reflect[] the give-and-take of the consultative process." *City of Va. Beach*, 995 F.2d at 1253 (quoting *Coastal States*, 617 F.2d at 866); *see also Jones v. Murphy*, 256 F.R.D. 510, 518 (D. Md. 2008), *aff'd*, 2009 WL 604937 (D. Md. Feb. 23, 2009) ("The Fourth Circuit has adopted the give-and-take test to determine whether documents are deliberative; thus, the deliberative-process privilege protects conversational documents—those intended to fuel a dialogue[.]").

Once the privilege applies, it is not absolute.    Courts may compel disclosure of "predecisional and deliberative" documents in limited circumstances.    *Harrison*, 2019 WL 2216474, at *4. The privilege "does not shield statements about a policy after the policy has been finalized, and it 'does not protect purely factual information, unless it is inextricably intertwined with deliberative material.'" *Id.* (quoting *Stone v. Trump*, 356 F. Supp. 3d 505, 514 (D. Md. 2018)).    Moreover, "[w]hen a party . . . seeks agency materials, the validity of the privilege 'depends . . . upon a balancing of the public interest in nondisclosure with the need for the information as evidence.'" *Id.* (alteration in original) (quoting *Cipollone v. Liggett Grp. Inc.*, 1987 WL 36515, at *2 (4th Cir. Feb. 13, 1987) (per curiam)).    The Court considers several factors: "(1) the relevance of the evidence to the lawsuit; (2) the availability of alternative evidence on the same

6

matters; (3) the government's role (if any) in the litigation; and (4) 'the extent to which disclosure would hinder frank and independent discussion regarding contemplated policies and decisions.'" *Cipollone*, 1987 WL 36515, at *2 (quoting *FTC v. Warner Commc'ns, Inc.*, 742 F.2d 1156, 1161 (9th Cir. 1984)). The party asserting the privilege bears the burden of proof and must articulate "specific facts" as opposed to a "conclusory assertion of privilege." *Harrison*, 2019 WL 2216474, at *5 (first quoting *RLI Ins. Co. v. Conseco, Inc.*, 477 F. Supp. 2d 741, 751 (E.D. Va. 2007); and then quoting *Bethune-Hill v. Va. State Bd. of Elections*, 114 F. Supp. 3d 323, 344 (E.D. Va. 2015)).

The document submitted to the Court for *in camera* review reveals several issues with Defendants' assertion of privilege. First, Defendants contend that the list is pre-decisional because no final decision on which books will be permanently removed has been made. Dkt. 42 at 7. Because the list "leaves agency decisionmakers free to change their minds," Defendants argue that it cannot "reflect the agency's final decision." *Id.* (quoting *Sierra Club*, 592 U.S. at 269). Furthermore, Defendants find dispositive that the final decisionmaker on this matter, Timothy D. Dill, had not seen any iteration of this list or any recommendations from his staff prior to this disclosure to "let alone make any final determinations of disposition." *Id.* at 7-8. Second, Defendants argue that the list is deliberative because it is "comprised of 'opinions that [are] subject to change.'" *Id.* at 10 (alteration in original) (quoting *Sierra Club*, 592 U.S. at 269). Defendants describe an "iterative" and "dynamic" process whereby stakeholders at all levels of DoDEA continue to develop the list and make recommendations for Mr. Dill's final decision. *Id.* at 10-11. Per Defendants, "the release of the document at this pre-decisional stage will have a chilling effect" on the stakeholders' candor with recommendations. *Id.* at 11. Conversely, Plaintiffs aver that the deliberative process privilege does not apply here because the document in question concerns

7

*factual* information, about "events that have already happened," in a case where "the plaintiff's cause of action is directed at the government's intent." Dkt. 44 at 2-3.

The Court agrees with Plaintiffs that the deliberative process privilege does not apply in the first instance. First, the submitted list of books does not include anything remotely deliberative. "One of the rudimentary black letter rules is that while the privilege covers 'opinions' it does not cover 'facts.'" *Cipollone*, 1987 WL 36515, at *2. Here, the list is purely factual because it comprises a spreadsheet of over 500 book titles and authors with no stated opinions. Through the submitted list, the Court cannot find any indicia of "the manner in which the agency evaluates possible alternative policies or outcomes," a reflection of "the personal opinions of the writer," or the agency "give-and-take"—all relevant factors in determining the "deliberative" nature of a document. *City of Va. Beach*, 995 F.2d at 1253; *see also Reps. Comm. for Freedom of the Press v. FBI*, 3 F.4th 350, 366 (D.C. Cir. 2021) (stating a document is deliberative when it "call[s] for judgment or the candid exchange of ideas."). The Fourth Circuit made clear in *Cipollone* that the privilege protects, in part, "against confusing the issues and misleading the public by dissemination of documents suggesting reasons and rationales for a course of action which were not in fact the ultimate reasons for the agency's action." *Cipollone*, 1987 WL 36515, at *1 (quoting *Coastal States*, 617 F.2d at 866). No such concern exists with the submitted list of books. Rather, the Court finds that the submitted list is squarely the type of "purely factual material" that falls outside of the deliberative process privilege. *EPA v. Mink*, 410 U.S. 73, 88 (1973).

Second, while the Court acknowledges that the submitted list may not be the final decision of Mr. Dill, it finds dispositive that the list has nevertheless already had a "real operative effect." *Sierra Club*, 592 U.S. at 268. As Mr. Dill's declaration acknowledges, the submitted list reflects "[t]he list of books removed from the shelves." Dkt. 42, Ex. 1 ("Second Dill Decl.") ¶ 4. Thus,

8

the list is of legal consequence. *See Sierra Club*, 592 U.S. at 271 (stating that a "decision's 'real operative effect' as an indication of its finality . . . [refers] . . . to the legal, not practical, consequences that flow from an agency's action."). That the list is "iterative" does not mitigate the fact that it reflects an implemented action. Indeed, courts have routinely distinguished between drafts of documents that reflect an "agency's ongoing internal work to settle on a substantive policy approach" from "documents that would simply describe an already-adopted policy." *Reps. Comm. for Freedom of the Press*, 3 F.4th at 363; *see also Cipollone*, 1987 WL 36515, at *1 (stating the privilege "protect[s] against premature disclosure of proposed policies *before they have been finally formulated or adopted*.") (emphasis added) (alteration in original) (quoting *Coastal States*, 617 F.2d at 866). That the Government stamped "pre-decisional" on the document is also not dispositive. "[D]etermining whether an agency's position is final for purposes of the deliberative process privilege is a functional rather than formal inquiry." *Sierra Club*, 592 U.S. at 272–73.

Third, courts have established that the deliberative process privilege "does not apply where 'the plaintiff's cause of action is directed at the government's intent.'" *Est. of LeRoux*, 2024 WL 1703939, at *4 (quoting *In re Subpoena Duces Tecum Served on Off. of Comptroller of Currency*, 145 F.3d 1422, 1424 (D.C. Cir.)); *Bethune-Hill*, 114 F. Supp. 3d at 339 ("Unlike other cases, where the deliberative process privilege . . . may be employed to 'prevent [the government's] decision-making process from being swept up unnecessarily into the public domain,' this is a case where the decisionmaking process 'is the case.'" (quoting *Comm. for a Fair & Balanced Map v. Ill. State Bd. of Elections*, 2011 WL 4837508, at *8 (N.D. Ill. Oct. 12, 2011))); *see also Jones v. City of Coll. Park*, 237 F.R.D. 517, 521 (N.D. Ga. 2006) ("[T]he privilege is simply inapplicable, because government intent is at the heart of the issue in this case."); *United States v. Lake Cnty. Bd. of Comm'rs*, 233 F.R.D. 523, 527 (N.D. Ind. 2005) ("[T]he deliberative process privilege does not

apply when the government's intent is at issue."). The deliberative process privilege was "fashioned in cases where the governmental decisionmaking process is collateral to the plaintiff's suit. *In re Subpoena Duces Tecum Served on Off. of Comptroller of Currency*, 145 F.3d at 1424. Here, the heart of Plaintiffs' suit challenges the Government's underlying intent in removing books from DoDEA libraries. Accordingly, where Plaintiffs' "cause of action is directed at the government's intent . . . it makes no sense to permit the government to use the privilege as a shield." *Id.* For all of these reasons, the Court finds that the deliberative process privilege does not apply to Defendants' submitted list of removed books.

Even if the privilege applied, the *Cipollone* factors would heavily weigh in favor of disclosure. The list of removed books comprises critical evidence to Plaintiffs' allegations of First Amendment violations. In fact, Plaintiffs have attempted several times to access the list of removed books with no success, illustrating that no viable alternative means for acquiring such evidence exists. *See* Dkt. 10 at 8; Tr. at 7:24-8:1, 14:12-13, 16:19-25. Furthermore, "[t]he government is no stranger to this litigation; rather, all of the named defendants are governmental officers or agencies, and plaintiffs' claims go directly to the constitutionality and legality of those agencies' policies." *Harrison*, 2019 WL 2216474, at *8. Finally, the Court does not find that "disclosure would hinder frank and independent discussion regarding contemplated policies and decisions" so as to outweigh disclosure. *Cipollone*, 1987 WL 36515, at *2 ("While the last factor obviously requires a consideration of the policies underlying the privilege, it does so expressly in the context of *weighing* the public interest in nondisclosure of the particular materials at issue.") (alteration in original). Therefore, the material is not privileged and must be publicly disclosed, and the Court finds no basis for reconsideration.

## B. Factual Record in the Preliminary Injunction Phase

Defendants' second basis for reconsideration posits that the Court may not "enlarge the factual record beyond what the parties have concluded is necessary for resolution of the motion" at the preliminary injunction phase. Dkt. 42 at 4. As a preliminary matter, Defendants do not cite a single source of authority barring the Court from ordering the submission of additional evidence to resolve a motion for preliminary injunction. Nor have the parties stipulated to a factual record that *excludes* the list of removed books. Rather, Plaintiffs have repeatedly sought to make this list of removed books part of the factual record but had limited access to it prior to this Court's Order. *See* Dkt. 44 at 1; *see also* Dkt. 10-23 ("Keeley Decl.") ¶¶ 24-26, 33-34; Dkt. 10-24 ("Henninger Decl.") ¶ 18; Dkt. 10-25 ("Young Decl.") ¶ 12; Dkt. 10-26 ("Kenkel Decl.") ¶ 20.

More importantly, the Court finds that list of removed books is necessary to resolve the preliminary injunction. Here, the Court is persuaded by Plaintiffs' argument that "the fact that the list is expanding so rapidly" speaks to the ongoing nature of the alleged First Amendment harms. Dkt. 44 at 2; *see* Second Dill Decl. ¶ 4 (stating "[b]ooks continue to be added for a number of reasons[.]"). Defendants even contend that "the Court's universe of consideration is limited to non-privileged factual matters and legal issues that are *germane* to resolve whether Plaintiffs are entitled to emergency relief." Dkt. 42 at 5 (emphasis added). It would be absurd to deem the list of removed books as not germane to a suit about alleged First Amendment harms from removing said books. Accordingly, the Court finds that the list of books is appropriately part of the factual record for preliminary injunction.

## Conclusion

For the reasons set forth in this Memorandum Order, it is hereby

**ORDERED** that Defendants' Motion for Reconsideration (Dkt. 41) is **DENIED**; and it is further

**ORDERED** that the list of books (as submitted to the Court) is deemed filed on the public docket and included as Attachment A to this Memorandum Order.

Entered this ___11___ day of July, 2025.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge

12

# **ATTACHMENT A**

**PRIVILEGED & CONFIDENTIAL**
**FILED EX PARTE FOR IN CAMERA REVIEW**

| | Author | Resource |
|---|---|---|
| | | *This document is PRE-DECISIONAL* |
| | Author | Resource |
| 1 | Bronski, Michael<br>Pellegrini, Ann<br>Amico, Michael | "You can tell just by looking" : and 20 other myths about LGBT life and people |
| 2 | Thomas, Rachael L | #BlackLivesMatter : protesting racism |
| 3 | Felix, Rebecca | #Pride : championing LGBTQ rights |
| 4 | Ewert, Marcus | 10,000 dresses |
| 5 | Levithan, David | 19 love songs |
| 6 | Jones, Dan | 50 queers who changed the world : a celebration of LGBTQ+ icons |
| 7 | Majumdar, Megha | A burning |
| 8 | Prager, Sarah<br>O'Dwyer, Caitlin | A child's introduction to pride : the inspirational history and culture of the LGBTQIA+ community |
| 9 | Gray, Emma<br>Hill, Eva | A girl's guide to joining the resistance : a feminist handbook on fighting for good |
| 10 | Blohm, Craig E | A history of racism in America |
| 11 | Nagara, Innosanto | A is for activist |
| 12 | Gow, Robin | A million quiet revolutions |
| 13 | Chevat, Richie<br>Bronski, Michael | A queer history of the United States for young people &<br>A queer history of the United States |
| 14 | Bongiovanni, Archie<br>Jimerson, Tristan | A quick & easy guide to they/them pronouns |
| 15 | Singh, Deanna<br>Rodney, Shellene | A smart girl's guide to race & inclusion : standing up to racism and building a better world |
| 16 | Washington, Harriet A | A terrible thing to waste : environmental racism and its assault on the American mind |
| 17 | Carpenter, Nora<br>Callen, Rocky | Ab(solutely) normal : short stories that smash mental health stereotypes |
| 18 | Mardell, Ashley | ABC's of LGBT+ |
| 19 | Delliquanti, Blue | Across a field of starlight |
| 20 | McSmith, Tobly | Act Cool |
| 21 | | Activist athletes : when sport and politics mix |
| 22 | Stamper, Phil | Afterglow |
| 23 | McAdam, Tash | Airlock |
| 24 | Brugman, Alyssa | Alex as well |
| 25 | Gino, Alex | Alice Austen lived here |
| 26 | Cox, Beth<br>Meredith, Samantha | All bodies are wonderful |
| 27 | Johnson, George M | All boys aren't blue : a memoir-manifesto |
| 28 | Sie, James | All kinds of other |
| 29 | Mitchell, Saundra | All out |
| 30 | Collins, Sharni | All you need is love : celebrating families of all shapes and sizes |
| 31 | Bourne, Shakirah<br>Levy, Dana Alison | Allies : real talk about showing up, screwing up, and trying again |
| 32 | Katcher, Brian | Almost perfect |
| 33 | Underhill, Edward | Always the almost : a novel |
| 34 | Ortiz, Paul | An African American and Latinx history of the United States |
| 35 | Sass, A. J | Ana on the edge |
| 36 | Verdi, Jessica | And she was |
| 37 | Garza Villa, Jonny | Ander & Santi were here : a novel |
| 38 | Rankin, Kenrya | Anti-racism : powerful voices, inspiring ideas |
| 39 | Madden, Tobias | Anything but fine |
| 40 | Lankford, Ronald D | Are America's wealthy too powerful? |
| 41 | Savage, Sarah<br>Fisher, Fox | Are you a boy or are you a girl? |
| 42 | Nagle, Jeanne<br>Dunbar, Robert E | Are you LGBTQ? |
| 43 | Colapinto, John | As nature made him : the boy who was raised as a girl |
| 44 | Winn, Kevin P<br>Wing, Kelisa | Atrocities in action |
| 45 | Royce, Ellie<br>Chambers, Hannah | Auntie Uncle : drag queen hero |
| 46 | Tanaka, C. A | Baby drag queen |
| 47 | Bors, Matt | Be gay, do comics! : queer history, memoir, and satire from The Nib |
| 48 | Spangler, Brie | Beast |
| 49 | Gonzalez, Maribel Valdez | Be your true self (Social Justice and You) |
| 50 | Min, Lio | Beating Heart Baby |
| 51 | Cronn-Mills, Kirstin | Beautiful music for ugly children |
| 52 | Nutt, Amy Ellis | Becoming Nicole : the transformation of an American family |
| 53 | Kergil, Skylar | Before I had the words : on being a transgender young adult |
| 54 | Jennings, Jazz | Being Jazz : my life as a (transgender) teen |
| 55 | Harris, Duchess<br>Marciniak, Kristin | Being transgender in America |

**PRIVILEGED & CONFIDENTIAL**
**FILED EX PARTE FOR IN CAMERA REVIEW**

| # | Author | Title |
|---|--------|-------|
| 56 | Rachel, T. ColeCostello, Rita D | Bend, don't shatter : poets on the beginning of desire |
| 57 | Joseph, Frederick / Joseph, Porsche / Richardson, Taylor Denise | Better than we found it : conversations to help save the world |
| 58 | Stoeve, Ray | Between perfect and real |
| 59 | Coates, Ta-Nehisi | Between the world and me |
| 60 | Santos, Rita | Beyond gender binaries : the history of trans, intersex, and third-gender individuals |
| 61 | Kuklin, Susan | Beyond magenta : transgender teens speak out |
| 62 | Vaid-Menon, Alok | Beyond the gender binary |
| 63 | Winans, Justine Pucella | Bianca Torre is afraid of everything |
| 64 | Eberhardt, Jennifer L | Biased : uncovering the hidden prejudice that shapes what we see, think, and do |
| 65 | Russo, Meredith | Birthday |
| 66 | Joseph, Frederick | Black friend : on being a better white person |
| 67 | Gitlin, Marty | Black lives matter |
| 68 | Evans, William HenryHolmon, Omar | Black nerd problems : essays |
| 69 | Fanon, Frantz | Black skin, white masks |
| 70 | Nehanda, Walela | Bless the blood : a cancer memoir |
| 71 | McAdam, Tash | Blood sport |
| 72 | Jensen, Kelly | Body talk : 37 voices explore our radical anatomy |
| 73 | Patterson, Jodie / Pinkney Barlow, Chamelle | Born ready : the true story of a boy named Penelope |
| 74 | Machias, Jules | Both can be true |
| 75 | Thomas, Peyton | Both sides now |
| 76 | Gaku, Keito / McDonagh, Leo | Boys run the riot. 1 |
| 77 | Gaku, Keito / McDonagh, Leo | Boys run the riot. 2 |
| 78 | Gaku, Keito / McDonagh, Leo | Boys run the riot. 3 |
| 79 | Gaku, Keito / McDonagh, Leo / Padgett, Rose | Boys run the riot. 4 |
| 80 | Kobabe, Maia / Peitzmeier, Sarah | Breathe : journeys to healthy binding |
| 81 | Chii / Whitesides, Shanti | bride was a boy |
| 82 | Rivas, Christopher | Brown enough : true stories about love, violence, the student loan crisis, Hollywood, race, familia, and making it in America |
| 83 | Roem, Danica | Burn the page : a true story of torching doubts, blazing trails, and igniting change |
| 84 | Chambers, VeronicaHarlan, Jennifer | Call and response : the story of Black Lives Matter |
| 85 | Lukoff, Kyle / Lozano, Luciano | Call me Max |
| 86 | Ford, Ronald Martin / Ford, Vanessa / Harren, Kayla | Calvin |
| 87 | Rosen, Lev AC | Camp |
| 88 | Melleby, NicoleSass, A. J | Camp QUILTBAG |
| 89 | Salvatore, Steven | Can't take that away |
| 90 | Garza Villa, Jonny | Canto contigo : a novel |
| 91 | Wilkerson, Isabel | Caste : the origins of our discontents |
| 92 | Thomas, Aiden | Cemetery boys |
| 93 | Lundin, Martha | Challenges for LGBTQ teens |
| 94 | Gitlin, Marty | Chaz Bono |
| 95 | Nishimori, HiroyukiYamazaki, JoeLeach, G | Cheeky angel. Vol. 1 |
| 96 | Nishimori, HiroyukiYamazaki, JoeLeach, G | Cheeky angel. Vol. 2 |
| 97 | Nishimori, HiroyukiLeach, GaryCrate, Gabe | Cheeky angel. Vol. 3 |
| 98 | Alexander, T. J | Chef's kiss : a novel |
| 99 | Labelle, Sophie | Ciel in all directions |
| 100 | Lee, Youngran | Click. Vol. 2 |
| 101 | Lee, Youngran / Kim, Janet | Click. Vol. 3 |
| 102 | Lee, Youngran | Click. Vol. 5 |
| 103 | Lee, Youngran | Click. Vol. 7 |
| 104 | Brezina, Corona | Coming out as transgender |
| 105 | Scientific American Editors | Confronting racism |
| 106 | Glasheen, Kate | Constellations |
| 107 | Man, Chella | Continuum |
| 108 | McGrody, Ellen | Coping with gender dysphoria |
| 109 | Lundquist-Arora, Stephanie | Coping with gender fluidity |
| 110 | Orr, Tamra | Coping with racial inequality |
| 111 | Frank, Dennis A | Counseling LGBTQ Americans |

**PRIVILEGED & CONFIDENTIAL**
**FILED EX PARTE FOR IN CAMERA REVIEW**

| # | Author | Title |
|---|---|---|
| 112 | Beattie, Michael; Lenihan, Penny; Dundas, Robin; Sanderson, Cristiane | Counselling skills for working with gender diversity and identity |
| 113 | Seltzer, Olivia | Cramm this book : so you know WTF is going on in the world today |
| 114 | Petrikowski, Nicki Peter | Critical perspectives on gender identity |
| 115 | Peters, Jennifer | Critical perspectives on social justice |
| 116 | Volponi, Paul | Crossing lines |
| 117 | Steele, Hamish | DeadEndia. 1, The watcher's test |
| 118 | Steele, Hamish | DeadEndia. 2, The broken halo |
| 119 | Steele, Hamish | DeadEndia. 3, The divine order |
| 120 | Gow, Robin | Dear Mothman |
| 121 | Brothers, Meagan | Debbie Harry sings in French |
| 122 | Fine, Cordelia | Delusions of gender : how our minds, society, and neurosexism create difference |
| 123 | Gopal, Jyoti Rajan; Kohli, Svabhu | Desert queen |
| 124 | Novoa, Gabe Cole | diablo's curse |
| 125 | Parks, Casey | Diary of a misfit : a memoir and a mystery |
| 126 | Lukoff, Kyle | Different kinds of fruit |
| 127 | DeWitt, Peter M | Dignity for all : safeguarding LGBT students |
| 128 | Langwith, Jacqueline | Discrimination |
| 129 | Nair, Chandran | Dismantling global white privilege : equity for a post-Western world |
| 130 | Kallen, Stuart A | Does equality exist in America? |
| 131 | Pardes, Bronwen | Doing it right : making smart, safe, and satisfying choices about sex |
| 132 | Pincus, Meeg; Gimbel, Meridth McKean | Door by door : how Sarah McBride became America's first openly transgender senator |
| 133 | Campbell, Curtis | Dragging Mason County |
| 134 | Daniels, April | Dreadnought |
| 135 | Pascoe, C. J | Dude, you're a fag : masculinity and sexuality in high school |
| 136 | Kahn, Ben | Elle Campbell wins their weekend |
| 137 | Sass, A. J | Ellen outside the lines |
| 138 | Ogden, Charlie | Equality & diversity |
| 139 | Adams, Sabrina | Equality, social justice, and our future |
| 140 | Jewell, Tiffany | Everything I learned about racism I learned in school |
| 141 | McCormick, Anita Louise | Everything you need to know about nonbinary gender identities |
| 142 | Zeigler, Cyd | Fair play : how LGBT athletes are claiming their rightful place in sports |
| 143 | Calkhoven, Laurie; Solomon, Andrew | Far from the tree : how children and their parents learn to accept one another...our differences unite us |
| 144 | Callender, Kacen | Felix ever after |
| 145 | Higgins, Nadia | Feminism : reinventing the f-word |
| 146 | Cooper, Brittney C; Tanner, Chanel Craft; Morris, Susana M | Feminist AF : a guide to crushing girlhood |
| 147 | Meem, Deborah T; Gibson, Michelle; Alexander, Jonathan | Finding out : an introduction to LGBT studies |
| 148 | Braden, Ann | Flight of the puffin |
| 149 | Ellison, Joy Michael; Ficorilli, Francesca | Flor fights back : a Stonewall Riots survival story |
| 150 | Forman, Gayle | Frankie & Bug |
| 151 | Winterson, Jeanette; Shelley, Mary Wollstonecraft | Frankissstein : a love story |
| 152 | Clark, Kristin | Freakboy |
| 153 | Rorby, Ginny | Freeing Finch |
| 154 | Giles, Lamar | Fresh ink |
| 155 | Taylor, Keeanga-Yamahtta | From #BlackLivesMatter to Black liberation |
| 156 | Thom, Kai Cheng; Li, Wai-Yant; Ching, Kai Yun | From the stars in the sky to the fish in the sea |
| 157 | Axelrod, JadziaTaylor, JessPeter, CrisMaher | Galaxy : the prettiest star |
| 158 | Pohlen, Jerome | Gay and lesbian history for kids : the century-long struggle for LGBT rights, with 21 activities |
| 159 | Seba, Jaime | Gay characters in theater, movies, and television: new roles, new attitudes |
| 160 | Andryszewski, Tricia | Gay rights |
| 161 | McCarthy, Rose | Gender dysphoria |
| 162 | Petrikowski, Nicki Peter | Gender identity |
| 163 | Cook, Maria; Cornell, Alexis | Gender identity : beyond pronouns and bathroom |
| 164 | Light, Kate | Gender identity : the search for self |
| 165 | Winfield, Cynthia L | Gender identity : the ultimate teen guide |
| 166 | Storck, Kelly; Gringi, Noah | gender identity workbook for kids : a guide to exploring who you are |
| 167 | Eboch, M. M | Gender in the 21st century |

**PRIVILEGED & CONFIDENTIAL**
**FILED EX PARTE FOR IN CAMERA REVIEW**

| # | Author | Title |
|---|---|---|
| 168 | Cronn-Mills, Kirstin | Gender inequality in sports : from Title IX to world titles |
| 169 | McIntosh, Kenneth Walker, Ida | Gender issues |
| 170 | Henneberg, Susan | Gender politics |
| 171 | Kobabe, Maia Kobabe, Phoebe | Gender queer : a memoir by Maia Kobabe ; colors by Phoebe Kobabe. |
| 172 | Locke, Katherine | Gender rebels : 30 trans, nonbinary, and gender expansive heroes past and present |
| 173 | Gino, Alex | George |
| 174 | Girard, M-E | Girl mans up |
| 175 | Madrone, Kelly | GLBTQ : the survival guide for gay, lesbian, bisexual, transgender, and questioning teens |
| 176 | Tamtelin, Abigail | Golden boy : a novel |
| 177 | Polonsky, Ami | Gracefully Grayson |
| 178 | Gino, Alex | Green |
| 179 | Harris, Duchess Rowell, Rebecca | Growing up LGBTQ |
| 180 | Herriot, Lindsay Fry, Kate | Growing up trans : in our own words |
| 181 | Nations, Erin | Gumballs |
| 182 | Davis, Tanita S | Happy families |
| 183 | Bailar, Schuyler | He/she/they : how we talk about gender and why it matters |
| 184 | Yuill, Chris Thorpe, Christopher | Heads up sociology |
| 185 | Oseman, Alice | Heartstopper. Volume 3 |
| 186 | Oseman, Alice | Heartstoper Volume 4 |
| 187 | White, Andrew Joseph | Hell followed with us |
| 188 | Burch, Christian | Hit the road, Manny |
| 189 | Parish, Theo | Homebody |
| 190 | La Sala, Ryan | Honeys |
| 191 | Hirst, Jo Bardoff, Naomi | House for everyone : a story to help children learn about gender identity and gender expression |
| 192 | Kendi, Ibram X | How to be a (young) antiracist & HOW TO BE AN ANTIRACIST |
| 193 | Getty, Stuart Thyng, Brooke | How to they/them : a visual guide to nonbinary pronouns and the world of gender fluidity |
| 194 | Beam, Cris | I am J |
| 195 | Herthel, Jessica Jennings, Jazz McNicholas, Shelagh | I am Jazz! |
| 196 | Bacon, Jennifer Nicole Moreno, Leticia | I am an antiracist superhero! |
| 197 | Thom, Kai Cheng | I hope we choose love : a trans girl's notes from the end of the world |
| 198 | Murphy, Mannie | I never promised you a rose garden |
| 199 | Oseman, Alice | I was born for this |
| 200 | Deaver, Mason | I wish you all the best |
| 201 | Ogden, Charlie | Identity & gender |
| 202 | Maison, Corey | Identity : a story of transitioning |
| 203 | Schmermund, Elizabeth | Identity politics |
| 204 | Bulla, Michael Gray | If I can give you that |
| 205 | Russo, Meredith | If I was your girl |
| 206 | Grimm, Gavin Lukoff, Kyle Yang, J | If you're a kid like Gavin |
| 207 | Brown, Austin Channing | I'm still here : Black dignity in a world made for whiteness |
| 208 | Lombardo, Jennifer | Inside the LGBTQ+ movement |
| 209 | Johnson, Chelsea Council, LaToya Choi, Carolyn Seil Smith, Ashley | Intersection allies : we make room for all |
| 210 | Eboch, M. M | Intersectionality and identity politics |
| 211 | Walton, Jessica MacPherson, Dougal | Introducing Teddy : a gentle story about gender and friendship |
| 212 | Smith, Mychal Denzel | Invisible man, got the whole world watching : a young black man's education |
| 213 | Pinsky, Drew Pinsky, Paulina | It doesn't have to be awkward : dealing with relationships, consent, and other hard-to-talk-about stuff |
| 214 | Thorn, Theresa Grigni, Noah | It feels good to be yourself : a book about gender identity |
| 215 | Savage, Dan Miller, Terry | It gets better : coming out, overcoming bullying, and creating a life worth living |
| 216 | Harris, Robie H Emberley, Michael | It's perfectly normal : changing bodies, growing up, sex, gender, and sexual health |
| 217 | Harris, Robie H Emberley, Michael | It's so amazing! : a book about eggs, sperm, birth, babies, gender, and families |

**PRIVILEGED & CONFIDENTIAL**
**FILED EX PARTE FOR IN CAMERA REVIEW**

| # | Authors | Title |
|---|---|---|
| 218 | Silverman, Erica<br>Hatam, Holly | Jack (not Jackie) |
| 219 | Hoffman, Sarah<br>Hoffman, Ian<br>Case, Chris | Jacob's new dress |
| 220 | Hoffman, Sarah<br>Hoffman, Ian<br>Case, Chris | Jacob's room to choose |
| 221 | Patel, Sonia | Jaya and Rasa |
| 222 | Rodger, Ellen | Jazz Jennings : voice for LGBTQ youth |
| 223 | Clark, Kristin Elizabeth | Jess, Chunk, and the road trip to infinity |
| 224 | Love, Jessica | Julián at the wedding |
| 225 | Love, Jessica | Julián is a mermaid |
| 226 | Hyde, Catherine Ryan | Jumpstart the world |
| 227 | Santana, Sol | Just Ash |
| 228 | Sass, A. J | Just shy of ordinary |
| 229 | McLemore, Anna-Marie | Lakelore |
| 230 | Mapua, Jeff | Lana Wachowski |
| 231 | Sánchez Vegara, Ma Isabel<br>Coles, Olivia Daisy | Laverne Cox |
| 232 | Staley, Erin | Laverne Cox |
| 233 | Stevenson, Noelle<br>Watters, Shannon<br>Ellis, Grace<br>Nowak, Carolyn<br>Williams, Brittney<br>Fleck, Aimee | Leñadoras. Un plan terrible |
| 234 | Moen, Erika<br>Nolan, Matthew | Let's talk about it : the teen's guide to sex, relationships, and being a human |
| 235 | Feldman, Heidi Carolyn | LGBT discrimination |
| 236 | Newton, David E | LGBT youth issues today : a reference handbook |
| 237 | Madrone, Kelly | LGBTQ : the survival guide for lesbian, gay, bisexual, transgender, and questioning teens |
| 238 | Harris, Duchess<br>Marciniak, Kristin | LGBTQ discrimination in America |
| 239 | Apelqvist, Eva | LGBTQ families : the ultimate teen guide |
| 240 | Morlock, Theresa | LGBTQ human rights movement |
| 241 | Henneberg, Susan | LGBTQ rights |
| 242 | Harris, Duchess<br>Lundin, Martha | LGBTQ rights and the law |
| 243 | Harris, Duchess<br>Wheeler, Jill C | LGBTQ service in the armed forces |
| 244 | Cronn-Mills, Kirstin | LGBTQ+ athletes claim the field : striving for equality |
| 245 | | LGBTQ+ history book. |
| 246 | Keehnen, Owen<br>Csicsko, David Lee | LGBTQ+ icons : a celebration of historical LGBTQ+ icons in the arts |
| 247 | Loh-Hagan, Virginia | LGBTQ+ rights |
| 248 | Aoki, Ryka | Light from uncommon stars |
| 249 | Gephart, Donna | Lily and Dunkin |
| 250 | Huntoon, Caroline | Linus and Etta could use a win |
| 251 | Kehoe, Rachel | Living with gender dysphoria |
| 252 | Schmatz, Pat | Lizard radio |
| 253 | Devine, Eric | Look past |
| 254 | Glass, Kelly | Looking at privilege and power |
| 255 | Harrison, Rory | Looking for group |
| 256 | Ford, Michael Thomas | Love & other curses |
| 257 | Bach, Mette | Love is love |
| 258 | Konayama, KataTamosaitis, AmberHawksm | Love me for who I am. 02 |
| 259 | Hicks, Faith ErinWatters, ShannonValero-O' | Lumberjanes : bonus tracks |
| 260 | Stevenson, Noelle<br>Ellis, Grace<br>Allen, Brooklyn<br>Watters, Shannon | Lumberjanes. 1, Beware the kitten holy |
| 261 | Stevenson, NoelleEllis, GraceAllen, Brookly | Lumberjanes. 2, Friendship to the max |
| 262 | Stevenson, Noelle<br>Watters, Shannon<br>Ellis, Grace<br>Nowak, Carolyn<br>Williams, Brittney<br>Fleck, Aimee | Lumberjanes. 3, A terrible plan |
| 263 | Stevenson, NoelleWatters, ShannonEllis, Gra | Lumberjanes. 4, Out of time |
| 264 | Stevenson, NoelleWatters, ShannonLeyh, Ka | Lumberjanes. 5, Band together |

**PRIVILEGED & CONFIDENTIAL**
**FILED EX PARTE FOR IN CAMERA REVIEW**

| | | |
|---|---|---|
| 265 | Watters, ShannonLeyh, KatPietsch, CareyEll | Lumberjanes. 6, Sink or swim |
| 266 | Watters, ShannonLeyh, KatPietsch, CareySo | Lumberjanes. Volume 7, A bird's-eye view |
| 267 | Watters, Shannon<br>Leyh, Kat<br>Pietsch, Carey | Lumberjanes. Volume 8, Stone cold |
| 268 | Watters, ShannonLeyh, KatNowak, Carolyn | Lumberjanes. Volume nine, On a roll |
| 269 | Wibowo, JessicaWibowo, Jacinta | Lunar boy |
| 270 | | Magical boy : a graphic novel. Volume 1 |
| 271 | | Magical boy : a graphic novel. Volume 2 |
| 272 | Harris, DuchessDeal, Heidi | Male privilege |
| 273 | McCarthy, Cory<br>Retener, Joëlle | Man o' war |
| 274 | Wiley, DeAnn | Marley's Pride |
| 275 | Ellor, ZR | May the best man win |
| 276 | Saad, Layla F | Me and white supremacy |
| 277 | Armentrout, Jennifer L | Meet cute |
| 278 | Lee, Emery | Meet Cute Diary |
| 279 | Gow, Robin | Million quiet revolutions |
| 280 | Imani, Blair | Modern HERstory : stories of women and nonbinary people rewriting history |
| 281 | Johnson, Vicki<br>Reid, Gillian | Molly's tuxedo |
| 282 | Xu, Wendy | Mooncakes |
| 283 | Silvera, Adam | More happy than not |
| 284 | Baldacchino, Christine<br>Malenfant, Isabelle | Morris Micklewhite and the tangerine dress |
| 285 | Novoa, Gabe Cole<br>Austen, Jane | Most ardently : a Pride & Prejudice remix |
| 286 | Labelle, Sophie | My dad thinks I'm a boy?! : a trans positive children's book |
| 287 | Pitman, Gayle E<br>Tobacco, Violet | My Maddy |
| 288 | Estrela, Joana<br>Hulme, Jay | My own way |
| 289 | Kilodavis, Cheryl<br>DeSimone, Suzanne | My princess boy |
| 290 | Neal, DeShanna<br>Neal, Trinity<br>Twink, Art | My rainbow |
| 291 | Stuart, Scott | My shadow is pink |
| 292 | Karlsson, Adria<br>Curci, Linus | My sister, Daisy |
| 293 | Osman, Jamila | Navigating intersectionality : how race, class, and gender overlap |
| 294 | Oseman, Alice | Nick and Charlie : a Heartstopper novella |
| 295 | Hughes, Susan<br>Dawson, Willow | No girls allowed : tales of daring women dressed as men for love, freedom and adventure |
| 296 | McAdam, Tash | No one left but you |
| 297 | Gregorio, I. W | None of the above |
| 298 | Wild, A. M<br>Yangni, Kah | Not he or she, I'm me |
| 299 | Higginbotham, Anastasia | Not my idea : a book about whiteness |
| 300 | Hagger-Holt, Sarah | Nothing ever happens here |
| 301 | Bailar, Schuyler | Obie is man enough |
| 302 | Deaver, Mason | Okay, Cupid |
| 303 | Radclyffe<br>Lynch, Katie | OMG queer : short stories by queer youth |
| 304 | Hashimi, Nadia | One half from the east |
| 305 | Woolf, Virginia | Orlando : a biography |
| 306 | Hennessey, M. G<br>Monster, Sfé R | other boy |
| 307 | Compton, D'Lane RMeadow, TeySchilt, Kris | Other, please specify : queer methods in sociology |
| 308 | Lukens, F. T | Otherworldly |
| 309 | McKenna, Miles | Out! : how to be your authentic self |
| 310 | Page, Elliot | Pageboy : a memoir |
| 311 | Wittlinger, Ellen | Parrotfish |
| 312 | Jaryn, Blue<br>Cornejo, Xochitl | Payden's pronoun party |
| 313 | Van Ness, Jonathan<br>Reid, Gillian | Peanut goes for the gold |
| 314 | Clemensha, Chase | People of pride : 25 great LGBTQ Americans |
| 315 | Emezi, Akwaeke | Pet |

**PRIVILEGED & CONFIDENTIAL**
**FILED EX PARTE FOR IN CAMERA REVIEW**

| | | |
|---|---|---|
| 316 | Wilson-Trudeau, Marty<br>Wilson, Phoenix<br>Kyak-Monteith, Megan | Phoenix gets greater |
| 317 | Finch, Michelle<br>Finch, Phoenix<br>Davey, Sharon | Phoenix goes to school : a story to support transgender and gender diverse children |
| 318 | Gravel, Elise<br>Blais, Mykaell | Pink, blue, and you! : questions for kids about gender and stereotypes |
| 319 | Caldwell, S. A<br>Season of Victory | Pride : an inspirational history of the LGBTQ+ movement |
| 320 | Stevenson, Robin | Pride : celebrating diversity & community |
| 321 | Wiener, Gary | Privilege in America |
| 322 | Loveless, Gina<br>Johnston, Lauri | Puberty is gross but also really awesome |
| 323 | Belge, Kathy<br>Bieschke, Marke | Queer : the ultimate LGBT guide for teens |
| 324 | Criswell, Shelby | Queer as all get out : 10 people who've inspired me |
| 325 | Sicardi, Arabelle<br>Tanat-Jones, Sarah | Queer heroes |
| 326 | Prager, Sarah<br>O'Ferrall, Zoë More | Queer, there, and everywhere : 23 people who changed the world |
| 327 | Finke, Leigh<br>Knapp, Jennifer | Queerfully and wonderfully made : a guide for LGBTQ+ Christian teens |
| 328 | G, Mady<br>Zuckerberg, J. R | Quick & easy guide to queer & trans identities |
| 329 | Watts, Julia | Quiver : a novel |
| 330 | LaPensée, Elizabeth<br>Oster, KC | Rabbit chase |
| 331 | Bunker, Lisa<br>Flint, Gillian | Rachel Levine |
| 332 | Diggs, Barbara | Racial bias : is change possible? |
| 333 | Parks, Peggy J | Racial discrimination |
| 334 | Nichols, Hedreich<br>Erickson, Leigh Ann<br>Wing, Kelisa | Racial justice in America : topics for change |
| 335 | Behnke, Alison | Racial profiling : everyday inequality |
| 336 | Green, Meghan | Racism in America : a long history of hate |
| 337 | Bonilla-Silva, Eduardo | Racism without racists : color-blind racism and the persistence of racial inequality in America |
| 338 | Prager, Sarah<br>Papworth, Sarah | Rainbow revolutionaries : 50 LGBTQ+ people who made history |
| 339 | Smid, Emmi | Rainbow village |
| 340 | Atwood, Megan | Raise the stakes |
| 341 | Angello, Michele<br>Bowman, Alisa | Raising the transgender child : a complete guide for parents, families & caregivers |
| 342 | Allen, Samantha | Real queer America : LGBT stories from red states |
| 343 | Hill, Katie Rain<br>Schrag, Ariel | Rethinking normal : a memoir in transition |
| 344 | Gino, Alex | Rick |
| 345 | Albee, Jay | Riley Reynolds crushes costume day |
| 346 | Fleming, Crystal Marie | Rise up! : how you can join the fight against white supremacy |
| 347 | Sanchez Vegara, Ma Isabel<br>Holmes, Wednesday | RuPaul |
| 348 | Levithan, David | Ryan and Avery |
| 349 | Sadowski, Michael | Safe is not enough : better schools for LGBTQ students |
| 350 | Borinsky, Agnes | Sasha Masha |
| 351 | Yoshino, Kenji Glasgow, David | Say the right thing : how to talk about identity, diversity, and justice |
| 352 | Gottlieb, Iris | Seeing gender : an illustrated guide to identity and expression |
| 353 | McLemore, Anna-Marie<br>Fitzgerald, F. Scott | Self-made boys : a Great Gatsby remix |
| 354 | Silverberg, Cory<br>Smyth, Fiona | Sex is a funny word : a book about bodies, feelings, and you |
| 355 | Poole, Hilary W | Sexuality and gender identity |
| 356 | Ryle, Robyn | She he they me : for the sisters, misters, and binary resisters |
| 357 | Stanborough, Rebecca | She/he/they/them : understanding gender identity |
| 358 | Savage, Sarah<br>Garcin, Joules | She's my dad! : a story for children who have a transgender parent or relative |
| 359 | Thompson, Tamara | Should parents be allowed to choose the sex of their children? |
| 360 | McAdam, Tash | Sink or swim |
| 361 | Symes-Smith, Esme | Sir Callie and the champions of Helston |
| 362 | Symes-Smith, Esme | Sir Callie and the dragon's roost |
| 363 | Tobia, Jacob | Sissy : a coming-of-gender story |

**PRIVILEGED & CONFIDENTIAL**
**FILED EX PARTE FOR IN CAMERA REVIEW**

| | | |
|---|---|---|
| 364 | Baker, Leo | Skate for your life |
| 365 | Huntoon, Caroline | Skating on Mars |
| 366 | Seba, Jaime | Smashing the stereotypes : what does it mean to be gay, lesbian, bisexual, or transgender? |
| 367 | Leyh, Kat | Snapdragon |
| 368 | Oluo, Ijeoma | So you want to talk about race |
| 369 | Andrews, Arin  Lyon, Joshua | Some assembly required : the not-so-secret life of a transgender teen |
| 370 | James, Rory | Some girls bind |
| 371 | Smith, Amber | Something like gravity |
| 372 | Daniels, April | Sovereign |
| 373 | Newman, Lesléa  Mola, Maria | Sparkle boy |
| 374 | Smith, Rachelle Lee | Speaking out : queer youth in focus |
| 375 | Polonsky, Ami | Spin with me |
| 376 | Gillman, Melanie | Stage dreams |
| 377 | Cherry-Paul, Sonja  Kendi, Ibram X  Reynolds, Jason  Baker, Rachelle | Stamped (for kids) : racism, antiracism, and you |
| 378 | Reynolds, Jason  Kendi, Ibram X | Stamped : racism, antiracism, and you |
| 379 | Gill, Joel Christian  Kendi, Ibram X | Stamped from the beginning : a graphic history of racist ideas in America |
| 380 | Kendi, Ibram X | Stamped from the beginning : the definitive history of racist ideas in America |
| 381 | Abdel-Magied, YassminNandhra, Aleesha | Stand up and speak out against racism |
| 382 | Walton, JessicaAska | Stars in their eyes |
| 383 | McSmith, Tobly | Stay gold |
| 384 | Dill, Khodi  starr, stylo | Stay up : racism, resistance, and reclaiming Black freedom |
| 385 | Bausum, Ann | Stonewall : breaking out in the fight for gay rights |
| 386 | Bongiovanni, Archie  Andrews, A | Stonewall Riots : making a stand for LGBTQ rights |
| 387 | Kaye, Julia | Super late bloomer : my early days in transition : an up and out collection |
| 388 | Ellison, Joy Michael  Silver, Teshika | Sylvia and Marsha start a revolution! : the story of the trans women of color who made LGBTQ+ history |
| 389 | Garvin, Jeff | Symptoms of being human |
| 390 | Winans, Justine Pucella | The Otherwoods |
| 391 | Johnston, E. K | That inevitable Victorian thing |
| 392 | Sanchez, Jasper | The (un)popular vote |
| 393 | Slater, Dashka | The 57 Bus |
| 394 | Bryant-Davis, Thema  Arrington, Edith | The antiracism handbook : practical tools to shift your mindset and uproot racism in your life & community |
| 395 | Jewell, Tiffany  Miles, Nicole | The antiracist kid : a book about identity, justice, and activism |
| 396 | Hohn, Nadia L  Nozari, Roza | The antiracist kitchen : 21 stories (and recipes) |
| 397 | WilliaMiddle Schoolon, Lisa | The art of being normal |
| 398 | Van Otterloo, Ash | The beautiful something else |
| 399 | Thompson, Lin | The best liars in Riverview |
| 400 | Taylor, Sonya Renee | The book of radical answers : real questions from real kids just like you |
| 401 | Smith, Niki | The deep & dark blue |
| 402 | Ostertag, Molly Knox | The deep dark |
| 403 | Taibbi, MattCrabapple, Molly | The divide : American injustice in the age of the wealth gap |
| 404 | Whitley, Jeremy  Indigo, Bre | The dog knight |
| 405 | Simon, Rachel E  Grigni, Noah | The every body book : LGBTQ+ inclusive guide for kids about sex, gender, bodies, and families |
| 406 | Edgmon, H. E | The fae keeper |
| 407 | Deaver, Mason | The feeling of falling in love |
| 408 | Carroll, Georgie  McCann, Hannah | The feminism book |
| 409 | Levithan, David  Merrell, Billy | The full spectrum : a new generation of writing about gay, lesbian, bisexual, transgender, questioning, and other identities |
| 410 | Braun, Eric | The gay rights movement |
| 411 | Wind, Lee | The gender binary is a big lie : infinite identities around world |
| 412 | Testa, Rylan Jay  Coolhart, Deborah  Peta, Jayme | The gender quest workbook : a guide for teens & young adults exploring gender identity |
| 413 | Sanchez, Alex | The greatest superpower |
| 414 | Stanley, Stan | The hazards of love. Book 1, Bright world |
| 415 | Capetta, A. R | The heartbreak bakery |

**PRIVILEGED & CONFIDENTIAL**
**FILED EX PARTE FOR IN CAMERA REVIEW**

| 416 | Oseman, Alice | The heartstopper yearbook |
|---|---|---|
| 417 | Thompson, Lin | The house that whispers |
| 418 | Moon, Sarah Lecesne, James | The letter Q : queer writers' notes to their younger selves |
| 419 | Murray, Douglas | The madness of crowds : gender, race and identity |
| 420 | MacGregor, Maya | The many half-lived lives of Sam Sylvester |
| 421 | Alexander, Michelle | The new Jim Crow : mass incarceration in the age of colorblindness |
| 422 | Eli, Adam | The new queer conscience |
| 423 | England, Remi K | The one true me and you : a novel |
| 424 | Medina | The one who loves you the most |
| 425 | Kiely, Brendan | The other talk : reckoning with our white privilege |
| 426 | Clarke, Cat | The pants project |
| 427 | Fitzsimons, Isaac | The passing playbook |
| 428 | Langford, Jo | The pride guide : a guide to sexual and social health for LGBTQ youth |
| 429 | Wang, Jen | The prince and dressmaker |
| 430 | Walls, Dale | The queer girl is going to be okay |
| 431 | Bean, Lexie Grigni, Noah | The ship we built |
| 432 | Thorpe, Christopher Yuill, Chris Hobbs, Mitchell Todd, Megan Tomley, Sarah Weeks, Marcus | The sociology book |
| 433 | White, Andrew Joseph | The spirit bares its teeth |
| 434 | Pochlmann, Tristan | The Stonewall riots : the fight for LGBT rights |
| 435 | McGhee, Heather C | The sum of us : how racism hurts everyone : adapted for young readers |
| 436 | Thomas, Aiden | The sunbearer trials |
| 437 | Bell, Darrin | The talk |
| 438 | Hudson, Wade Hudson, Cheryl Willis | The talk : conversations about race, love & truth |
| 439 | Grove, Emma | The third person |
| 440 | Brill, Stephanie A Pepper, Rachel | The transgender child |
| 441 | Brill, Stephanie A Kenney, Lisa | The transgender teen : a handbook for parents and professionals supporting transgender and non-binary teens |
| 442 | Cole, Olivia A | The truth about white lies |
| 443 | Novoa, Gabe Cole | The wicked bargain |
| 444 | Edgmon, H. E | The witch king |
| 445 | Bennett, Michael Zirin, Dave | Things that make white people uncomfortable |
| 446 | Jewell, Tiffany Durand, Aure?lia | This book is anti-racist |
| 447 | Dawson, Juno Gerrell, Spike | This book is gay |
| 448 | Underhill, Edward | This day changes everything : a novel |
| 449 | Pitman, Gayle E Litten, Kristyna | This day in June |
| 450 | Frankel, Laurie | This is how it always is |
| 451 | Locke, Katherine Melleby, Nicole | This is our rainbow : 16 stories of her, him, them, and us |
| 452 | Oseman, Alice | This winter : a Heartstopper novella |
| 453 | Lee, Yoon Ha | Tiger honor |
| 454 | Prince, Liz | Tomboy |
| 455 | McBride, Sarah | Tomorrow will be different : love, loss, and the fight for trans equality |
| 456 | Lukoff, Kyle | Too bright to see |
| 457 | Bertie, Alex | Trans mission : my quest to a beard |
| 458 | Owl Fisher, Fox | Trans teen survival guide |
| 459 | Gonzales, Kathryn Rayne, Karen | Trans+ : love, sex, romance, and being you |
| 460 | Teich, Nicholas M | Transgender 101 : a simple guide to a complex issue |
| 461 | | Transgender activists and celebrities |
| 462 | Cronn-Mills, Kirstin | Transgender lives : complex stories, complex voice |
| 463 | | Transgender rights : striving for equality |
| 464 | Penne, Barbra | Transgender role models and pioneers |
| 465 | Davis, G. Haron | Transmogrify! : 14 fantastical tales of trans magic |
| 466 | Beam, Cris | Transparent : love, family, and living the T with transgender teenagers |
| 467 | Skelton, J. Wallace Johnson, Nick | Transphobia : deal with it and be a gender transcender |
| 468 | Agna, Gwen Rotner, Shelley | True you : a gender journey |

**PRIVILEGED & CONFIDENTIAL**
**FILED EX PARTE FOR IN CAMERA REVIEW**

| | | |
|---|---|---|
| 469 | McClintick, Joanna<br>Medina, Juana | Twas the night before Pride |
| 470 | Key, Janet | Twelfth |
| 471 | Acho, Emmanuel | Uncomfortable conversations with a black boy |
| 472 | Acho, Emmanuel | Uncomfortable conversations with a black man |
| 473 | Villarosa, Linda | Under the skin : the hidden toll of racism on American lives and on the health of our nation |
| 474 | Dawson, Juno | Understanding gender |
| 475 | Gagne, Tammy | Understanding gender dysphoria |
| 476 | Nardo, Don | Understanding gender identity |
| 477 | Easter, Robin | Upstaged |
| 478 | McLemore, Anna-Marie<br>McLemore, Elliott | Venom & vow |
| 479 | Anders, Charlie Jane | Victories greater than death |
| 480 | Shimura, Takako<br>Thorn, Matt | Wandering Son. Volume five |
| 481 | Shimura, Takako<br>Thorn, Matt | Wandering son. Volume four |
| 482 | Shimura, Takako<br>Thorn, Rachel | Wandering son. Volume one |
| 483 | Shimura, Takako<br>Thorn, Matt | Wandering Son. Volume seven |
| 484 | Shimura, Takako<br>Thorn, Matt | Wandering Son. Volume six |
| 485 | Shimura, Takako<br>Thorn, Rachel | Wandering son. Volume two |
| 486 | Wang, Jen | Wangjawa deuleseumeikeo |
| 487 | Hernandez, Jasmin<br>Swizz Beatz<br>Leerasanthanah, Sunny | We are here : visionaries of color transforming the art world |
| 488 | Anderson, CarolBolden, TonyaStone, Nic | We are not yet equal : understanding our racial divide |
| 489 | Coates, Ta-Nehisi | We were eight years in power : an American tragedy |
| 490 | Hancox, Lewis | Welcome to St. Hell |
| 491 | Robinson, Lisa<br>Berke, Lauren Simkin | Were I not a girl : the inspiring and true story of Dr. James Barry |
| 492 | Locke, Katherine<br>Passchier, Anne | What are your words? : a book about pronouns |
| 493 | Henry, Jessica S<br>Wing, Kelisa | What does it mean to defund the police? |
| 494 | Nichols, Hendreich<br>Wing, Kelisa | What is anti-racism? |
| 495 | Wilson, Lakita<br>Copeland, Gregory | What is Black Lives Matter? |
| 496 | Nichols, HedreichWing, Kelisa | What is the Black Lives Matter movement? |
| 497 | Erickson, Leigh Ann<br>Wing, Kelisa | What is white privilege? |
| 498 | Liang, Bridget | What makes you beautiful |
| 499 | Arnold, Elana K<br>Davick, Linda | What Riley wore |
| 500 | Medina, Nico<br>Murray, Jake | What was Stonewall? |
| 501 | Zaleman, Daniella<br>Ickow, Sara | What we see : women & nonbinary perspectives through the lens |
| 502 | Murguia, Bethanie Deeney | What's your name? |
| 503 | Kawa, Katie | What's gender identity? |
| 504 | Baron, Dennis E | What's your pronoun? : beyond he & she |
| 505 | Lukoff, Kyle<br>Juanita, Kaylani | When Aidan became a brother |
| 506 | McLemore, Anna-Marie | When the moon was ours |
| 507 | Bandele, AshaKnauer, BeneeDavis, Angela Y | When they call you a terrorist : a story of Black Lives Matter and the power to change the world Both versions adult and YA |
| 508 | Allred, Alexandra Powe | When women stood : the untold history of females who changed sports and the world |
| 509 | DiAngelo, Robin J | White fragility : why it's so hard for white people to talk about racism |
| 510 | Blakemore, M. T | White privilege |
| 511 | Ryde, Judy | White privilege unmasked : how to be part of the solution |
| 512 | Anderson, Carol | White rage : the unspoken truth of our racial divide |
| 513 | Pessin-Whedbee, Brook<br>Bardoff, Naomi | Who are you? : the kid's guide to gender identity |
| 514 | Eddo-Lodge, Reni | Why I'm no longer talking to white people about race |
| 515 | | With honor and integrity : transgender troops in their own words |
| 516 | Branfman, Jonathan<br>Benbassat, Julie | You be you! : the kid's guide to gender, sexuality, and family |
| 517 | Mirk, Sarah | You do you : figuring out your body, dating, and sexuality |

**PRIVILEGED & CONFIDENTIAL**
**FILED EX PARTE FOR IN CAMERA REVIEW**

| # | Author | Title |
|---|---|---|
| 518 | Holmes, Melisa / Hutchison, Trish / Lowe, Kathryn | You-ology : a puberty guide for every body |
| 519 | Penne, Barbra / Renehan, Patrick | Your rights as an LGBTQ+ teen |
| 520 | Bunker, Lisa | Zenobia July |
| 521 | Niver, Heather Moore | Zoom in on equality |
| 522 | Sanchez, Jasper | The (un)popular vote |
| 523 | Ryle, Robyn | Throw like a girl, cheer like a boy : the evolution of gender, identity, and race in sports |
| 524 | Arreola, Veronica | J is for justice! |
| 525 | Browne, Mahogany L / Taylor, Theodore / Acevedo, Elizabeth / Gatwood, Olivia | Woke : a young poet's call to justice |
| 526 | Tatum, Beverly Daniel | Why are all the Black kids sitting together in the cafeteria? and other conversations about race |
| 527 | Palmer, Bill | What causes sexual orientation? : genetics, biology, psychology |
| 528 | Imani, Blair | Modern HERstory : stories of women and nonbinary people rewriting history |
| 529 | De La Torre, Miguel | Burying white privilege : resurrecting a badass Christianity |
| 530 | Green, Simon Jame | Gay club! |
| 531 | Napoles, Desmond | Be amazing : a history of pride |
| 532 | Kate, Lauren | One true wish |
| 533 | Fatima, El-Mekki | How can I be an ally? |
| 534 | Dyson, Michael | Long time coming : reckoning with race in America |
| 535 | Lee, Youngran | Click. Vol. 6 |
| 536 | Lee, Youngran | Click. Vol. 1 |
| 537 | Lee, Youngran | Click. Vol. 8 |
| 538 | Orr, Tamra | Home and Family Relationships(Teens: Being Gay, Lesbian, Bisexual, or Transgender |
| 539 | Harris, Duchess | LGBTQ social movements in America |
| 540 | Worth, Richard | Life at school and in the community (TEENS : BEING GAY, LESBIAN, BISEXUAL, OR TRANSGE) |
| 541 | Hurt, Avery Elizabeth | Confronting LGBTQ+ discrimination |
| 542 | Tisby, Jemar | How to fight racism : a guide to standing up for racial justice |
| 543 | Loh-hagan, Virgina | Racial justice |
| 544 | Ewing, Chana | An ABC of equality |
| 545 | Laughlin, Kara | The racial justice movement |
| 546 | Rourke, Mooney, Beck | We are Mayhem |
| 547 | Scientific America | The science of identity |
| 548 | Stevenson, Robin | Pride: The celebration and the struggle |
| 549 | Smith, Devlin | The fight for LGBTQ+ rights |
| 550 | Rarus, Pat | The LGBT rights movement |
| 551 | Oseman, Alice | Heartstopper. Volume 5 |
| 552 | Cart, Michael | How beautiful the ordinary : twelve stories of identity |
| 553 | Williams, Alicia | The Talk |
| 554 | Erickson-Schroth, Laura / Jacobs | You're in the wrong bathroom!" : and 20 other myths and misconceptions about transgender and gender- nonconforming people |
| 555 | William, Lauren | 500 AP psychology questions to know by test day |
| 556 | Dwyer, Helen | Abnormal psychology |
| 557 | Weseley, Allyson / McEntarffer, Robert | AP psychology |
| 558 | | AP psychology prep plus, 2020-2021. |
| 559 | Maitland, Laura Lincoln | AP psychology, 2016 |
| 560 | McEntarffer, Robert / Whitlock, Kristin | AP Q&A psychology : 600 questions and answers |
| 561 | Bissinger, Caleb | Are there two Americas? |
| 562 | Weseley, Allyson / McEntarffer, Robert | Barron's AP psychology premium |
| 563 | Harris, Duchess | Black lives matter |
| 564 | Maryellen Lo Bosco | Confronting racism |
| 565 | Hurt, Avery Elizabeth | Coping with hate and intolerance |
| 566 | Fisanick, Christina | Discrimination |
| 567 | Smith, Andrew | Grasshopper jungle : a history |
| 568 | Jaeckel, Jenny | House of Rougeaux |
| 569 | Dutton, Talia | M is for monster |
| 570 | Eboch, M. M | Masculinity in the twenty-first century |
| 571 | Howard, Greg | Middle school's a drag : you better werk! |
| 572 | Suen, Anastasia | Respecting diversity |
| 573 | Crespo, Alex | Saint Juniper's folly |
| 574 | Iloh, Candice | Salt the water |
| 575 | White, Jacquelyn W | Taking sides. Clashing views in gender |

**PRIVILEGED & CONFIDENTIAL**
**FILED EX PARTE FOR IN CAMERA REVIEW**

| | | |
|---|---|---|
| | Guo, Winona<br>Vulchi, Priya | Tell me who you are : sharing our stories of race, culture, and identity |
| 576 | | |
| 577 | Anthony, David | What's diversity? |
| 578 | Gonzalez, Maya Christina | When a bully is president : truth and creativity for oppressive times |
| 579 | Kyi, Tanya Lloyd<br>Shannon, Drew | This is your brain on stereotypes : how science is tackling unconscious bias |
| 580 | Howell, Izzi | Prejudice |
| 581 | Rusch, Elizabeth | You call this democracy? : how to fix our government and deliver power to the people |
| 582 | Edwards, Sue Bradford | Black Lives Matter |
| 583 | Watters, Shannon<br>Leyh, Kat<br>Pietsch, Carey | Lumberjanes. Volume eleven, Time after crime |
| 584 | Watters, Shannon<br>Leyh, Kat<br>Pietsch, Carey | Lumberjanes. Volume ten, Parents' day |
| 585 | Watters, Shannon<br>Leyh, Kat<br>Pietsch, Carey | Lumberjanes. Volume twelve, Jackalope springs eternal |
| 586 | M.E. Corey | Out of blue comes green |
| 587 | Feinberg, Annah | The Kilroys list : 67 monologues and scenes by women and nonbinary playwrights |
| 588 | Marcovitz, Hal | Teens & LGBT issues |
| 589 | Mukwa, Cameron | The ribbon skirt : a graphic novel |
| 590 | Celano, Marianne | Something happened in our town : a child's story about racial injustice |
| 591 | Payment, Simone | Friendship, dating, and relationships |
| 592 | Sanna, Emily | Gay believers : homosexuality and religion |
| 593 | Palmer, Bill | Homophobia : from social stigma to hate crimes |
| 594 | Nagle, Jeanne | GLBT teens and society |
| 595 | Juno Dawson | What's the T? |
| 596 | De Dios, Ruz, Olga | If you're a drag queen and you know it |