IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| E.K. and S.K., minors, by and through their parent and next friend Lindsey Keeley, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> Department of Defense Education Activity, *et al.*, <br><br> *Defendants*. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:25-cv-00637 <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

This matter is before the Court on Defendants' Motion to Dismiss, filed June 27, 2025. Dkt. 48. The parties noticed the hearing on the motion for July 24, 2025 at 10:00 a.m. On July 16, 2025, Plaintiffs filed an Opposition. Dkt. 55. The issues in the Motion to Dismiss substantially overlap with the issues before this Court in Plaintiffs' Motion for Preliminary Injunction. Dkt. 9. In the interest of judicial efficiency, the Court has determined that it will resolve the Motion on the papers without oral argument. *See* Fed. R. Civ. P. 78(b); E.D. Va. Loc. Civ. R. 7(J). Accordingly, it is hereby

**ORDERED** that the hearing for July 24, 2025 is **TERMINATED**.

Entered this 17th day of July, 2025.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge