IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | |
|---|---|
| E.K. and S.K., *minors, by and through their parent and next friend Lindsey Keeley, et al.*, ) ) ) | |
| *Plaintiffs*, ) ) | |
| v. ) ) | Civil Action No. 1:25-cv-637 (PTG/IDD) |
| DEPARTMENT OF DEFENSE EDUCATION ACTIVITY, *et al.*, ) ) ) ) ) | |
| *Defendants*. ) | |

**ORDER**

This matter comes before the Court on Plaintiffs E.K. and S.K., *et al.*'s, Motion for Preliminary Injunction. Dkt. 9. In this suit, twelve students of military families (collectively, "Plaintiffs") at five Department of Defense Education Activity ("DoDEA") schools bring First Amendment claims against Defendants DoDEA, Director of DoDEA Dr. Beth Schiavano-Narvaez, and Secretary of Defense Peter Brian Hegseth (collectively, "Defendants"). Dkt. 1 ("Compl.") ¶¶ 4, 10-15, 17-18. For the reasons set forth in an accompanying memorandum opinion, it is hereby

**ORDERED** that Plaintiffs' Motion for Preliminary Injunction (Dkt. 9) is **GRANTED in part** and **DENIED in part**; it is further

**ORDERED** that the injunction applies to Plaintiffs' five DoDEA schools: Crossroads Elementary School, Barsanti Elementary School, Aviano Middle-High School, Stollars Elementary School, and Egdren Middle High School; it is further

**ORDERED** that Defendants DoDEA, Dr. Beth Schiavano-Narvaez, and Secretary of Defense Peter Brian Hegseth, along with their agents, are enjoined from further removals of

educational books and curricular content in implementation of Executive Order Nos. 14168, 14185, and 14190 and any related memoranda, directives, and guidance at Plaintiffs' DoDEA schools; and it is further

**ORDERED** that Defendants and their agents immediately restore the library books and curricular materials that have been removed since January 19, 2025 in implementation of the EOs to their preexisting shelves, classrooms, and units at Plaintiffs' five schools.

Entered this 20th day of October, 2025.
Alexandria, Virginia

Patricia Tolliver Giles
United States District Judge