**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| E.K. and S.K., minors, by and through their parent and next friend, LINDSEY KEELEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF DEFENSE EDUCATION ACTIVITY, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-637 (PTG/IDD) |

## NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3, notice is hereby given that Defendants in the above-captioned case appeals to the United States Court of Appeals for the Fourth Circuit from the Order entered on October 20, 2025 by the Honorable Patricia T. Giles, granting Plaintiffs' motion for a preliminary injunction and entering a preliminary injunction against Defendants. *See* Dkt. Nos. 58-59. The Order dated October 20, 2025 is an appealable interlocutory decision of a district court under 28 U.S.C. § 1292(a)(1).

//

//

//

1

Dated: December 18, 2025

Respectfully submitted,

LINDSEY HALLIGAN
United States Attorney and Special Attorney

TODD W. BLANCHE
Deputy Attorney General

ROBERT K. MCBRIDE
First Assistant United States Attorney

By:         /s/
MEGHAN E. LOFTUS
MATTHEW J. MEZGER
Assistant United States Attorneys
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3757/3741
Fax: (703) 299-3983
Email: meghan.loftus@usdoj.gov
      matthew.mezger@usdoj.gov
*Counsel for Defendants*