**APPEAL TRANSMITTAL SHEET (non-death penalty)**

| **Transmittal to 4CCA of notice of appeal filed:** 12/18/25 | **District:** Eastern District of Virginia | **District Case No.:** 1:25cv637 |
|---|---|---|
| ✓ First NOA in Case | **Division:** Alexandria | **4CCA No(s). for any prior NOA:** |
| ___ Subsequent NOA-same party | | |
| ___ Subsequent NOA-new party | **Caption:** | **4CCA Case Manager:** |
| ___ Subsequent NOA-cross appeal | E.K., et al | |
| ___ Paper ROA   ___ Paper Supp. | vs | |
| Vols: _____ | Department of Defense Education Activity, et al | |
| Other: | | |

**Exceptional Circumstances:** ___ Bail  ___ Interlocutory  ___ Recalcitrant Witness  ___ Other _____

**Confinement**-Criminal Case:
___ Death row-use DP Transmittal
___ Recalcitrant witness
___ In custody
___ On bond
___ On probation

**Defendant Address**-Criminal Case:

**Fee Status:**
✓ No fee required (USA appeal)   ___ Appeal fees paid in full   ___ Fee not paid

**Criminal Cases:**
___ District court granted & did not revoke CJA status (continues on appeal)
___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)
___ District court never granted CJA status (must pay fee or apply to 4CCA)

**Civil, Habeas & 2255 Cases:**
___ Court granted & did not revoke IFP status (continues on appeal)
___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)
___ Court never granted IFP status (must pay fee or apply to 4CCA)

**District Judge:** P. Giles

**PLRA Cases:**
___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)
___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)

**Court Reporter** (list all): S. Wallace

**Sealed Status** (check all that apply):
___ Portions of record under seal
___ Entire record under seal
___ Party names under seal
___ Docket under seal

**Coordinator:** Judith Lanham

**Record Status for Pro Se Appeals** (check any applicable):
___ Assembled electronic record available upon request
___ Additional sealed record available upon request
___ Paper record or supplement available upon request
___ No in-court hearings held
___ In-court hearings held – all transcript on file
___ In-court hearings held – all transcript not on file
___ Other:

**Record Status for Counseled Appeals** (check any applicable):
✓ Assembled electronic record available upon request
___ Additional sealed record available upon request
___ Paper record or supplement available upon request
___ No in-court hearings held
✓ In-court hearings held – all transcript on file
___ In-court hearings held – all transcript not on file
___ Other:

**Deputy Clerk:** D. Van Metre   **Phone:** 703-299-2101   **Date:** 12/18/25

10/2022