FILED:  January 2, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2497 (L)
(1:25-cv-00637-PTG-IDD)

_____

E.K., by and through parent and next friend Lindsey Keeley; S.K., by and through parent and next friend Lindsey Keeley; O.H., by and through parent and next friend Jessica Henninger; S.H., by and through parent and next friend Jessica Henninger; H.H., by and through parent and next friend Jessica Henninger; E.G., by and through parent and next friend Megan Jebeles; E.Y., by and through parent and next friend Anna Young; C.Y., by and through parent and next friend Anna Young; L.K., by and through parent and next friend Anna Kenkel; L.K., by and through parent and next friend Anna Kenkel; L.K., by and through parent and next friend Anna Kenkel; M.T., by and through parent and next friend Natalie Tolley

         Plaintiffs - Appellees

v.

DEPARTMENT OF DEFENSE EDUCATION ACTIVITY; DR. BETH SCHIAVINO-NARVAEZ, in her official capacity as Director of the Department of Defense Education Activity; PETER BRIAN HEGSETH, in his official capacity as Secretary of Defense

         Defendants - Appellants

_____

No. 26-1002
(1:25-cv-00637-PTG-IDD)

_____

E.K., by and through parent and next friend Lindsey Keeley; S.K., by and through parent and next friend Lindsey Keeley; O.H., by and through parent and next friend Jessica Henninger; S.H., by and through parent and next friend Jessica

Henninger; H.H., by and through parent and next friend Jessica Henninger; E.G., by and through parent and next friend Megan Jebeles; E.Y., by and through parent and next friend Anna Young; C.Y., by and through parent and next friend Anna Young; L.K., by and through parent and next friend Anna Kenkel; L.K., by and through parent and next friend Anna Kenkel; L.K., by and through parent and next friend Anna Kenkel; M.T., by and through parent and next friend Natalie Tolley

   Plaintiffs - Appellants

v.

DR. BETH SCHIAVINO-NARVAEZ, in her official capacity as Director of the Department of Defense Education Activity; PETER BRIAN HEGSETH, in his official capacity as Secretary of Defense; DEPARTMENT OF DEFENSE EDUCATION ACTIVITY

   Defendants - Appellees

---

## O R D E R

---

The court consolidates Case No. 25-2497 and Case No. 26-1002 as cross-appeals. The appellant in Case No. 25-2497 shall be considered the appellant for purposes of the consolidated appeals and shall proceed first at briefing and at oral argument. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

          For the Court--By Direction

          /s/ Nwamaka Anowi, Clerk