# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

|  |  |
|---|---|
| E.K. and S.K., minors, by and through their parent and next friend LINDSEY KEELEY; O.H., S.H., and H.H., minors, by and through their parent and next friend, JESSICA HENNINGER; E.G., a minor, by and through his parent and next friend MEGAN JEBELES; E.Y. and C.Y. minors, by and through their parent and next friend ANNA YOUNG; L.K., L.K., and L.K., minors, by and through their parent and next friend ANNA KENKEL; and M.T., a minor, by and through her parent NATALIE TOLLEY,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF DEFENSE EDUCATION ACTIVITY; DR. BETH SCHIAVINO-NARVAEZ, in her official capacity as Director of the Department of Defense Education Activity; and PETER BRIAN HEGSETH, in his official capacity as Secretary of Defense,<br><br>Defendants. | Case No. 1:25-cv-00637-TPG-IDD<br><br>Hon. Patricia Tolliver Giles |

## SECOND DECLARATION OF NATALIE TOLLEY

I, Natalie Tolley, declare as follows,

1. I am more than 18 years old, competent to be a witness, and the facts set forth in this declaration are based on my own personal knowledge.

2. I am married to an active-duty service member stationed at the Aviano Air Base in Italy. My husband is in the Air Force, and he has been for the past fifteen years.

1

3.     I have a PhD in Public Health. I am not currently employed, but I worked at Temple University as a researcher from 2006 to 2008.

4.     Of my husband's fifteen years in service, we have spent approximately half of them living overseas. We have been at Aviano Air Base since August 2022. Before that, our family was in Utah, Korea, and Colorado Springs. We've also spent time stationed at the Misawa Air Force Base in Japan from 2015 to 2018.

5.     My daughter, M.T., was enrolled in Department of Defense Education Activity (DoDEA) school at Misawa and she is now in the twelfth grade at Aviano Middle-High School in Aviano, Italy. Aviano Middle-High School is a DoDEA school.

6.     My family joined this lawsuit after we learned of DoDEA's book and curricular removals because we value having a broad range of books and perspectives available in the school library and in the curriculum.

7.     Pursuant to this court's order on July 11, 2025, DoDEA's list of 596 "quarantined" books was made public. And pursuant to this court's order granting a preliminary injunction on October 20, 2025, those books were to be replaced in the five schools plaintiffs attended when we filed.

8.     On February 18, 2026, M.T. went to her school library and checked out three books that appear on DoDEA's quarantine list, namely:

-   The 57 Bus by Dashka Slater

-   George by Alex Gino

-   Cemetery Boys by Aiden Thomas

2

9.    It is my understanding that these books are only available at M.T. school library because of this court's preliminary injunction.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on February 25, 2026 at *Aviano Air , Italy .*
*Base, Aviano*

_____
Natalie Tolley

3