**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| E.K. and S.K., minors, by and through their parent and next friend LINDSEY KEELEY; O.H., S.H., and H.H., minors, by and through their parent and next friend JESSICA HENNINGER; E.G., a minor, by and through his parent and next friend MEGAN JEBELES; E.Y. and C.Y., minors, by and through their parent and next friend ANNA YOUNG; L.K., L.K., and L.K., minors, by and through their parent and next friend ANNA KENKEL; and M.T., a minor, by and through her parent and next friend NATALIE TOLLEY,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF DEFENSE EDUCATION ACTIVITY; DR. BETH SCHIAVINO-NARVAEZ, in her official capacity as Director of the Department of Defense Education Activity; and PETER BRIAN HEGSETH, in his official capacity as Secretary of Defense,<br><br>Defendants. | Case No. 1:25-cv-00637-PTG-IDD<br><br>Hon. Patricia Tolliver Giles |

**NOTICE OF MOTION TO MODIFY THE PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65 and this Court's inherent authority to modify and enforce its injunctive orders, Plaintiffs respectfully move this Court for entry of an order modifying the Preliminary Injunction entered on October 20, 2025 (Dkt. 59). Plaintiffs seek to modify the Preliminary Injunction to include Fort Campbell Middle School.

As set forth in Plaintiffs' Memorandum in Support, this Court previously determined that Plaintiffs are likely to succeed on the merits of their First Amendment claims challenging Defendants' removal of library books and curricular materials pursuant to Executive Orders 14168, 14185, and 14190, and related memoranda, directives, and implementation guidance. The Court further held that Plaintiffs demonstrated irreparable harm, that the balance of equities favored relief, and that an injunction serves the public interest.

Since filing the Complaint and their original motion for a preliminary injunction, Plaintiffs E.G. and O.H. have transferred to Fort Campbell Middle School, a Department of Defense Education Activity ("DoDEA") school. Because Fort Campbell Middle School is not presently covered by the Court's injunction, these Plaintiffs are again subject to the same unconstitutional policies and resulting harms this Court has already found likely violative of the First Amendment.

Accordingly, Plaintiffs respectfully request that the Court modify its October 20, 2025 Preliminary Injunction to:

1. Prohibit Defendants and their agents from further removing, restricting, or denying access to library books and curricular content in implementing Executive Order Nos. 14168, 14185, and 14190 and any related memoranda, directives, and guidance at Fort Campbell Middle School;
2. Require Defendants to restore at Fort Campbell Middle School the books and curricular materials removed since January 19, 2025 pursuant to Executive Orders 14168, 14185, and 14190, and related memoranda, directives, and guidance; and
3. Prohibit Defendants from implementing or enforcing curricular restrictions at Fort Campbell Middle School pursuant to those Executive Orders and related guidance;

4. Apply these same modified preliminary injunction terms to any DoDEA school where Plaintiffs relocate while the preliminary injunction is in effect.

In support of this Motion, Plaintiffs rely on the accompanying Memorandum in Support; the Supplemental Declaration of Jessica Henninger; the previously submitted evidentiary record; and the Court's findings in its October 20, 2025 Memorandum Opinion and Order.

Dated: March 12, 2026

Respectfully submitted,

*/s/ Matthew W. Callahan*

Matthew Callahan, VSB No. 99823
Eden Heilman, VSB No. 93554
ACLU of Virginia Foundation
P.O. Box 26464
Richmond, VA 23261
(804) 644-8080
mcallahan@acluva.org
eheilman@acluva.org

Emerson J. Sykes
ACLU Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
esykes@aclu.org
ttakemoto@aclu.org

Corey M. Shapiro
William E. Sharp
ACLU of Kentucky Foundation
325 W. Main Street, Suite 2210
Louisville, KY 40202
(502) 581-9746
corey@aclu-ky.org
wsharp@aclu-ky.org

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2026, I electronically filed the foregoing Notice of Motion to Modify the Preliminary Injunction with the Clerk of the Court using the CM/ECF system, which will cause notice to be served electronically to all parties.

Dated: March 12, 2026

Respectfully submitted,

*/s/ Matthew W. Callahan*

Matthew Callahan, VSB No. 99823
ACLU of Virginia Foundation
P.O. Box 26464
Richmond, VA 23261
(804) 644-8080
mcallahan@acluva.org