**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |
|---|---|
| E.K. and S.K., minors, by and through their parent and next friend LINDSEY KEELEY; O.H., S.H., and H.H., minors, by and through their parent and next friend JESSICA HENNINGER; E.G., a minor, by and through his parent and next friend MEGAN JEBELES; E.Y. and C.Y., minors, by and through their parent and next friend ANNA YOUNG; L.K., L.K., and L.K., minors, by and through their parent and next friend ANNA KENKEL; and M.T., a minor, by and through her parent and next friend NATALIE TOLLEY,<br><br>    Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF DEFENSE EDUCATION ACTIVITY; DR. BETH SCHIAVINO-NARVAEZ, in her official capacity as Director of the Department of Defense Education Activity; and PETER BRIAN HEGSETH, in his official capacity as Secretary of Defense,<br><br>    Defendants. | Case No. 1:25-cv-00637-PTG-IDD<br><br>Hon. Patricia Tolliver Giles |

**NOTICE OF WAIVER OF ORAL ARGUMENT**

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 7, Plaintiffs E.K. and S.K., minors, by and through their parent and next friend LINDSEY KEELEY; O.H., S.H., and H.H., minors, by and through their parent and next friend, JESSICA HENNINGER; E.G., a minor, by and through his parent and next friend MEGAN JEBELES; E.Y. and C.Y., minors, by and through their parent and next friend ANNA YOUNG; L.K., L.K., and L.K., minors, by and through

1

their parent and next friend ANNA KENKEL; and M.T., a minor, by and through her parent and next friend NATALIE TOLLEY, by and through undersigned counsel, hereby waive oral argument on Plaintiffs' Motion to Modify the Preliminary Injunction.

Dated: March 12, 2026                    Respectfully submitted,

                                         */s/ Matthew W. Callahan*
                                         Matthew Callahan, VSB No. 99823
                                         Eden Heilman, VSB No. 93554
                                         ACLU of Virginia Foundation
                                         P.O. Box 26464
                                         Richmond, VA 23261
                                         (804) 644-8080
                                         mcallahan@acluva.org
                                         eheilman@acluva.org

                                         Emerson J. Sykes
                                         ACLU Foundation
                                         125 Broad Street, 18th Floor
                                         New York, NY 10004
                                         (212) 549-2500
                                         esykes@aclu.org
                                         ttakemoto@aclu.org

                                         Corey M. Shapiro
                                         William E. Sharp
                                         ACLU of Kentucky Foundation
                                         325 W. Main Street, Suite 2210
                                         Louisville, KY 40202
                                         (502) 581-9746
                                         corey@aclu-ky.org
                                         wsharp@aclu-ky.org

                                         Attorneys for Plaintiffs

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 12, 2026, I electronically filed the foregoing Notice of

Motion for a Preliminary Injunction with the Clerk of the Court using the CM/ECF system,

which will cause notice to be served electronically to all parties.

Dated: March 12, 2026                    Respectfully submitted,


                                         */s/ Matthew W. Callahan*
                                         Matthew Callahan, VSB No. 99823
                                         ACLU of Virginia Foundation
                                         P.O. Box 26464
                                         Richmond, VA 23261
                                         (804) 644-8080
                                         mcallahan@acluva.org

3