**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| E.K. and S.K., minors, by and through their parent and next friend LINDSEY KEELEY;  O.H., S.H., and H.H., minors, by and through their parent and next friend JESSICA HENNINGER;  E.G., a minor, by and through his parent and next friend MEGAN JEBELES;  E.Y. and C.Y., minors, by and through their parent and next friend ANNA YOUNG;  L.K., L.K., and L.K., minors, by and through their parent and next friend ANNA KENKEL; and M.T., a minor, by and through her parent and next friend NATALIE TOLLEY, | Case No. 1:25-cv-00637-PTG-IDD  Hon. Patricia Tolliver Giles |
| Plaintiffs, | |
| v. | |
| DEPARTMENT OF DEFENSE EDUCATION ACTIVITY; DR. BETH SCHIAVINO-NARVAEZ, in her official capacity as Director of the Department of Defense Education Activity; and PETER BRIAN HEGSETH, in his official capacity as Secretary of Defense, | |
| Defendants. | |

**SUPPLEMENTAL DECLARATION OF JESSICA HENNINGER IN SUPPORT OF
MOTION TO MODIFY THE PRELIMINARY INJUNCTION**

I, Jessica Henninger, hereby declare:

1.    The facts set forth in this declaration are based on my personal knowledge.

2.      This declaration is made in my personal capacity as a parent, and it is not intended to, nor does it represent, the position of the U.S. Government, the Department of Defense (DoD), or any of the Armed Services.

3.      My spouse is an active duty service member currently stationed at Fort Campbell, Kentucky, where we have lived since October, 2024. It is our understanding that my spouse will be assigned an overseas duty station, and that in July, 2026, we will relocate to a base in South Korea. It is our intention to enroll our children in DoD Educational Activity (DoDEA) schools upon our relocation overseas.

4.      My spouse and I have three children who (for the current 2025-2026 school year) all attend DoDEA schools at Fort Campbell.

5.      My daughter O.H. attends Fort Campbell Middle School, a DoDEA school that is not currently included in the Court's preliminary injunction ruling issued on October 20, 2025.

6.      On February 18, 2026, I sent an email to Heather Kennedy, the middle school librarian at Fort Campbell Middle School, to request some books for O.H. to read from the library.

7.      The three books I requested were *George*, by Alex Gino; *All Boys Aren't Blue*, by George M. Johnson; and *Between Perfect and Real*, by Ray Stoeve.

8.      These books were on the list of 596 books banned from DoDEA schools identified by Defendants in this litigation.

9.      On February 19, 2026, Heather Kennedy sent me the following response:

DoDEA is complying with an October 20, 2025 order issued by the United States Court of the Eastern District of Virginia, Alexandria Division. The Court issued a partial Preliminary Injunction Order requiring that all resources under review be restored at the following five schools: Crossroads Elementary School, Barsanti Elementary School Aviano Middle High School, Sollars Elementary school, and Edgren Middle High School.

2

DoDEA's review of Information Center resources is still ongoing. Following completion of the review, all resources found to be in compliance with Executive Orders will be returned to circulation. DoDEA always welcomes feedback from parents of students in the DoDEA schools.

10.    I followed up with Heather Kennedy requesting clarity on the meaning of her response and asking specifically whether O.H. would be able to check out the three books. I have not received a response from Fort Campbell Middle School, and O.H. has not been able to check out the books requested.

11.    I believe that, absent the requested injunction, Fort Campbell Middle School will adhere to the DoDEA implementation guidance relating to Executive Order Nos. 14168 ("Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government"), 14190 ("Ending Radical Indoctrination in K-12 Schooling"), and 14185 ("Restoring America's Fighting Force").

12.    That implementation will include the Secretary of Defense's guidance prohibiting "Instruction on Critical Race Theory, Gender Ideology, and [Diversity, Equity, and Inclusion]," forbidding any element within DoD from providing instruction on these topics as part of a curriculum, and "prohibiting the use of official resources to host celebrations or events related to cultural awareness months." Dkt. 10-20, Restoring America's Fighting Force (Jan. 29, 2025); Dkt. 10-18, Identity Months Dead at DoD (Jan. 31, 2025); Dkt. 10-14, DoDEA Letter to Parents (Feb. 10, 2025).

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on the 27th day of February, 2026.

Jessica Henninger

3