**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| E.K. and S.K., minors, by and through their parent and next friend LINDSEY KEELEY; O.H., S.H., and H.H., minors, by and through their parent and next friend JESSICA HENNINGER; E.G., a minor, by and through his parent and next friend MEGAN JEBELES; E.Y. and C.Y., minors, by and through their parent and next friend ANNA YOUNG; L.K., L.K., and L.K., minors, by and through their parent and next friend ANNA KENKEL; and M.T., a minor, by and through her parent and next friend NATALIE TOLLEY, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF DEFENSE EDUCATION ACTIVITY; DR. BETH SCHIAVINO-NARVAEZ, in her official capacity as Director of the Department of Defense Education Activity; and PETER BRIAN HEGSETH, in his official capacity as Secretary of Defense, <br><br> Defendants. | Case No. 1:25-cv-00637-PTG-IDD <br><br> Hon. Patricia Tolliver Giles |

**RESPONSE TO DEFENDANTS' MOTION FOR INDICATIVE RULING**

Plaintiffs oppose Defendants' Motion for Indicative Ruling (Dkt. #81) on the basis that the Court should instead grant Plaintiffs' Motion for Renewed Preliminary Injunction (Dkt. #69) for the reasons stated in Plaintiffs' Memorandum in Support (Dkt. #70) and Reply in Support (Dkt. #85). After granting that Motion for Renewed Preliminary Injunction, the Court should deny Defendants' Motion for Indicative Ruling as moot, because it requests the same relief as Plaintiffs' Motion.

In the alternative, if the Court denies Plaintiffs' Motion for Renewed Preliminary Injunction, Plaintiffs join in the request that the Court grant Defendants' Motion for Indicative Ruling.

Dated: May 7, 2026

Respectfully submitted,

*/s/ Matthew W. Callahan*
Matthew Callahan, VSB No. 99823
Eden Heilman, VSB No. 93554
ACLU of Virginia Foundation
P.O. Box 26464
Richmond, VA 23261
(804) 644-8080
mcallahan@acluva.org
eheilman@acluva.org

Emerson J. Sykes
ACLU Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
esykes@aclu.org
ttakemoto@aclu.org

Corey M. Shapiro
William E. Sharp
ACLU of Kentucky Foundation
325 W. Main Street, Suite 2210
Louisville, KY 40202
(502) 581-9746
corey@aclu-ky.org
wsharp@aclu-ky.org

Attorneys for Plaintiffs

2