**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| E.K. and S.K., minors, by and through their parent and next friend, LINDSEY KEELEY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF DEFENSE EDUCATION ACTIVITY, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-637 (PTG/IDD) |

**ORDER ON MODIFIED PRELIMINARY INJUNCTION**

This matter comes before the Court after limited remand from the Court of Appeals for the Fourth Circuit. For good cause shown, it is hereby

ORDERED that the scope of the Court's October 20, 2025 preliminary injunction (Dkt. 59) is modified as follows:

ORDERED that the injunction applies to any school in which any one of the named Plaintiffs is actively enrolled; it is further

ORDERED that the injunction shall dissolve over a particular school once any one of the named Plaintiffs is no longer actively enrolled in that school; it is further

ORDERED that Defendants Department of War Education Activity ("DoWEA"), DoWEA Director, and Secretary of Defense Peter Brian Hegseth, along with their agents, are enjoined from further removals of educational books and curricular content in implementation of Executive Order Nos. 14168, 14185, and 14190 and any related memoranda, directives, and guidance at Plaintiffs' DoWEA schools; and it is further

ORDERED that Defendants and their agents immediately restore the library books and curricular materials that have been removed since January 19, 2025 in implementation of the EOs to their preexisting shelves, classrooms, and units at Plaintiffs' DoWEA schools.

Entered this 5th day of November, 2026.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge